IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| GERALD RUHNOW and CONNIE RUHNOW,  *<br>  *<br>  *<br>Plaintiffs,  *<br>v.  *<br>  *<br>LANE HEARD TRUCKING, LLC., et al,  *<br>  *<br>Defendant.  * | CIVIL ACTION NO. ~~05-K-122~~<br><br>2:05cv527W |

RECEIVED
2005 JUN -3 P 1:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant LANE HEARD TRUCKING, LLC, hereby gives notice that on June 3, 2005, a Notice of Removal of this action was filed in the United States District Court for the Middle District of Alabama, Northern Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

This the 3rd day of June, 2005.

Respectfully submitted,

_____
J. BURRUSS RIIS (RII002)
Attorneys for Defendant LANE HEARD TRUCKING, LLC

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office 123
Mobile, Alabama 36601
(251) 432-5511

## CERTIFICATE OF SERVICE

This is to certify that I have this 3rd day of June, 2005, served the below listed counsel for all parties to this proceeding with a copy of the foregoing pleading by depositing a copy of the same in the U.S. Mail, properly addressed and postage prepaid.

Stephen D. Heninger
Heninger, Burge, Vargo and Davis, LLP
2146 Highland Avenue
Birmingham, AL 35205