**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 17, 2005

NOTICE OF REASSIGNMENT

Re:   Gerald Ruhnow vs. Lane Heard Trucking
      Civil Action No.  2:05cv527

The above-styled case has been  reassigned to Judge Mark E. Fuller..

Please note that the case number is now2:05cv527-F.  This new case number should be used on all future correspondence and pleadings in this action.