**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 17, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style**   Gerald Ruhnow vs. Lane Heard Trucking
Civil Action No.  2:05cv527

**Referenced Pleading:**   Case reassignment notice
Document #4

This Notice of Correction filed in the above referenced case to attach PDF previously omitted.