IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW and CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO. 2:05 CV 527-F |
| | * | |
| LANE HEARD TRUCKING, LLC., et al, | * * | |
| Defendant. | * | |

**JOINT MOTION FOR EXTENSION OF TIME
FOR FILING RULE 26(f) PARTY PLANNING MEETING REPORT**

Comes now the defendant, Lane Heard Trucking, LLC., and respectfully requests that this Court extend the date for filing Rule 26(f) report containing a discovery plan and as grounds therefore shows as follows:

1.  Pursuant to this Court's Order dated June 21, 2005, the Rule 26(f) report in this case is due on July 13, 2005.

2.  The parties to this case have conferred and agree that it is anticipated that additional parties will be added to this lawsuit in the near future.

3.  Counsel for both parties have agreed that an extension of the time for filing the Rule 26(f) report would be beneficial to all parties that ultimately become involved in this case.

4.  The addition of these parties will not affect the jurisdiction of this Court.

5.  Counsel for plaintiff consents to this motion.

WHEREFORE, the premises considered, defendant respectfully requests that this Court withdraw the July 13, 2005, date for filing the Rule 26(f) Party Planning Meeting Report and establish a new date for filing that report after additional parties have been added and have appeared in this lawsuit.

_____
J. BURRUSS RIIS (RIISJ8057)
Attorney for Defendant Lane Heard Trucking, L.L.C.,

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2005, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

Stephen Don Heninger, counsel for plaintiff at:   steve@hbvdlaw.com

_____

- 2 -