IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, )  )   Plaintiffs, )  ) v.                                               )  ) LANE HEARD TRUCKING, LLC, )  )   Defendant. ) | CASE NO. 2:05-cv-527-F |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Time for Filing Rule 26(f) Party Planning Meeting Report (Doc. #7) filed on July 1, 2005, it is hereby

ORDERED that the motion is GRANTED to and including August 29, 2005.

DONE this 6th day of July, 2005.

                                                            /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE