IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | ) ) ) |
| PLAINTIFFS, | ) ) |
| V. | ) ) CIVIL ACTION: 2:05-cv-527-F |
| LANE HEARD TRUCKING, LLC, et al., | ) ) ) ) |
| DEFENDANTS. | ) |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

COME NOW Plaintiffs in the above styled cause and move this Court to permit and allow the Amendment to the Complaint attached hereto and made a part of this Motion. This amendment is necessary to add a necessary party Defendant to this action.

Respectfully submitted,

s/Stephen D. Heninger
Stephen D. Heninger [ASB5227E68S]
Heninger, Burge, Vargo & Davis, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
(Telephone)    205.933.2345
(Facsimile)    205.933.1616
E-mail:    Steve@hbvdlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 13th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Burruss Riis, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
251-432-5511
(Counsel for Lane Heard Trucking, LLC)


                                    s/Stephen D. Heninger
                                    Stephen D. Heninger [ASB5227E68S]
                                    Heninger, Burge, Vargo & Davis, LLP
                                    2146 Highland Avenue
                                    Birmingham, Alabama 35205
                                    (Telephone)     205.933.2345
                                    (Facsimile)     205.933.1616
                                    E-mail:     Steve@hbvdlaw.com