IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-527-F |
| ) | |
| LANE HEARD TRUCKING, LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Amend/Correct Complaint (Doc. #9) filed on July 13, 2005, it is hereby

ORDERED that the defendant show cause in writing on or before July 22, 2005 as to why the motion should not be granted.

DONE this 13th day of July, 2005.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE