IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>LANE HEARD TRUCKING, LLC, )<br>)<br>Defendant. ) | CASE NO. 2:05-cv-527-F |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Amend/Correct Complaint (Doc. #9) filed on July 13, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of July, 2005.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE