IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, <br><br> PLAINTIFFS, <br><br> V. <br><br> LANE HEARD TRUCKING, LLC, et al., <br><br> DEFENDANTS. | CIVIL ACTION: 2:05-cv-527-F |

## SUMMONS

TO:  Christy Leann Champion
171 Cactus Drive
Box 101
Troy, Alabama 36081

You are hereby summoned and required to serve upon Plaintiffs' attorney: **Stephen D. Heninger, HENINGER, BURGE, VARGO & DAVIS, LLP, 2146 Highland Avenue, Birmingham, Alabama 35205 (205) 933-2345** a response to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the Court.

DATE: 8/2/05

DEBRA P. HACKETT
CLERK OF COURT

By: _____
Deputy Clerk
(Seal of Court)

CLERK, UNITED STATES DISTRICT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104