| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _R. Singhy (oso)_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>R.L. SINGHY, Esq   8/1/05<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Office of the Clerk<br>United States District Court<br>Southern District of Alabama<br>113 St. Joseph Street<br>Mobile, AL  36602<br>_Transferred file_<br>_05-566_ | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 3249 |

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540