| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sherri Myers* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                               8-3 |
| 1. Article Addressed to:<br><br>Christy Leann Champion<br>171 Cactus Drive, Box 101<br>Troy, Alabama  36081<br><br>*j, cmp., amd. cmp*<br>*05-527* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service lab)* | 7003 2260 0005 4902 7292 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540