**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 223-7308

March 28, 2005

NOTICE OF ERROR

To:                 Counsel of Record

From:              Clerk's Office

Case Style         Gerald Ruhnow, et al.  vs. Lane Heard Trucking, et al.
                   Civil Action No.  2:05cv527

Referenced Pleading:   Return Receipt Card
                       Document #14

This Notice of Error filed in the above referenced case to reflect docketing error.   Return receipt card docketed in this case in error.  Disregard entry.