IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * * | Civil Action<br>File Number 2:05-cv-527-F |
| v. | * * | |
| LANE HEARD TRUCKING, et al., | * * | |
| Defendants. | * * | |

## MOTION TO INTERVENE

COMES NOW Northland Insurance Company, ("Northland"), applicant for intervention, and pursuant to Fed.R.Civ.Pro. 24(b) (2) moves the Court for an order permitting intervention in the above referenced action.

Attached is a Brief in Support of this Motion to Intervene, a proposed Complaint setting forth the claim for which intervention is sought, and a proposed order.

This 27th day of September, 2005.

/s/ Linda Hinson Ambrose, Esq.
ASB 1753-B38L
ATTORNEY FOR MOVANT,
Northland Insurance Company

OF COUNSEL:
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert C. Ward, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
P.O. Box 270
Montgomery, Al. 36101-0270
Counsel for Defendant, Christy Leann Champion

J. Burrus Riss, Esq.
HAND ARENDALL
P.O. Box 123
Mobile, Alabama 36601
Counsel for Defendant, Lane Heard Trucking

Stephen D. Heninger, Esq.
HENINGER, BURGE, VARGO & DAVIS
2146 Highland Avenue
Birmingham, Alabama 35205
Counsel for Plaintiffs, Gerald and Connie Ruhnow

Respectfully submitted,

/s/ Linda Hinson Ambrose
ROGERS & ASSOCIATES
Suite 650
Birmingham, Alabama  35244
(205) 982-4620
(205) 982-4630 – FAX
E-mail:  lambrose@spt.com
ASB – 1753-B38L

3