IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 2:05-cv-527-F |
| | ) |
| LANE HEARD TRUCKING, LLC, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

Upon consideration of the First Motion to Intervene (Doc. #22) filed on September 22, 2005, it is hereby

ORDERED that any party that opposes the intervention should show cause in writing on or before October 10, 2005 as to why the motion should not be granted.

DONE this the 29th day of September, 2005.

                                             /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE