IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | ) ) ) |
| PLAINTIFFS, | ) ) |
| V. | ) CIVIL ACTION: 2:05-cv-527-F ) |
| LANE HEARD TRUCKING, LLC, et al., | ) ) ) |
| DEFENDANTS. | ) |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

COME NOW Plaintiffs in the above styled cause and move this Court for permission to amend their Complaint to add a party Defendant pursuant to insistence by Defendants that this indispensable party be added. The proposed Amendment is attached hereto and made a part of this Motion.

Respectfully submitted,

s/Stephen D. Heninger
Stephen D. Heninger [ASB5227E68S]
Heninger, Burge, Vargo & Davis, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
(Telephone)      205.933.2345
(Facsimile)      205.933.1616
E-mail:      Steve@hbvdlaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Burruss Riis, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
251-432-5511
(Counsel for Lane Heard Trucking, LLC)

Richard M. Freeman, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone:  334-206-3100
Facsimile:  334-265-8711
(Counsel for Christy Leann Champion)

Linda Hinson Ambrose, Esq.
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
Telephone:  205-982-4620
(Counsel for Northland Insurance Company)

      And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants

Alex L. Holtsford, Jr. Esq.
P. O. Box 4128
Montgomery, Alabama 36103-4128

        s/Stephen D. Heninger
Stephen D. Heninger [ASB5227E68S]
Heninger, Burge, Vargo & Davis, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
(Telephone)     205.933.2345
(Facsimile)      205.933.1616
E-mail:     Steve@hbvdlaw.com