IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW and | ) | |
| CONNIE RUHNOW, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-527-F |
| | ) | |
| LANE HEARD TRUCKING, LLC, *et al.,* | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

This cause is before the Court on Plaintiffs' Motion to Amend Complaint (Doc. # 24). By this proposed amendment, Plaintiffs seek to add a party defendant to this action. It is hereby ORDERED that the motion is GRANTED. While Plaintiffs have been granted leave to amend their Complaint to add a party, the Court hereby ORDERS Plaintiffs to file an amendment which conforms to the requirements of the Local Rules for the United States District Court for the Middle District of Alabama and advises Plaintiffs that Rule 15.1 of those rules provides that "[a]ny amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." Plaintiffs' proposed Second Amendment to the Complaint does not comply with this rule and must be modified before it is filed. It is further ORDERED that Plaintiffs' amendment to the Complaint must be filed no later than **November 28, 2005**.

DONE this the 15th day of November, 2005.

_____
/s/ Mark E. Fuller
CHIEF   UNITED   STATES   DISTRICT   JUDGE