IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW and | ) | |
| CONNIE RUHNOW, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-527-F |
| | ) | |
| LANE HEARD TRUCKING, LLC, *et al.,* | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

Northland Insurance Company ("Northland"), having moved for an order permitting

intervention in the above-styled case pursuant to Federal Rule Civil Procedure 24(b)(2), and

it appearing that allowing Northland to intervene will not prejudice the rights of the other

parties to this case or delay the adjudication of this matter, and for other good cause shown,

it is hereby ORDERED that the Motion to Intervene of Northland Insurance Company (Doc.

# 22) is hereby GRANTED.  It is further ORDERED that Northland file its Complaint by no

later than November 28, 2005.

DONE this the 15th day of November, 2005.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE