**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 23, 2005

# NOTICE OF CORRECTION

**To:**  Counsel of Record

**From:**  Clerk's Office

**Case Style**  Gerald Ruhnow
Civil Action No. 2:05cv527

**Referenced Pleading:**  Complaint
Document #28

**This Notice of Correction filed in the above referenced case to correct docket entry. Pleading should have been styled as a Complaint-In-Intervention.**