IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, )<br>)<br>    Plaintiffs, )<br>v. )<br>)<br>LANE HEARD TRUCKING, LLC, )<br>)<br>    Defendant. ) | CASE NO. 2:05-cv-527-F |

## **ORDER**

It is hereby ORDERED that the Plaintiffs' Second Amendment to the Complaint (Doc. # 26) is STRICKEN for failure to comply with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama and this Court's November 15, 2005 Order (Doc. # 25). It is further ORDERED that Plaintiff shall file a proper amendment in compliance with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama and this Court's November 15, 2005 Order (Doc. # 25) by no later than **November 28, 2005**.

DONE this the 23rd day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE