**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael David Adkins
452 South Main Street
Brundidge, Alabama 36010

05-527
sm, cmp., amd. cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Dennie Smart  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Dennie Smart

C. Date of Delivery
12-1-05

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

186 Oak St.
Brundidge Al- 36010

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7002 2410 0003 1841 0892

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540