IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW and CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO. 2:05 CV 527-F |
| | * | |
| LANE HEARD TRUCKING, LLC., et al, | * * | |
| Defendant. | * | |

**<u>NOTICE OF APPEARANCE</u>**

Comes now Katie L. Hammett, an attorney with the law firm of Hand Arendall, L.L.C., and hereby files a notice of appearance in this matter as additional counsel for defendant Lane Heard Trucking, L.L.C.

    /s/ Katie L. Hammett
KATIE L. HAMMETT (HAMMK7587)
Attorney for Defendant Lane Heard Trucking, L.L.C.,
Email: khammett@handarendall.com

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

- 2 -

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 6th day of December, 2005, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

Stephen D. Heninger, Esq.
Attorney for Plaintiffs
HENINGER, BURGE, VARGO & DAVIS, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
*steve@hbvdlaw.com*

Richard McConnell (Mac) Freeman, Jr.
Attorney for Defendant Christy Leann Champion
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270
*rmf@rsjg.com*

Linda C. Ambrose, Esq.
Counsel for Northland Insurance Co.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
*lambrose@spt.com*

            */s/ Katie L. Hammett*