IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GERALD RUHNOW; CONNIE RUHNOW,** | * * * | |
| Plaintiffs, | * * | Civil Action File Number 2:05-cv-527-F |
| v. | * * | |
| **LANE HEARD TRUCKING, et al.,** | * * | |
| Defendants. | * * | |

## MOTION TO AMEND COMPLAINT IN INTERVENTION

COMES NOW Northland Insurance Company, ("Northland"), Intervener, and moves this Court for permission to amend its Complaint in Intervention to file a claim against Defendant, Michael David Adkins. In Support thereof, Northland would show this Court as follows:

1. This Court recently granted the Plaintiffs' Motion to Amend their Complaint to add Michael David Adkins as an additional Defendant in this action.

2. The Plaintiffs filed their Second Amendment to their Complaint on or about November 28, 2005.

3. No parties will be prejudiced by this Court's granting Northland's Motion to File Amended Complaint.

This 19th day of January, 2006.

/s/  Linda Hinson Ambrose, Esq.
ASB 1753-B38L
ATTORNEY FOR INTERVENOR,
Northland Insurance Company

OF COUNSEL:
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620

## CERTIFICATE OF SERVICE

 I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard C. Freeman, Esq.
Robert C. Ward, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
P.O. Box 270
Montgomery, Al. 36101-0270
Counsel for Defendant, Christy Leann Champion


J. Burrus Riss, Esq.
HAND ARENDALL
P.O. Box 123
Mobile, Alabama 36601
Counsel for Defendant, Lane Heard Trucking


Stephen D. Heninger, Esq.

HENINGER, BURGE, VARGO & DAVIS
2146 Highland Avenue
Birmingham, Alabama 35205
Counsel for Plaintiffs, Gerald and Connie Ruhnow

Respectfully submitted,

/s/ Linda Hinson Ambrose
ROGERS & ASSOCIATES
Suite 650
Birmingham, Alabama  35244
(205) 982-4620
(205) 982-4630 – FAX
E-mail:  lambrose@spt.com
ASB – 1753-B38L