IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-527-MEF |
| ) | |
| LANE HEARD TRUCKING, LLC, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiff's First Motion to Amend/Correct the Complaint (Doc. #37) filed on January 19, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE