IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW and CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | 2:05 CV 527-F |
| LANE HEARD TRUCKING, LLC, et al., | * * | |
| Defendants. | * | |

**NOTICE OF APPEARANCE**

COMES NOW, Alex L. Holtsford, Jr. and Murry S. Whitt of Nix Holtsford Gilliland Higgins & Hitson, P.C., and enters an appearance of record for Defendant Michael David Adkins.

_____
Alex L. Holtsford, Jr. (HOL048)
Murry S. Whitt (WHI113)
Counsel for Michael David Adkins

Of Counsel:
Nix Holtsford Gilliland
  Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103
334-215-8585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

J. Burruss Riis
Katie L. Hammett
Hand Arendall, L.L.C.
107 St. Frances Street
Post Office Box 123
Mobile, Alabama 36601

Stephen D. Heninger
Heninger, Burge, Vargo & Davis
2146 Highland Avenue South
Birmingham, Alabama 35205

Richard McConnell Freeman, Jr.
Rushton, Stakely, Johnston
& Garrett, P.C.
Post Office Box 270
Montgomery, Alabama 36101-0270

Linda C. Ambrose
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244

by placing same in the U.S. Mail, postage prepaid and properly addressed, this the 25 day of January, 2006.

_____
OF COUNSEL