**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 15, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Gerald Ruhnow, et al v. Lane Heard Trucking, LLC, et al.**
**Case Number: 2:05-cv-527-MEF**

**Pleading : #46 - Answer to Amended Complaint**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 2/13/2006 without the attorney's signature.**

**The corrected pdf document is attached to this notice.**