IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. CV 2:05-cv-527-F<br>) |
| LANE HEARD TRUCKING, LLC., et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

COMES NOW J. Callen Sparrow of the law firm of HENINGER GARRISON DAVIS, L.L.C., and notifies this Honorable Court of his appearance as additional counsel for the Plaintiffs in the above-styled matter, and requests that any orders, notices, correspondence, etc. issued from this Court be forwarded to him as one of the attorneys of record for the Plaintiffs.

Respectfully submitted,

s/ J. Callen Sparrow
J. Callen Sparrow (ASB-4515-R79J)
Attorney for Plaintiffs

**OF COUNSEL:**

**HENINGER GARRISON DAVIS, L. L. C.**
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Phone:      (205)326-3336
Facsimile:  (205)326-3332
E-mail:     jcsparrow@hgdlawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 16th day of March 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Burruss Riis, Esq.
Katie L. Hammett, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
251-432-5511
(Counsel for Lane Heard Trucking, LLC)

Richard M. Freeman, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone: 334-206-3100
Facsimile: 334-265-8711
(Counsel for Christy Leann Champion)

Linda Hinson Ambrose, Esq.
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
Telephone: 205-982-4620
(Counsel for Northland Insurance Company)

  And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants

Alex L. Holtsford, Jr. Esq.
P. O. Box 4128
Montgomery, Alabama 36103-4128

            s/ J. Callen Sparrow
            Of Counsel