## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW and CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO.  2:05 CV 527-F |
| | * | |
| LANE HEARD TRUCKING, LLC., et al, | * | |
| | * | |
| Defendants. | * | |

## LANE HEARD TRUCKING, LLC' S MOTION FOR SUMMARY JUDGMENT

Defendant Lane Heard Trucking, L.L.C. moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for entry of summary judgment in its favor for each and every count made against it by Plaintiffs Gerald Ruhnow, Connie Ruhnow, and Northland Insurance Company in their respective Complaints.  (*See* Plaintiff's Second Amendment to the Complaint [Doc. 31] and the Amended Complaint [Doc. 41]).

With regard to each and every claim made against Lane Heard Trucking, L.L.C., there is no dispute with regard to any material fact, and defendant is entitled to summary judgment in its favor as a matter of law.  This motion is based upon and supported by the pleadings, the applicable law, and the brief and supporting evidentiary material filed contemporaneously herewith.

_____/s/ Katie L. Hammett_____
J. BURRUSS RIIS (RIISJ8057)
KATIE L. HAMMETT (HAMMK7587)
Attorneys for Defendant,
Lane Heard Trucking, L.L.C.,
Email:  khammett@handarendall.com

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on July 27, 2006, served a copy of the foregoing pleading

on all parties of record as follows:

| | |
|---|---|
| J. Callen Sparrow, Esq.<br>Attorney for Plaintiffs<br>HENINGER GARRISON DAVIS, LLC<br>2224 First Avenue North<br>Birmingham, Alabama 35203<br>*jcsparrow@hgdlawfirm.com* | Richard McConnell (Mac) Freeman, Jr.<br>Attorney for Defendant Christy Leann<br>Champion<br>Rushton Stakely Johnston & Garrett PC<br>PO Box 270<br>Montgomery, AL 36101-0270<br>*rmf@rsjg.com* |
| Linda C. Ambrose, Esq.<br>Counsel for Northland Insurance Co.<br>Rogers & Associates<br>3000 Riverchase Galleria,Suite 650<br>Birmingham, AL 35244<br>*lambrose@spt.com* | Alex L. Holtsford, Esq.<br>Murry S. Whitt, Esq.<br>NIX HOLTSFORD GILLILAND<br>HIGGINS & HITSON, PC<br>Post Office Box 4128<br>Montgomery, Alabama  36103-4128<br>*aholtsford@nixholtsford.com*<br>*MWhitt@nixholtsford.com* |

_/s/ Katie L. Hammett_

474314_1

- 2 -