# EXHIBIT C

# ALABAMA DEPARTMENT OF PUBLIC SAFETY
# HIGHWAY PATROL DIVISION

## TRAFFIC HOMICIDE UNIT



# TRAFFIC HOMICIDE INVESTIGATION

CASE NUMBER:_____AST 38-05-059_____

DATE OF COLLISION:_____7 March 2005_____

INVESTIGATOR:_____Trooper Kevin D. Cook_____

REVIEWING SUPERVISOR:_____

_S-2-05_

RECEIPT FROM THE DISTRICT ATTORNEY:

I ACKNOWLEDGE RECEIPT OF THIS REPORT FOR APPROPRIATE ACTION IN THE COURT SYSTEM

_____
SIGNATURE OF PERSON RECEIVING REPORT

_____
DATE

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:____9-27-05____

LOG #:_____

THI-1

**EXHIBIT**

____C____

# THE MATERIAL CONTAINED IN THIS REPORT

# IS

# CONFIDENTIAL

# THIS REPORT IS A CONFIDENTIAL INVESTIGATION. THE CONTENTS OF THIS REPORT ARE NOT TO BE RELEASED TO THE PUBLIC WITHOUT COMPLYING WITH T12-21-3.1 OF THE ALABAMA CODE.

THI-3

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

## Weather Conditions

The National Weather Service reported cloudy skies with light rain. Temperature was sixty-eight degrees Fahrenheit, with winds out of the south at twelve miles per hour. Dewpoint was at fifty-five degrees Fahrenheit; barometric pressure was at 29.64 and steady. These conditions are consistent with observations made at the scene.

## Highway

U.S. 231 is a four lane, north south roadway of asphalt construction. The roadway surface at the crash site is in fair condition. Roadway width at the point of collision is approximately forty-eight feet. There is no measurable road grade at the crash location. Roadway shoulders are of sod construction and level with the roadway surface on the southbound side. The northbound roadway shoulder slopes gradually downward toward a shallow drainage ditch that runs parallel to the roadway.

## Traffic Control

The speed limit on U.S. 231 is posted at fifty-five miles per hour for both directions of travel. Travel lanes are defined by standard paint stripes. A dashed white stripe indicates that passing is allowed for both directions of travel. Lanes of travel are separated by a center turn lane. White stripes define the roadway edges. All roadway striping is in poor condition and is barely visible under the conditions existing at the time of the crash.

## Description of Events

### Pre-Crash

On Monday March 7, 2005 at 7:21 P.M. the Dothan Post of the Alabama State Troopers received a report of a two vehicle crash involving a motorcycle from an unidentified caller. Trooper Jimmy Helms was directed to respond and was enroute when the communications officer informed Trooper Helms that another crash involving two commercial vehicles had just occurred at the same location. Trooper Helms arrived on scene at 7:33 P.M. and reported to the communications officer that both commercial vehicles were engulfed in flames. Helms began to conduct an initial investigation into the cause of the first crashed when he was informed by medical personnel that there were serious and possible life threatening injuries involved in the second crash. Helms asked

STATE PATROL DIVISION
HOMICIDE UNIT

DATE: _____

LOG #: _____

his communications officer to dispatch a traffic homicide investigator. Helms then continued his investigation into the cause of the first crash.

Christy Leann Champion of Troy, Alabama and Michael David Adkins of Brundidge, Alabama were involved in the first crash. Champion stated to Helms that she was attempting to merge from the center turn lane and travel south on U.S. 231 in her 1993 Pontiac Grand Am and did not see the motorcycle already in that lane. The 2004 Yamaha motorcycle was being driven by Michael Adkins who was traveling south on U.S. 231 headed to his residence in Brundidge, Alabama. Mr. Adkins was unable to avoid the sudden improper lane change that Mrs. Champion had just made and struck the rear of her vehicle. Champion stated that after the collision she pulled her vehicle off to the shoulder of road and exited her vehicle to render assistance to Mr. Adkins. She got Mr. Adkins out of the roadway and was leading him over to her car when a commercial vehicle topped the hill. That commercial vehicle was being driven by Michael Duke who was unable to avoid the motorcycle in the roadway. Gerald Ruhnow was traveling north in his commercial vehicle when another commercial vehicle came into his lane of travel.

As of the date of this report, no pre-crash information could be obtained on either driver of the commercial vehicles. Gerald Ruhnow is in critical but stable condition at the University of Alabama in Birmingham in the burn unit. The only information obtained on Michael Duke was that he departed his residence in Pontotoc, Mississippi at 7:00 A.M. on March 7, 2005 headed to Florida to deliver furniture.

## Crash

Michael Duke's vehicle collided with the motorcycle in the southbound lane of U.S. 231. According to the witnesses, the Duke vehicle ran completely over the motorcycle and got stuck underneath the truck. The truck was dragging the motorcycle when a tremendous amount of sparks began to fly from underneath the truck causing an explosion. The Duke vehicle then traveled across the center-line and into the northbound lane where it collided with the Ruhnow vehicle that was traveling north at that time. The two commercial vehicles collided in the northbound lane of U.S. 231. The Ruhnow vehicle struck the Duke vehicle on the passenger side compartment. The principal direction of force came into the passenger compartment of the vehicle and traveled through to the drivers side. The impact caused the second explosion which engulfed both vehicles. The two vehicles came to rest on the north shoulder of the roadway with the Ruhnow vehicle facing north and the Duke vehicle facing southeast with its trailer overturned on its side.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

## Post-Crash

Ruhnow and Duke were in the vehicles when medical personnel arrived. Michael Duke was able to climb out of his vehicle and get away from the burning truck.

Ruhnow was assisted from his vehicle by members of Troy Fire and Rescue who had been dispatched to the scene only to find both vehicles engulfed in flames. Ruhnow and Duke were then transported to Troy Regional Medical Center for treatment.Duke was pronounced dead at 8:30 P.M. by Pike County coroner Jerry Williams. Duke's body was at Troy Regional Medical center in Troy awaiting notification of family members. Gerald Ruhnow was airlifted to the burn center at UAB hospital.

Trooper Cook began his investigation into the cause of the crash. Cook noticed that the vehicles had been moved and separated prior to his arrival on scene the fire department had separated the vehicles to ensure the flames were completely extinguished. Trooper Cook photographed the overall scene, markings on the roadway and all items of evidence. Cook marked all items of evidence and the final rest position of the vehicles using orange marking paint. Trooper Cook was unable to perform any type of inspection of the vehicles due to the destruction of the vehicles caused by the fire and explosion. Trooper Cook remained at the scene as Jordan's Towing and Jacobs Towing responded to recover the crashed vehicles. The vehicles were then stored at Jordan's Towing and Jacobs Towing in Troy.

Trooper Helms informed Mrs. Champion that due to the severity of injuries that was caused by her initial crash, he would need to get a blood sample from her. She consented to the blood test and was transported to Edge Regional Medical Center by Helms where she signed a consent form and waiver of counsel form in front of Amanda Johnston a registered nurse who drew the blood from Mrs. Champion. After cleaning her arm with betadine, Johnston packaged the blood kit up and turned it over to Helms. Helms drove Champion back to the scene where she got in her vehicle and left. Helms turned the kit over to Cook who mailed it the following day to the forensics lab in Mobile.

On March 8, 2005, beginning at 1:00 pm Trooper Cook and Trooper David McGowan proceeded to the scene of the crash. The troopers used the Total Station Mapping System to prepare a scaled diagram of the collision site. Due to the total loss of both commercial vehicles the troopers were unable to conduct an inspection or prepare a linear perimeter of the vehicles.

