# EXHIBIT E

```
  1              IN THE UNITED STATES DISTRICT COURT
  2             FOR THE MIDDLE DISTRICT OF ALABAMA
  3                       NORTHERN DIVISION
  4
  5    GERALD RUHNOW and CONNIE        *
  6    RUHNOW,                         *
  7         Plaintiffs,                *
  8                                    *
  9    VS.                             *  NO. 2:05 CV 527-F
 10                                    *
 11    LANE HEARD TRUCKING, LLC.,      *
 12    et al                           *
 13         Defendants.                *
 14
 15
 16            ORAL DEPOSITION OF MS. CHRISTY CHAMPION,
 17    a witness produced pursuant to the Federal Rules of
 18    Civil Procedure, in the above-styled and numbered
 19    cause on the 19th day of April, 2006, before Sheila
 20    Hanson, CSR, a Notary Public in and for the State of
 21    Alabama, at the law offices of Mr. Cliff Hastings
 22    with Cervera, Ralph & Reeves, Attorneys at Law, Troy,
 23    Alabama.
 24                       * * * * * * *
 25
```

EXHIBIT E

ORIGINAL

Sheila Hanson, CSR (334)313-1487
Prestige Court Reporting

```
 1        Q    When you first saw the motorcycle --
 2   you've drawn, it was fully in the lane?
 3        A    Yes, sir.
 4        Q    Basically in the middle of the lane where
 5   you were traveling?
 6        A    Yes, sir.
 7        Q    Then there is an impact, you now know,
 8   between the motorcycle and your car?  Correct?
 9        A    Yes.
10        Q    You realize that when you look in your
11   mirror?
12        A    Yes.
13        Q    What happened to the driver?  Do you see
14   what happened to Mr. Adkins after the impact?
15        A    I'm -- I keep looking in my rear-view
16   mirror.  And he was still on the motorcycle.  And
17   then I seen the motorcycle go down onto the
18   roadway.
19        Q    And Mr. Adkins, along with it, I guess?
20        A    Yes, sir.
21        Q    What did you do at that time?
22        A    I moved my vehicle over into this turn
23   lane.  And his motorcycle was still right here.
24        Q    And you've drawn a line in the right-hand
25   southbound lane?
```

1   A   Uh-huh.

2   Q   And it's all perpendicular to the road?
3   Is that the way it was lying?

4   A   Yes, sir.

5   Q   Which direction was the front wheel of
6   the motorcycle pointing?

7   A   The wheels would be pointing back this
8   way.

9   Q   The two little circles below the line
10  would indicate the wheels?

11  A   Yes, sir.

12  Q   Was it lying in the middle of the lane,
13  as you are showing it there? Or was it towards the
14  right-hand edge? Or towards the middle?

15  A   It was just like that.

16  Q   All right. I'm looking, and I just want
17  to get it clear. Because I want to make sure we are
18  all on the same page. I'm looking at the
19  interrogatory answer to number 6. And it states that
20  the motorcycle was on the edge of the right-hand
21  lane. Tell me what you mean by that?

22  A   Meaning that the back wheel was closer to
23  the edge of roadway.

24  Q   That's what I'm trying to figure out.
25  The back wheel was closer to the right-hand side of

1   the southbound slow lane?
2       A    Yes, sir.
3       Q    And so the front wheel would have been
4   pointing back towards the middle of the highway; and
5   the wheels, on the north side of the motorcycle.
6   Okay.
7            So you stopped your car. And you have
8   drawn another rectangle in the turn lane for the
9   store?
10      A    Yes, sir.
11      Q    Do you have a judgment, Ms. Champion, as
12  to how far your car traveled from, when you first saw
13  him in the rear-view mirror and realized that
14  something happened, and when you were able to bring
15  it to a stop?
16      A    It wasn't very far.
17      Q    You weren't all the way to the store,
18  yet?
19      A    No, sir.  I was -- I had gotten into this
20  turn lane.
21      Q    After you realized what happened, you
22  pulled, as quickly as you could -- pulled over into
23  the turn lane and stopped?
24      A    And still, you know, checking my
25  rear-view mirror, making sure there was nothing, and

```
 1     A    Okay.  As I'm walking back, I could see
 2  the motorcycle.  But, I mean, as far as for the truck
 3  driver, from his standpoint, it was too dark.
 4     Q    I'm not asking about the truck driver.
 5  I'm saying:  Could you see the motorcycle as you
 6  walked back to talk to Mr. Adkins -- after you were
 7  able to stop and park your car, could you see
 8  Mr. Adkins?
 9     A    Yes, sir.
10     Q    I know you are familiar with this area.
11  Would your car, with the lights on, have been visible
12  to the vehicle that came on top of what you described
13  as the hill and began in this straight area?
14     MS. HAMMETT:  Object to the form.
15     A    You lost me on that.
16     Q    That was a bad question.  If your car is
17  parked here?  Right?
18     A    Yes, sir.
19     Q    And the lights are on?
20     A    Yes, sir.
21     Q    Pinckard's is right here?
22     A    Yes, sir.
23     Q    Lights on?  Could a vehicle, if they were
24  looking, coming from Troy, have seen your car with
25  the lights on, on the side of the road, as it was
```

```
 1   Sales?
 2        A    Yes, ma'am.
 3        Q    After the collision with the motorcycle,
 4   your collision with the motorcycle, you testified
 5   that the motorcycle lights were not on?  Is that
 6   correct?
 7        A    Yes.
 8        Q    And you pulled over into the right-hand
 9   turn lane?  Is that correct?
10        A    From the store.
11        Q    And you turned off your vehicle?
12        A    Yes, ma'am.
13        Q    Were the headlights still on?
14        A    Yes, ma'am.
15        Q    Did you turn your flashers on, your
16   emergency lights on?
17        A    No, ma'am, I didn't turn those on.
18        Q    You testified earlier about, that you
19   know that you collided with the motorcycle because
20   there was damage to your vehicle?
21        A    Right.
22        Q    And both taillights were out?
23        A    Right.
24        Q    That was as a result of your collision
25   with the motorcycle?
```