## Conclusions and Recommendations

This motor vehicle crash resulted in the fatal injury to Michael Duke, injury to Gerald Ruhnow and the total loss of two commercial vehicles. Mr. Duke was operating the motor vehicle in complete compliance with all the motor vehicle laws governing the state of Alabama. Based on these findings, it is the recommendation of this investigator that the facts of this case be presented to the next session of the Pike County Grand Jury.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

**HIGHWAY PATROL DIVISION**
**TRAFFIC HOMICIDE UNIT**
**WITNESS LOG**

NAME: Trp. Kevin D. Cook          TELEPHONE: H ( ) _____ W ( 334 ) 983-4587
ADDRESS: 5679 MONTGOMERY HIGHWAY, DOTHAN ALABAMA 36303
PLACE OF EMPLOYMENT: Alabama Department of Public Safety
CAN TESTIFY Conducted a complete investigation of the crash. See case file.


NAME: Trp. Jimmy Helms          TELEPHONE: H ( ) _____ W ( 334 ) 983-4587
ADDRESS: 5679 Montgomery Highway, Dothan, Alabama 36303
PLACE OF EMPLOYMENT: Alabama Department of Public Safety
CAN TESTIFY Assisted in crash investigation.


NAME: Gene Richardson          TELEPHONE: H ( 229 ) 226-3912          W ( ) _____
ADDRESS: 276-B Timber Ridge Drive     Thomasville, Ga.
PLACE OF EMPLOYMENT: Retired
CAN TESTIFY Seen crash occur.


NAME: Randall Jackson          TELEPHONE: H ( 407 ) 841-1742          W ( ) _____
ADDRESS: 630 W. Washington Street     Orlando, Fl.
PLACE OF EMPLOYMENT: Retired
CAN TESTIFY Seen crash occur.


NAME: _____          TELEPHONE: H ( ) _____ W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____


NAME: _____          TELEPHONE: H ( ) _____ W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____


NAME: _____          TELEPHONE: H ( ) _____ W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____


NAME: _____          TELEPHONE: H ( ) _____ W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____


NAME: _____          TELEPHONE: H ( ) _____ W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

CASE # AST 38-05-059          LOG #: _____

THI-17



U.S. 231

County Rd. 5532

Vehicle#1

Area of Impact

Vehicle#2

Department of Public Safety
5679 Montgomery Hwy.
Dothan, Al 36303
(334) 983 - 4567

Caption:

Two Vehicle, One Fatality Crash
AST 38 - 05 - 059
U.S. 231
March 7, 2005

Measured By:

Alabama State Troopers
Traffic Homicide Unit
K. Cook & David C. McGowan

Drawn By:

Alabama State Troopers
Traffic Homicide Unit
Trp. Kevin Cook
July 13, 2004

Legend

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

Scale:

DATE:

LOG #:

0    25'    50'    75'    100' 125'

## COLLISION SITE INFORMATION

Date of Accident _____ 7 March 2005 _____ Day of Week _____ Monday _____ Time of Day _____ 7:16 _____ ☐ a.m. ☒ p.m.

County _____ Pike _____ City, Town, or Community _____

If accident was outside city limits, indicate distance from nearest town:

_____ feet _____ 5 _____ miles ☐ North ☒ South ☐ East ☐ West of (City, Town) _____ Troy _____

Road on which accident occurred _____ U.S. 231 _____

At the intersection of _____ If not at intersection

_____ feet _____ .25 _____ miles ☐ North ☒ South ☐ East ☐ West of _____ County Road 5532 _____

No. of Vehicles Involved _____ 2 _____ No. of injured _____ 2 _____ No. of fatalities _____ 1 _____

Traffic Homicide Investigator Notified: Date _____ 7 March 2005 _____ Time _____ 7:56 _____ ☐ a.m. ☒ p.m.

Prosecutor on Scene     ☒ Yes     ☐ No     If yes, name: _____ Bruce Matthews _____

Forensic Science on Scene     ☐ Yes     ☒ No     If yes, name: _____

Coroner on Scene     ☐ Yes     ☒ No     If yes, name: _____

Other Officers on Scene _____ Sgt. Ken Kelly, Cpl. Tracey Nelson, Trp. Jimmy Helms, Trp. Kevin Cook _____

_____

_____

Photographs Taken By _____ Trp. Kevin D. Cook _____     # of exposures _____ 30 _____

Video of scene:     ☒ YES ☐ NO

Photographs (Other than Investigator) _____

_____

_____

_____

Case Number _____ AST 38-05-059 _____

THI-8

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

# BACKGROUND INVESTIGATION

Driver _____ Michael Duke _____          Pedestrian _____ N/A _____

Trip Began __ 7:00 __ ☒ a.m. ☐ p.m.     Location _____

_____

Purpose of Trip __ To deliver furniture to Florida _____

Last Stop Arrived _____ Unknown _____ ☐ a.m. ☐ p.m.   Departed _____ Unknown _____ ☐ a.m. ☐ p.m.

Location _____

Purpose _____

## PHYSICAL CONDITION

☐ Alcohol / Drugs  ☐ Yes  ☒ No   BAC / OTHER: _____

**Medical / Other Problems:**

☒ None             ☐ Vision        Temporary Condition or Illness _____

☐ Heart Condition  ☐ Hearing       _____

☐ Diabetes         ☐ Other (describe)  _____

☐ Epilepsy

## DRIVER'S HISTORY

Familiar With Road   ☒ Yes  ☐ No       Familiar With Vehicle  ☒ Yes  ☐ No

__ 21 __ Years Driving Experience        __ 1 __ Previous Motor Vehicle Traffic Convictions

__ 1 __ Previous Accidents               __ 1 __ Number of suspensions or revocations

Restrictions on Driver License   ☐ Yes  ☒ No  (if yes, explain type)   Complied with  ☐ Yes  ☒ No

Observations:

_____

_____

_____

_____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

Case Number _____ AST 38-05-059 _____      DATE:

THI-9                                       LOG #:

# BACKGROUND INVESTIGATION

Driver _____Gerald Ruhnow_____          Pedestrian _____N/A_____

Trip Began __Unknown__ ☐ a.m. ☐ p.m.  Location  Unknown _____

Purpose of Trip  Unknown _____     (

Last Stop Arrived ___Unknown___ ☐ a.m. ☐ p.m.  Departed___Unknown___ ☐ a.m. ☐ p.m.

Location Unknown

Purpose Unknown

## PHYSICAL CONDITION

☐ Alcohol / Drugs  ☐ Yes  ☒ No   BAC / OTHER: _____

**Medical / Other Problems:**

☐ None          ☐ Vision        Temporary Condition or Illness _____

☐ Heart Condition  ☐ Hearing       _____

☐ Diabetes       ☐ Other (describe)  _____

☐ Epilepsy

## DRIVER'S HISTORY

Familiar With Road    ☐ Yes  ☐ No    Familiar With Vehicle   ☐ Yes  ☐ No

___39___ Years Driving Experience     ___0___ Previous Motor Vehicle Traffic Convictions

___0___ Previous Accidents       ___0___ Number of suspensions or revocations

Restrictions on Driver License   ☐ Yes  ☒ No  (if yes, explain type)   Complied with  ☐ Yes  ☐ No

Observations:

_____

_____

_____

_____

Case Number _____AST 38-05-059_____

THI-9

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

# VICTIM INFORMATION

Vehicle No. 1    Occupant Position    Driver    Pedestrian    N/A

Name Michael Duke    Alias N/A

Address 467 Longview Road    Pontotoc, Ms

Occupation Truck Driver    Home Phone( 662 ) 509-8281    Business Phone ( )

Business Address 1010 Hickory Ridge Drive    New Albany, Mississippi

DOB 01/12/1968    Race W    Sex M    Height/Weight 6'3 / 250    DL# and State 800063742 / Ms

Injured yes    Fatal yes    First Aid By Haynes Ambulance

injured Transported To Troy Regional Medical Center

Transported By Haynes Ambulance    Autopsy Performed: ☒ Yes    ☐ No

Pronounced By Jerry Williams    Date/time 5:30 pm / 7 March 2005

Cause of Death Multiple blunt force trauma

Legal Identification Made By Jerry Williams

Next of Kin Notified Angela Dukes    Relation Wife

Notified By Jerry Williams    Date/time 7 March 2005 / 10:45 pm

Body Released To

Personal Property Removed By DPS Personnel: ☐ Yes    ☒ No

Ejected: ☐ Yes    ☒ No    ☐ N/A    If yes, through

Vehicle No. 2    Occupant Position    Driver    Pedestrian    N/A

Name Gerald Ruhnow    Alias N/A

Address 9655 N 1400 Avenue    Osco, Illinois 61274

Occupation Truck Driver    Home Phone( ) Unknown    Business Phone ( )

Business Address 9655 N 1400 Avenue    Osco, Il

DOB 01/11/1950    Race W    Sex M    Height/Weight 5'7 / 190    DL# and State R500-2925-0321 / ILL

Injured yes    Fatal NO    First Aid By Haynes Ambulance

injured Transported To Troy Regional Medical Center

Transported By Haynes Ambulance    Autopsy Performed: ☐ Yes    ☐ No

Pronounced By N/A    Date/time N/A

Cause of Death N/A

Legal Identification Made By N/A

Next of Kin Notified N/A    Relation N/A

Notified By N/A    Date/time N/A

Body Released To N/A

Personal Property Removed By DPS Personnel: ☐ Yes    ☒ No

Ejected: ☐ Yes    ☒ No    ☐ N/A    If yes, through

Page 1 of 1

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

Case Number    AST 38-05-059

DATE:

LOG #:

THI-10

AST-27
REV. 1/91

**ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT**

Fatality

DPS
Accident No

Shaded Areas To Be Used By Data Processing Only

Microfilm No.

Local Case No.

**LOCATION AND TIME**

| Date | Time | Day of Week | City | Rural | Highway Classification: | M — Municipal | Local Zone |
|---|---|---|---|---|---|---|---|
| 03 07 2005 | 7:16 PM | M T W TH F S S | 55 | X | I — Interstate S — State, U — Federal C — County, O — Other | P — Private Prop. O — Other |

On Street Road or Highway: **U.S. 231**
At Intersection of or Between (Node 1): **County Road 5532**
And (Node 2): **County Road 330**

S053 | Street or Code 7248 | Node Code 7247 | Feet From 2 Miles (Circle One) 1 or 2 | Node (Circle One) 1 2

Intersection Related: 1 Node 1  2 Node 2  X Not Int Related
Mile Post: 1 7 5 . 1 0

First Harmful Event: 20 | Event Location: 1 | Distance to Fixed Object: N/A FT

**UNIT NO 1**

Driver Full Name: **Michael Duke**
Street Address: **467 Longview Road**
City and State: **Pontotoc, Ms.**
Zip: **38863**
Telephone No: **662 509-8281**

D.O.B: 01 12 1968 | Race M W | Sex M | DL State Ms | Driver License No. 800063742 | DL Class A | DL Status C | List Restrictions Not Complied With | CDL Status C | List Endorsements Not Complied With | Residence Less Than 25 Miles Yes

Place of Employment: **Lane Heard Trucking  New Albany, Mississippi**
Liability Insurance Co.: **Great Casualty**
Social Security No: **4 2 6 1 4 3 1 9 8 5 8**

Driver Condition: 01 | Sobriety: 2 | Officer's Opinion | Alcohol: No | Drugs: No | Type Test: 9-No Test | Test Given | Test Results: N/A

Maneuver: 01 | Travel Road Name: **U.S. 231** | Road Code: S053 | Travel Direction 27 | Other Contr Circumstance 02 | Prime Harm Event | Event Loc 1

**COM VEH**

Veh Year: 2001 | Make: Frht | Model: Tra | Body | V.I.N. 1FUPCSZB01LG233001 | License Tag Number N/A | State N/A | N/A

Owner's Name: **Lane Heard Trucking**
Street or R.F.D.: **1010 Hickory Ridge Drive**
City: **New Albany**
State: Ms | ZIP: 38652

**UNIT 1 — VEHICLE**

Type:
1 - Auto
2 - Sta. Wagon
3 - Pick Up
4 - Van
5 - Truck Tractor
6 - Other Truck
7 - Comm Bus
8 - School Bus
9 - Other Bus
10 - Motorcycle

Usage:
1 - Personal
2 - Driver Trng.
3 - Construction
4 - Ambulance/ Paramedical
5 - Military
6 - Taxi

Speed Limit: 55 MPH | Est. Speed: 55 MPH
Citation Offense Charged: **None**
Vehicle Towed By Whom: **Jacobs Towing (Rot)**
To Where: **Jacobs Towing (Troy)**
Enter Point of Initial Impact: 1

**UNIT NO 2**

Driver Full Name: **Gerald Ruhnow**
Street Address: **9655 N 1400 Avenue**
City and State: **Osco, Il.**
Zip: **61274**
Telephone No: **Unk  now-n**

D.O.B: 01 11 1950 | Race W | Sex M | DL State Il | Driver License No. R500-2925-0321 | DL Class AM | DL Status C | CDL Status C | Residence Less Than 25 Miles

Place of Employment: **Gerald Ruhnow Trucking  Osco, Illinois**
Liability Insurance Co.: **Unknown**
Social Security No: **U n k - n o - w n**

Driver Condition: 01 | Officer's Opinion | Alcohol: No | Drugs: No | Type Test: 9-No Test | Test Results

Maneuver: 01 | Travel Road Name: **U.S. 231** | Road Code: S053 | Travel Direction 97 | Prime Harm Event 20 | Event Loc 1

**COM VEH**

Veh Year: 2003 | Make: Ptrb | Model: Tra | Body: NA | V.I.N. 1XP5DB 9X23D590431 | License Tag Number P429865 | State IL | 2006

Owner's Name: **Same as above**

**VEHICLE OR PEDESTRIAN**

Speed Limit: 55 MPH | Est. Speed: 55 MPH
Citation Offense Charged: **None**
Vehicle Towed By Whom: **Jordan's Towing (Rot)**
To Where: **Jordan's Towing (Troy)**
Enter Point of Initial Impact: 1

**CODES**

Contributing Circumstances | Driver Maneuver | Pedestrian/Pedalcyclist Action | Event Location

## SEATING

| Unit 1 | Other Involved Unit (Circle One) |
|---|---|
| 1 | 24 |

12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable

Other Involved Safety Equipment

| Unit 2 | Other Involved Unit (Circle One) |
|---|---|
| 2 | 24 |

12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable

Other Involved Safety Equipment

### CODES

**SAFETY EQUIPMENT**
00 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
11 - Fastened
12 Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraint
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Michael Duke | 467 Longview Road    Pontotoc, Ms | 1 | 1 | K | 36 | M | N | A |
| Taken To: Troy Regional Medical Center | Taken By: Haynes Ambulance | | | | | | | |
| Gerald Ruhnow | 9655 N 1400 Avenue    Osco, Il | 2 | 1 | A | 55 | M | N | A |
| Taken To: Troy Regional Medical Center | Taken By: Haynes Ambulance | | | | | | | |

N/A

## CODES

Injury Type
K Killed
B Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
C - Not Visible—Has Pain/Faint

Ejected
N - Not
F - Fully
P - Partially
T - Trapped
U - Unknown
N - Not Applicable

First Aid By
A - Ambulance Attended
D - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM

Officer's Opinion of What Happened: Unit#2 was traveling north on U.S. 231. Unit#1 was traveling south on U.S. 231. A motorcycle from a previous accident that had just occurred was lying in the southbound lane of U.S. 231. Unit#1 topped the hill and struck the motorcycle lying in the roadway. The motorcycle lodged underneath Unit#1 causing the fuel tanks to rupture and explode. Driver of Unit#1 lost control of vehicle and started to travel into the northbound lane. Unit#2 crested the hill traveling north and struck Unit#1 which had just crossed into his lane of travel. Another explosion occurred engulfing both Units in flames.

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

| | Contributing Road Defects | Surface Construction | Condition | Accident in Or Related To Road Construction Zone? | Material in Roadway (Contributing) | Material Source | Character |
|---|---|---|---|---|---|---|---|
| Unit 1 — **1** | **0 - None**<br>1 - Shoulders Low<br>2 - Shoulders High<br>3 - Holes, Bumps, Etc.<br>8 - Other | **1 - Asphalt**<br>2 - Concrete<br>3 - Brick<br>4 - Unpaved<br>8 - Other | **1 - Dry**<br>2 - Wet<br>3 - Icy<br>4 - Snowy/Slushy<br>5 - Muddy<br>8 - Other | Yes   No | **0 - None**<br>2 - Rocks<br>3 - Trees/Limbs<br>4 - Dirt | 5 - Gravel<br>6 - Oil/Petrol<br>8 - Other | **0 - Not Applicable**<br>2 - Natural Environment<br>3 - Dropped From Vehicle<br>4 - Already In Road, But Fell From Vehicle<br>8 - Other | **1 - Straight—Level**<br>2 - Straight—Down Grade<br>3 - Straight—Up Grade<br>4 - Straight—Hillcrest<br>5 - Curve—Level | 6 - Curve—Down Grade<br>7 - Curve—Up Grade<br>8 - Curve—Hillcrest |
| Unit 2 — **2** | | | | | | | |

| Vision Obscured By | Traffic Control | Opposing Lanes Separated By | Lanes |
|---|---|---|---|
| **0 - Not Obscured**<br>1 - Buildings<br>2 - Signboards<br>3 - Trees, Crops, Bushes<br>4 - Blowing Snow/Sand<br>5 - Hillcrest<br>6 - Curve In Road<br>7 - Fog<br>8 - Parked Vehicle<br>9 - Moving Vehicle(s) | 10 - Blinded by Sunlight<br>11 - Fire/Smoke<br>12 - Dust<br>13 - Blinded by Headlights<br>14 - Embankment<br>15 - Rain on Windshield<br>16 - Snow on Windshield<br>98 - Other<br>99 - Unknown | 1 - Police Officer<br>2 - R.R. Crossing Gates<br>3 - R.R. Flashing Lights<br>4 - R.R Cross Bucks/Pave Mark<br>5 - Pedestrian Control<br>6 - Traffic Signal<br>7 - Flashing Beacon<br>8 - Stop Sign<br>9 - Yield Sign<br>10 - Lane Control Device | 11 - Flagger<br>12 - No Passing Zone<br>**97 - None**<br>98 - Other | **97 - None**<br>1 - Paved Surface<br>2 - Unpaved Surface<br>3 - Broken Painted Line<br>**4 - Solid Painted Line**<br>5 - Concrete Barrier<br>6 - Metal Guard Rail<br>7 - Fence<br>8 - Other Barrier | 1 - One Lane<br>2 - Two Lanes<br>3 - Three Lanes<br>**4 - Four Lanes**<br>5 - Five Lanes<br>6 - Six Lanes or More |

Traffic Control Functioning:  Yes  No
DOT Railroad Crossing No:  N/A

One-Way Street   Yes

## INVESTIGATION

| Light | Weather | Locale | Non-Vehicular Property Damage |
|---|---|---|---|
| 1 - Daylight<br>**4 - Darkness—Road Not Lit**<br>2 - Dawn<br>3 - Dusk   5 - Darkness—Road Lit | 1 - Clear<br>**2 - Cloudy**<br>3 - Rain<br>4 - Snow   5 - Sleet/Hail<br>6 - Crosswind<br>7 - Fog<br>8 - Other | 1 - Open Country<br>2 - Residential<br>3 - Shop'g or Business<br>4 - Mfg. or Industrial<br>5 - School<br>6 - Playground<br>8 - Other | 1 - None Visible   3 - Moderate<br>2 - Light   4 - Severe |

Property Damage Description:
Description: N/A
DATE:
Owner:  LOG #:
Address:

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 7 : 21  AM MT | 8 : 26  AM MT | 7 : 31  AM MT | Trp. Kevin D. Cook |

| Witness Full Name | Address | Telephone |
|---|---|---|
| Gene Richardson | 276-B  Timber Ridge Drive   Thomasville, Ga. | 229  226 - 3912 |
| Randall Jackson | 630 W. Washington Street   Orlando, Fl. | 407  841 - 1742 |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Reviewed |
|---|---|---|---|
| Kevin D. Cook | 833 | ALAST3800 | |
| Name of Other Investigating Officers at Scene: Jimmy Helms | 753 | ALAST3800 | |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof

Signature of Investigating Officer _Kevin D. Cook #833_    Date  7 Mar 2005

# ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. _____

ADT No. 34 Rev. 4/85

### SUPPLEMENTAL SHEET

SHEET __2__ OF __4__ SHEET(S)

| | | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejec-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|
| **3** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **4** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **5** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **6** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **7** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **8** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **9** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **10** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **11** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **12** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |

ADDITIONAL ACCIDENT VICTIMS

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

ADDITIONAL NARRATIVE SPACE

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:



AST-34T
1 94

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. ___1___
(same as on main report)

Sheet __3__ of __4__ Sheets

### General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*

1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard ___1___

Buses designed to carry 16 or more (including driver) ___0___

*Number of Persons:*

Sustaining fatal injuries ___1___

Transported for **immediate** medical treatment ___2___

Number of vehicles towed from scene due to damage or provided assistance ___2___

### Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus ___16,500___

B. Trailer or trailers (total) ___65,000___

Total GVWR for unit (A+B) ___81500___

Total number of axles ___5___

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes  X  No

If Yes, include following information from placard

A. Name or 4-digit number from diamond or box ___N/A___

B. The 1-digit number from bottom of diamond ___N/A___

Was hazardous material released from THIS vehicle's cargo? ____ Yes  X  No

Vehicle Configuration **(circle one number)**

1. Bus    2. Single unit truck (2 axles/ 6 or more tires)    3. Single unit truck (3 or more axles)
4. Truck with trailer    5. Truck tractor only (bobtail)    (6.) Tractor with semi-trailer    7. Tractor with double trailers
8. Tractor with triple trailers    9. Unknown class heavy truck    0. Any other 4-fired vehicle

Cargo Body Type    (circle one number)

1. Bus    (2.) Van/enclosed box    3. Cargo tank    4. Flatbed    5. Dump
6. Concrete mixer    7. Auto transporter    8. Garbage/ refuse    9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name _Lane Heard Trucking_

Source (circle one number)    1. Vehicle side    2. Shipping papers    3. Driver    (4.) Other

Carrier mailing address (Street or P.O. Box) _1010 Hickory Ridge Drive_

City, State, Zip _New Albany, Mississippi 38863_

Carrier Identification Numbers  ( ___8___  None = 0)

US DOT ___00568612___  ICC MC _____  STATE NO. _____

*HIGHWAY PATROL DIVISION*
*TRAFFIC HOMICIDE UNIT*
*DATE:*
*LOG #:*
*STATE*

### Sequence of Events

Note: for THIS vehicle - list up to four    Event #1 ___10___    Event #2 ___6___    Event #3 _____    Event #4 _____

*EVENT CODES*

Non-Collision    1. Ran off road    2. Jackknife    3. Overturned (rollover)    4. Downhill runaway
5. Cargo loss or shift 6. Explosion or fire    7. Separation of units    8. Other non-collision

Collision With 9. Pedestrian    10. Non-parked vehicle    1 1. Parked vehicle    12. Train
13. Pedal cycle    14. Animal    15. Fixed object    16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time |
|---|---|---|---|---|
|  | 833 | ALAST3800 | 7 Mar 2005 | 7:16  AM PM |

AST-34T
1 94

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. __2__
(same as on main report)

Sheet __4__ of __4__ Sheets

### General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*

1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard __1__

Buses designed to carry 16 or more (including driver) __0__

*Number of Persons:*

Sustaining fatal injuries __1__

Transported for **immediate** medical treatment __2__

Number of vehicles towed from scene due to damage or provided assistance __2__

### Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus __15,000__

B. Trailer or trailers (total) __25,000__

Total GVWR for unit (A+B) __40000__

Total number of axles __5__

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes __X__ No

If Yes, include following information from placard

  A. Name or 4-digit number from diamond or box _____

  B. The 1-digit number from bottom of diamond _____

Was hazardous material released from THIS vehicle's cargo? ____ Yes __X__ No

*Vehicle Configuration* **(circle one number)**

  1. Bus   (2.) Single unit truck (2 axles/ 6 or more tires)   3. Single unit truck (3 or more axles)
  4. Truck with trailer   5. Truck tractor only (bobtail)   6. Tractor with semi-trailer   7. Tractor with double trailers
  8. Tractor with triple trailers   9. Unknown class heavy truck   0. Any other 4-fired vehicle

*Cargo Body Type*   *(circle one number)*

  1. Bus   2. Van/enclosed box   3. Cargo tank   (4.) Flatbed   5. Dump
  6. Concrete mixer   7. Auto transporter   8. Garbage/ refuse   9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, *0* for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name __Gerald Ruhnow Trucking__

Source (circle one number)   1. Vehicle side   2. Shipping papers   3. Driver   (4.) Other

Carrier mailing address (Street or P.O. Box) __9655 N 1400 Avenue__

City, State, *Zip* __Osco, Illinois 61274__

Carrier Identification Numbers  ( __8__ None = 0)

US DOT __00589814__  ICC MC _____  STATE NO. _____  LOG STATE/

*TRAFFIC HOMICIDE UNIT DIVISION*
*DATE:*
*LOG #:*

### Sequence of Events

Note: for THIS vehicle - list up to four   Event #1 __10__   Event #2 __6__   Event #3 _____   Event #4 _____

*EVENT CODES*

Non-Collision  1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
  5. Cargo loss or shift 6. Explosion or fire   7. Separation of units   8. Other non-collision

Collision With 9. Pedestrian   10. Non-parked vehicle   1 1. Parked vehicle   12. Train
  13. Pedal cycle   14. Animal   15. Fixed object   16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time |
|---|---|---|---|---|
| *[signature]* | 833 | ALAST3800 | 7 Mar 2005 | 7:16   AM PM MT |



STATE OF MISSISSIPPI
DEPARTMENT OF PUBLIC SAFETY


MOTOR VEHICLE REPORT


MICHAEL E DUKE                                    DATE: 03/28/2005
467 LONGVIEW ROAD                                 PAGE:  1
PONTOTOC MS 38863 9227


DRIVER LICENSE NO.:  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          BIRTH DATE:   01/12/1968 SEX: M
                                          EXPIRATION:   01/12/2008
TYPE OF LICENSE: RENEWAL LICENSE          CLASS: CLASS A COMM. LICENSE
ISSUE DATE:          02/11/2004           RESTRICTIONS: NONE
DONOR: N    HEIGHT: 6 03                  PREVIOUS STATE:
EYES:  GRN  WEIGHT:  250                  PREVIOUS LICENSE:
RACE: W      SEX: M
LICENSE STATUS: VALID                     PRIOR STATUS:
COMM STATUS:     VALID                    ENDORSEMENTS: N
REINSTATEMENT DATE:


                  **** NO CITATIONS FOUND ****
        **** END OF DRIVERS HISTORY WITH   0 RECORDS PRINTED ****

                ****************************
THIS REPORT MAY BE USED AS A CLEARANCE LETTER IF THE DRIVER'S LICENSE
STATUS IS 'VALID' OR 'CLEAR' OR IN THE CASE THE DRIVER HAS 'MOVED'
AND HIS PREVIOUS LICENSE STATUS IS 'VALID' OR 'CLEAR.'
                ****************************


                                    STATE OF MISSISSIPPI
                                    DEPARTMENT OF PUBLIC SAFETY

                                    I, GEORGE WHITE, DIRECTOR OF DRIVER
                                    RECORDS BRANCH, DO HEREBY
                                    CERTIFY THAT THIS IS A TRUE COPY OF
                                    DOCUMENTS OR RECORDS ON FILE WITH
                                    THIS DEPARTMENT.
                  DRIVER RECORDS BRANCH
                  PHONE 601/987-1274
                                    SIGNATURE: George White

                                    DATE: 3/28/05
           HIGHWAY PATROL DIVISION
           TRAFFIC HOMICIDE UNIT  BY

           DATE: _____

           LOG #: _____

**ALABAMA DEPARTMENT OF PUBLIC SAFETY**
**HIGHWAY PATROL DIVISION**

**STATEMENT**

PERSONALLY appeared (NAME) _GENE RICHARDSON_ ,who states:

I reside at _276-B TIMBER RIDGE DR_ in _THOMASVILLE_
                              Address                                          City

_GA_                                    _229-226-3912_    _RETIRED_
State              Telephone:    Work              Home              Employment
Date of Birth:    _2-14-1936_    Social Security Number _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_

I have _15_ years of education, and I can/cannot read and write. This statement is given on _3-8-2005_

at _12:21_ am/pm in the presence of _RP. & Kevin D Cook_ who has officially identified

himself/herself as a member of the ALABAMA STATE TROOPERS.

_I PASSED THE MOTORCYCLE IN THE ROAD (231). I WAS IN THE
RIGHT LANE (SOUTH BOUND) AND JUST MISSED HITTING THE MOTORCYCLE. IT
WAS VERY DARK AND I ONLY SAW THE MOTORCYCLE ABOUT
10 FEET BEFORE I GOT TO IT. I SAW THE 18 WHEELER
IN MY REAR VIEW MIRROR ABOUT 100 YARDS BEHIND ME
IN THE RIGHT LANE. THERE WAS NO WAY FOR HIM TO MISS
THE MOTORCYCLE. WHEN HE HIT IT THE TRUCK DRUG THE
MOTORCYCLE UNDER IT GENERATING TREMENDOUS SPARKS.
THE MOTORCYCLE BURST INTO FLAMES UNDER THE TRUCK
AND WITHIN 1 SECOND THE TRUCK WAS ENVELOPED IN
FLAMES. THE TRUCK WAS HEADING LEFT AS SOON AS
HE HIT THE MOTORCYCLE AND ENDED UP ON THE OTHER
SIDE OF THE ROAD. (NORTH BOUND LANE)_

_Gene Richardson_                          HWY PATROL DIVISION
Signature                                  TRAFFIC HOMICIDE UNIT
                                           DATE:
_Kevin D Cook #833_                        LOG #:

                                           Page number _1_ of _1_ pages

| Job Desc | Crew | Inst Num | Temp | Pressure | Start Date | | |
|---|---|---|---|---|---|---|---|
| | | | | | 03/10/2005 | | |
| Note | Continue File PIKE US 2310.raw  1:35:55 PM 3/8/05 | | | | | | |
| Note | 1:36:58 PM 3/8/05 | | | | | | |
| Occupied Pt | BS Pt | BS Brg | BS Read | Inst Ht | | | |
| 1 | 99 | | 358°57'38" | 5.30 | | | |
| Shot Pt | Trgt Ht | Hz Ang | Vt Ang | Slp Dist | Desc | Par Off | Perp Off |
| 101 | 6.00 | 359°50'54" | 89°49'31" | 137.61 | EP | 0.000 | 0.000 |
| 102 | 6.00 | 357°56'24" | 89°40'33" | 137.59 | FL | 0.000 | 0.000 |
| 103 | 6.00 | 353°05'25" | 89°37'11" | 137.83 | DASHL | 0.000 | 0.000 |
| 104 | 6.00 | 347°23'26" | 89°32'10" | 131.92 | YELLOW | 0.000 | 0.000 |
| 105 | 6.00 | 347°04'54" | 89°31'30" | 132.19 | DASHL | 0.000 | 0.000 |
| 106 | 6.00 | 342°11'42" | 89°37'02" | 134.22 | DASHL | 0.000 | 0.000 |
| 107 | 6.00 | 341°47'37" | 89°38'40" | 134.40 | YELLOW | 0.000 | 0.000 |
| 108 | 6.00 | 339°50'29" | 89°50'48" | 153.10 | DASHL | 0.000 | 0.000 |
| 109 | 6.00 | 335°00'30" | 90°03'08" | 152.71 | FL | 0.000 | 0.000 |
| 110 | 6.00 | 330°32'11" | 90°11'35" | 156.63 | FL | 0.000 | 0.000 |
| 111 | 6.00 | 330°22'30" | 90°15'34" | 156.85 | EP | 0.000 | 0.000 |
| 112 | 6.00 | 310°25'23" | 90°33'19" | 107.08 | EP | 0.000 | 0.000 |
| 113 | 6.00 | 309°46'08" | 90°10'23" | 90.34 | FL | 0.000 | 0.000 |
| 114 | 6.00 | 318°55'59" | 89°21'34" | 70.46 | YELLOW | 0.000 | 0.000 |
| 115 | 6.00 | 326°56'01" | 89°01'43" | 60.95 | YELLOW | 0.000 | 0.000 |
| 116 | 6.00 | 347°23'52" | 88°57'54" | 48.21 | FL | 0.000 | 0.000 |
| 117 | 6.00 | 191°37'26" | 89°17'15" | 60.11 | LINE | 0.000 | 0.000 |
| 118 | 6.00 | 195°58'31" | 89°08'53" | 60.62 | FL | 0.000 | 0.000 |
| 119 | 6.00 | 205°57'30" | 89°14'39" | 64.33 | DASHL | 0.000 | 0.000 |
| 120 | 6.00 | 214°38'58" | 89°18'04" | 69.82 | YELLOW | 0.000 | 0.000 |
| 121 | 6.00 | 215°11'52" | 89°18'08" | 70.38 | DASHL | 0.000 | 0.000 |
| 122 | 6.00 | 222°34'41" | 89°33'24" | 77.41 | DASHL | 0.000 | 0.000 |
| 123 | 6.00 | 222°54'48" | 89°33'24" | 77.32 | YELLOW | 0.000 | 0.000 |
| 124 | 6.00 | 229°38'04" | 89°56'07" | 84.45 | DASHL | 0.000 | 0.000 |
| 125 | 6.00 | 235°29'14" | 90°17'59" | 92.02 | FL | 0.000 | 0.000 |
| 126 | 6.00 | 238°09'31" | 90°32'18" | 103.59 | FL | 0.000 | 0.000 |
| 127 | 6.00 | 238°12'16" | 90°37'13" | 104.02 | EP | 0.000 | 0.000 |
| 128 | 6.00 | 232°38'04" | 90°47'04" | 120.97 | EP | 0.000 | 0.000 |
| 129 | 6.00 | 232°05'17" | 90°40'23" | 120.43 | FL | 0.000 | 0.000 |
| 130 | 6.00 | 201°47'01" | 90°06'08" | 230.61 | EP | 0.000 | 0.000 |
| 131 | 6.00 | 197°29'10" | 90°04'59" | 298.74 | EP | 0.000 | 0.000 |
| 132 | 6.00 | 195°13'35" | 89°58'47" | 296.17 | DASHL | 0.000 | 0.000 |
| 133 | 6.00 | 193°11'37" | 89°53'13" | 288.27 | DASHL | 0.000 | 0.000 |
| 134 | 6.00 | 193°00'34" | 89°52'41" | 287.99 | DASHL | 0.000 | 0.000 |
| 135 | 6.00 | 190°50'52" | 89°47'45" | 283.78 | DASHL | 0.000 | 0.000 |
| 136 | 6.00 | 188°02'59" | 89°46'18" | 298.67 | DASHL | 0.000 | 0.000 |
| 137 | 6.00 | 185°51'49" | 89°23'31" | 296.65 | FL | 0.000 | 0.000 |
| 138 | 6.00 | 184°51'10" | 88°44'08" | 295.51 | EP | 0.000 | 0.000 |
| 139 | 6.00 | 187°05'34" | 89°39'29" | 188.09 | RRWHL | 0.000 | 0.000 |
| 140 | 6.00 | 189°28'53" | 89°38'17" | 184.27 | LR | 0.000 | 0.000 |
| 141 | 6.00 | 199°26'57" | 89°41'00" | 146.95 | RRWHL | 0.000 | 0.000 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

1/4

| Job Desc | Crew | Inst Num | Temp | Pressure | Start Date | | |
|---|---|---|---|---|---|---|---|
| 142 | 6.00 | 201°00'40" | 89°42'48" | 147.22 | RRWHL | 0.000 | 0.000 |
| 143 | 6.00 | 184°29'25" | 89°52'04" | 108.74 | RED | 0.000 | 0.000 |
| 144 | 6.00 | 176°21'32" | 93°18'40" | 111.93 | RED | 0.000 | 0.000 |
| 145 | 6.00 | 165°58'31" | 92°28'20" | 120.64 | RED | 0.000 | 0.000 |
| 146 | 6.00 | 166°33'50" | 92°23'09" | 147.07 | RED | 0.000 | 0.000 |
| 147 | 6.00 | 166°24'26" | 92°11'52" | 171.45 | RED | 0.000 | 0.000 |
| 148 | 6.00 | 173°15'27" | 92°07'37" | 163.21 | RED | 0.000 | 0.000 |
| 149 | 6.00 | 181°01'54" | 91°14'47" | 163.10 | RED | 0.000 | 0.000 |
| 150 | 6.00 | 184°28'41" | 89°48'25" | 163.48 | RED | 0.000 | 0.000 |
| 151 | 6.00 | 186°22'33" | 89°39'09" | 160.65 | RED | 0.000 | 0.000 |
| 152 | 6.00 | 184°47'14" | 89°48'18" | 114.26 | RED | 0.000 | 0.000 |
| 153 | 6.00 | 358°37'27" | 95°18'37" | 35.51 | RM | 0.000 | 0.000 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

3/4

05/03/05 06:51:15

| | | |
|---|---|---|
| -55.271 | -136.454 | 100.037 |
| -10.479 | -108.238 | 99.551 |
| 5.072 | -111.627 | 92.835 |
| 27.082 | -117.443 | 94.096 |
| 31.545 | -143.517 | 93.178 |
| 37.236 | -167.224 | 92.725 |
| 16.208 | -162.291 | 93.243 |
| -5.893 | -162.956 | 95.752 |
| -15.719 | -162.725 | 99.851 |
| -20.733 | -159.306 | 100.274 |
| -11.599 | -113.664 | 99.689 |
| -0.208 | 35.352 | 96.014 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

AST-27
REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS Accident No. _____

Sheet 1 of 1 Sheet(s)    Microfilm No. _____    Local Case No. _____

Shaded Areas To Be Used By Data Processing Only

## LOCATION AND TIME

| Date | | | Time | Day of Week | County No. | Rural |
|---|---|---|---|---|---|---|
| Month 03 | Day 07 | Year 2005 | 1915 AM/PM | M T W Th F S S | 55 | X |

Highway Classification: I-Interstate  S-State  M-Municipal  P-Private Prop.
F-Federal  C-County  O-Other

On Street, Road or Highway: U S HWY 231    Street or Road Code: S053 724B

At Intersection of or Between (Node 1): CO RD 5532    Node Code: 7247

And (Node 2): CO RD 3310    Node 2 (Circle One): Feet/Miles From

Intersection Related: 1 - Node 1  2 - Node 2  X Not Int. Related
Mile Post: 175.10

First Harmful Event: 20    Event Location: 1    Distance to Fixed Object: NA FT.

NONCOLLISION EVENT
01 - Overturned
02 - Fire/Explosion
04 - Immersion
06 - Gas Inhalation

COLLISION EVENT
15 - Pedestrian(s)
20 - Non-parked Vehicle
35 - Train

No. of Vehicles 02    Unit 1 No.    Unit 2 No.

## UNIT NO 1 (LEFT SCENE / COM VEH)

Driver Full Name: CHRISTY LEANN CHAMPION, 171 CACTUS DR. BOX 101, TROY AL    ZIP 36081    Telephone No. (334) 566-7122

| Month 02 | Day 04 | Year 1976 | Race W | Sex F | DL State AL | Driver License No. 6638197 | DL Class D | DL Status C | List Restrictions Not Complied With | COL Status N | List Endorsements Not Complied With | Residence Less Than 25 Miles Y |

Place of Employment: KRYSTALS, TROY ALABAMA    Liability Insurance Co. SAFEWAY    Social Security No. 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

Driver Condition: 1 No Defect  3 - Fatigued  X...
Maneuver 08    Travel Road Name U S HWY 231    Travel Direction N E (S) W    Other Contr. Circumstance 08    Prime Harm Event 20

Veh Year 1993    Make PONT    Model GRA    Body 4D    V.I.N. 1G2NE5538RC712537    License Tag Number 38 F252H    State AL    Year 2005

Owner's Name: SAME

Type: 1 Auto
Speed Limit 55 MPH    Est. Speed 35 MPH    Citation Offense Charged NONE    Damage Severity (2) Not Disabled    Vehicle Towed Away?
Vehicle Towed By Whom: NA    To Where: NA    Enter Point of Initial Impact 5

## UNIT NO 2 (LEFT SCENE / COM VEH / VEHICLE OR PEDESTRIAN)

Driver/Pedestrian Full Name: MICHAEL DAVID ADKINS, 452 S MAIN ST, BRUNDIDGE AL    ZIP 36010    Telephone No. (334) 735-3993

| Month 07 | Day 25 | Year 1956 | Race W | Sex M | DL State AL | Driver License No. 7646563 | DL Class C | DL Status | List Restrictions Not Complied With | COL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles Yes |

Place of Employment: WILEY SANDERS, TROY AL    Liability Insurance Co. PROGRESSIVE    Social Security No. 252 90 6804

Driver/Ped. Condition: 1 No Defect
Maneuver/Action 01    Travel Road Name U S HWY 231    Travel Direction N E (S) W    Other Contr. Circumstance 97    Prime Harm Event 30

Veh Year 2004    Make YAMA    Model VST    Body WA    V.I.N. JYAVM01E64A065113    License Tag Number MBB 398    State AL    Year 2005

Owner's Name: SAME

Type: 10 Motorcycle
Speed Limit 55 MPH    Est. Speed 50 MPH    Citation Offense Charged NONE    Damage Severity 1 - None Visible  2 - Not Disabled  (3) Disabled
Vehicle Towed By Whom: JORDANS (BAT)    To Where: JORDANS (LOCAL)    Enter Point of Initial Impact

## CODES

Contributing Circumstances / Driver Maneuver / Pedestrian Action / Event Loc

**SEATING**

Unit 1 — (Circle One) 1 2 3 10 / 9 11 — Other Involved Unit
Other Involved Unit (Circle One):
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

Unit 2 — (Circle One) 1 2 3 10 / 3 2 9 11 — Other Involved Unit
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

**CODES — SAFETY EQUIPMENT**
00 - None Installed
05 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
10 - Used
11 - Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Lap Only Used
23 - Shoulder Only Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraints
81 - Child Restraint Used
82 - Child Restraint Not Used
83 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

**VICTIMS**

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejec. | First Aid By |
|---|---|---|---|---|---|---|---|---|
| MICHAEL ADKINS, 452 S MAIN ST, BRUNDIDGE AL | | 2 | 10 | C | 48 | M | F | M |
| EDGE REGIONAL MEDICAL CENTER | | | | | | | | |

Taken By / Taken To / Taken By

**CODES**

Injury Type: K - Killed   A - Visible or Carried from Scene   B - Bruise/Abrasion/Swelling   C - Not Visible—Has Pain/Faint
Ejected: N - Not   F - Fully   P - Partially   T - Trapped   U - Unknown   A - Not Applicable
First Aid By: A - Ambulance Attended   D - Doctor   M - Paramedic   O - Other   P - Police   U - Unknown   N - None

**NARRATIVE AND DIAGRAM**

(NOT TO SCALE)



← N

US HWY 231 SOUTHBOUND LANES                 ROAD WIDTH 24'

Officer's Opinion of What Happened: UNIT 1 WAS IN THE MIDDLE TURN LANE OF US HWY 231 (SOUTHBOUND) WAITING FOR TRAFFIC TO CLEAR. SHE THEN ENTERED THE LEFT SOUTHBOUND LANE AND STARTED TRAVELING SOUTH. SHE THEN CHANGED LANES TO THE RIGHT CAUSING UNIT 2 WHICH WAS A MOTORCYCLE TO COLLIDE WITH UNIT 1 IN THE REAR. THE DRIVER OF UNIT 2 WAS EJECTED BUT NOT SERIOUSLY INJURED. UNIT 1 NEVER SAW UNIT 2.

**ROADWAY ENVIRONMENT**

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit

| | Contributing Road Defects | Surface Construction | Condition | Accident in Or Related To Road Construction Zone? | Material in Roadway (Contributing) | Material Source | Character |
|---|---|---|---|---|---|---|---|
| Unit 1 | 0 - None | 1 - Asphalt | 1 - Dry | | 0 - None   5 - Gravel | 0 - Not Applicable | 1 - Straight—Level   6 - Curve—Down Grade |
| Unit 1 | 1 - Shoulders Low | 2 - Concrete | 2 - Wet | | 2 - Rocks   6 - Oil/Petrol | 1 - Natural Environment | 2 - Straight—Down Grade   7 - Curve—Up Grade |
| Unit 2 | 2 - Shoulders High | 3 - Brick | 3 - Icy | Yes   Yes | 3 - Trees/Limbs   8 - Other | 2 - Dropped From Vehicle | 3 - Straight—Up Grade   8 - Curve—Hillcrest |
| Unit 2 | 3 - Holes, Bumps, Etc. | 4 - Unpaved | 4 - Snowy/Slushy | No   No | 4 - Dirt | 3 - Already in Road, But Fell From Vehicle | 4 - Straight—Hillcrest |
| | 8 - Other | 8 - Other | 5 - Muddy | | | 8 - Other | 5 - Curve—Level |
| | | | 8 - Other | | | 9 - Unknown | |

| Vision Obscured By: | Traffic Control | Opposing Lanes Separated By: | Trafficway Lanes |
|---|---|---|---|
| 00 - Not Obscured   10 - Blinded by Sunlight | 1 - Police Officer   11 - Flagger | 87   97 - None | 1 - One Lane |
| 1 - Buildings   11 - Fire/Smoke | 2 - R.R. Crossing Gates   12 - No Passing Zone | 2 - Straight—Down Grade   7 - Curve—Up Grade | 2 - Two Lanes |
| 2 - Signboard   12 - Dust | 3 - R.R. Flashing Lights   98 - None | 2 - Unpaved Surface | 3 - Three Lanes |
| 3 - Trees, Crops, Bushes   13 - Blinded by Headlights | 4 - R.R. Cross Bucks/Pave. Mark.   98 - Other | 3 - Broken Painted Line | 4 - Four Lanes |
| 4 - Blowing Snow/Sand   14 - Embankment | 5 - Pedestrian Control | 4 - Solid Painted Line | 5 - Five Lanes |
| 5 - Hillcrest   15 - Rain on Windshield | 6 - Traffic Signal | 5 - Concrete Barrier | 6 - Six Lanes or More |
| 6 - Curve in Road   16 - Snow on Windshield | 7 - Flashing Beacon | 6 - Metal Guard Rail | |
| 7 - Fog   98 - Other | 8 - Stop Sign | 7 - Fence | One-Way Street |
| 8 - Parked Vehicle   99 - Unknown | 9 - Yield Sign | 98 - Other Barrier | Yes   Yes |
| 9 - Moving Vehicle(s) | 10 - Lane Control Device | | No   No |

Traffic Control Functioning: Yes / No
DOT Railroad Crossing No.: N/A

**INVESTIGATION**

| Light | Weather | Locale | Non-Vehicular Property Damage | Property Damage Description |
|---|---|---|---|---|
| 1 - Daylight   4 - Darkness—Road Not Lit | 1 - Clear   5 - Sleet/Hail | 1 - Open Country   5 - School | 0 - None Visible   3 - Moderate | Description: |
| 2 - Dawn | 2 - Cloudy   6 - Crosswind | 2 - Residential   6 - Playground | 2 - Light   4 - Severe | NA |
| 3 - Dusk   5 - Darkness—Road Lit | 3 - Rain   7 - Fog | 3 - Business or Business | Owner: | |
| | 4 - Snow   8 - Other | 4 - Mfg. or Industrial | NA | |

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 1929 | 1933 | 1920 | NA |

Witness Name: RANDALL JACKSON   Address: 630 GWASHINGTON ST, ORLANDO FL   Telephone: (407) 841-1792

Witness Name: RONNIE PERKINS   Address: 6087 HWY 125, BRUNDIDGE AL   Telephone: (334) 735-8690

Name of Investigating Officer: TPR JIMMY HELMS   Officer ID: 755   Agency ORI: AL AST-3800

Name of Other Investigating Officer(s) at Scene:   Officer ID:   Agency ORI:

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer   Date: 3-7-05

ALABAMA

# DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7026

2451 FILLINGIM STREET
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5816

### EVIDENCE RECEIPT

**CASE NUMBER:** 05MB04083    **ID:** 1    **TYPE:** Traffic / non-death    **REFERENCES:**    **LAB:** MB

**AGENCY NUMBER:**    **ORI NUMBER:** AL055TPRS **DATE:** 4/7/05    **TIME:** 3:10 pm

| CASE NAMES | TYPE | RACE | SEX | DOB | AGE | STATUS |
|---|---|---|---|---|---|---|
| CHRISTY CHAMPION | S | W | F | | | |

| CHAIN OF CUSTODY | DATE | TIME |
|---|---|---|
| Secured at Mobile Regional Laboratory Evidence Intake Area | 4/7/05 | 3:10 pm |

**DESCRIPTION OF EVIDENCE:**

1 One biological specimens kit identified to contain Toxicology specimens described as : (sealed) eight sealed tubes of blood labeled Christy Champion, 3/7/05 2125; and one sealed plastic container of urine labeled Champion, Christy L. 3/07/05 2120.

**SERVICE REQUESTED:**
TOXICOLOGY

*ALL ITEMS LISTED ABOVE ARE AS DESCRIBED BY THE SUBMITTING AGENCY AND ARE SUBJECT TO VERIFICATION UPON INSPECTION BY THE ANALYST*

**REPORT TO:**

Trooper Cook
PIKE CO TROOPERS

**SUBMITTED BY:**

Trooper Stewart    TRAFFIC HOMICIDE UNIT
HIGHWAY PATROL DIVISION
DATE:

DFITHI    LOG #:    Page 1 of 1

DPS-30
Rev. 11-72

### WAIVER OF COUNSEL

PLACE _EDGE REGIONAL MEDICAL CENTER_

DATE _3-7-05_

TIME _21:15_

*Before we ask you any questions, you must understand your rights:*

1.  *You have the right to remain silent.*

2.  *Anything you say can and will be used against you in court.*

3.  *You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.*

4.  *If you cannot afford a lawyer, one will be appointed without cost to you before any questioning if you wish.*

5.  *If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time you wish.*

### WAIVER OF RIGHTS.

*I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercision of any kind has been used against me.*

Signed _Christy Champion_

Date _3-7-5_

Witness _A Johnson RN_

Witness _____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

## VOLUNTARY CONSENT FOR A
## BLOOD AND URINE TEST

I *CHRISTY LEANN CHAMPION* do hereby agree to voluntarily

allow samples of my blood and urine to be taken for the purpose of analysis by

the Alabama Department Of Forensic Science in determining the alcohol and

drug content of the samples. I agree to give this voluntary consent after being

ask by *TROOPER JIMMY HELMS #753*, a law enforcement

officer, to voluntarily give these samples and agree that no threats, promises or

coercion have been made against me in any manner. I understand the samples

will be drawn by medical personnel using normal medical procedures and the

samples will then be turned over to the requesting law enforcement officer for

transportation to the Alabama Department Of Forensic Science for analysis.

X *Christy Champion*

DATE: *3-7-05*    TIME: *21:17*

WITNESS: *Ayonnee Ru*

WITNESS: _____

WITNESS: _____

REQUESTING OFFICER: *TPR J #753*

AGENCY: *STATE TROOPER*

---

### SAMPLE CHAIN OF CUSTODY

DATE DRAWN_____TIME_____

CLEANSING METHOD USED:_____

PERSON DRAWING SAMPLE:_____    HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

TITLE._____    DATE:_____

LOG #:_____

# INDEX

| Item Number | Number of Pages | Description |
|---|---|---|
| 1) | 1 | Cover Sheet |
| 2) | 1 | Confidentiality Sheet |
| 3) | 1 | Index |
| 4) | 4 | Case Summary |
| 5) | 1 | Witness List |
| 6) | 1 | Scale Diagram |
| 7) | 1 | Collision Site Information |
| 8) | 2 | Background Information |
| 9) | 1 | Victim Information |
| 10) | 6 | Alabama Uniform Traffic  Accident Report |
| 11) | 1 | Drivers Histories |
| 12) | 1 | Photo Proof Sheets |
| 13) | 4 | Map Scenes Data |
| 14) | 5 | Map Scenes Data |
| 15) | | |
| 16) | | |
| 17) | | |
| 18) | | |
| 19) | | |
| 20) | | |
| 21) | | |
| 22) | | |
| 23) | | |
| 24) | | |
| 25) | | |
| 26) | | |
| 27) | | |
| 28) | | |
| 29) | | |
| 30) | | |
| 31) | | |
| 32) | | |
| 33) | | |
| 34) | | |

Total Pages        30  29

Case Number -              AST 38-05-059

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

Alabama Department of

# Public Safety

REPLY MAY BE MADE TO:

## Traffic Homicide Investigator's Case Summary

## AST-38-05-059

### Identification

A two vehicle angular head-on crash occurring on U.S. 231 just north of Brundidge, in Pike County, Alabama. This crash occurred at approximately 7:16 pm on Monday, March 7, 2005. It resulted in the death of one adult male and caused serious injury to one adult male.

### Involvements

**Vehicle One –** A 2001 Freightliner tractor-trailer commercial vehicle, white in color, vehicle identification number 1FUPCSZB01LG233001. This vehicle was displaying a Mississippi license plate which was destroyed beyond recognition.

**Driver One -** Michael Duke, a white male, date of birth 01/12/1968, of 467 Longview Road, Pontotoc, Mississippi 38863. Duke holds Mississippi commercial driver's license number 800063742. As of the date of this crash, his privilege to operate a commercial vehicle is valid.

**Occupant -** None

**Vehicle Two - A** 2003 Peterbilt tractor-trailer commercial vehicle, blue in color, vehicle identification number 1XP5DB9X23D590431. This vehicle was displaying an Illinois license plate, P 429865 with an expiration date of 2006.

**Driver Two –** Gerald Ruhnow, a white male, date of birth 01/11/1950, of 9655 North 1400 Avenue, Osco, Illinois 61274. Ruhnow holds Illinois commercial driver's license number R500-2925-0321. As of the date of this crash, his privilege to operate a commercial vehicle is valid.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

**Occupant -** None

LOG #:

Headquarters
Post Office Box 1511
Montgomery, Alabama 36102 - 1511

Driver License
Post Office Box 1471
Montgomery, Alabama 36102 - 1471