# EXHIBIT G

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
 2                      NORTHERN DIVISION
 3

 4   GERALD RUHNOW and CONNIE        *          ORIGINAL
     RUHNOW,                         *
 5                                   *
              Plaintiffs,            *  CIVIL ACTION NO. 2:05 CV 527-F
 6                                   *
     vs.                             *
 7                                   *
     LANE HEARD TRUCKING, LLC.,      *
 8   et al.,                         *
                                     *
 9            Defendants,            *
                                     *
10
     * * * * * * * * * * * * * * * * * * * * * *
11
     VIDEOTAPED
12   DEPOSITION OF:         RANDALL JACKSON
13   DATE TAKEN:            April 1, 2006
14   TIME:                  9:19 a.m.
15   PLACE:                 111 North Orange Avenue
                            Suite 1060
16                          Orlando, Florida
17   REPORTED BY:           Jan L. O'Steen, Court Reporter
                            Notary Public
18
19   * * * * * * * * * * * * * * * * * * * * * *
20
21
22
23                        EXHIBIT
24                           G
25
```

EXHIBIT G

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 7

1        MS. HAMMETT:  Yes, Linda.
2        MS. AMBROSE:  Did we go over the
3    stipulations?
4        MS. HAMMETT:  We didn't.  Is everybody
5    okay with the usual stipulations?
6        MS. AMBROSE:  That's fine.
7        MR. SPARROW:  Yes.
8        MS. HAMMETT:  Okay.
9        MR. GARRETT:  It's fine with me.
10   BY MS. HAMMETT:
11       Q    All right.  Mr. Jackson, please tell me,
12   and, more importantly, tell the jury everything you
13   can remember about the accident that took place in
14   Troy.
15       A    Okay.  Well, the -- I was traveling
16   southbound on Highway 231, roughly, about three to
17   four miles south of Troy, Alabama.  It was, I guess,
18   about -- I want to say around nine -- between nine
19   and nine-thirty in the evening.  It was raining.  It
20   wasn't a downpour, but it was raining and it was
21   dark.
22            As I came up the hill, a truck passed me.
23   I guess that was the truck that I guess your client
24   was in.  We were --
25       Q    Let me interrupt you.  When you say my

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 8

1  client, do you mean Mr. Dukes, the driver of the
2  truck?
3      A    The driver -- I guess it was a white
4  Freightliner.
5      Q    Okay.
6      A    I'm assuming that was the driver who was
7  killed. I'm not -- I didn't know who was in what
8  truck at the time.
9           But the truck passed me. I was doing
10 about 45 miles an hour. He was probably doing about
11 between 50 and 55 going up the hill. As he passed
12 me, we topped the hill. He was probably, I want to
13 say, a little bit shorter than the length of a
14 football in front of me, in between 75 and 50 yards
15 in front of me.
16          I saw sparks come off the back of his
17 truck. I assumed that he had blown a tire, so I
18 slowed down to give him, you know, room to do
19 whatever needed to be done to get his truck, you
20 know, off to the side of the road or whatever
21 happened -- whatever was going to happen.
22          Right after I saw the sparks, I would say
23 about four to five seconds after that, his truck
24 took an extremely hard turn to the left, which
25 actually took him into oncoming traffic. So he

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 9

1   crossed from the southbound lane to the northbound
2   side of 231.  This took place right at -- I believe
3   it was a Pritchard's gas station, just to the right,
4   and that's the landmark that I remember because it
5   was right there at that gas station.
6           When the truck took a hard turn to the
7   left, it was almost as though he just turned the
8   truck extremely hard, is what it appeared to me.  I
9   didn't know what was going on.  The trailer started
10  to turn to go over and land on its side, and just
11  as -- just before the trailer hit, a truck that was
12  traveling in the northbound side of 231 made impact
13  with the truck that just crossed over from the
14  southbound to northbound side.  The two trucks hit,
15  and there was, you know, fire almost
16  instantaneously.
17          At that point, I stopped the truck, got
18  out, and tried to, you know, call for the drivers.
19  There was another truck driver behind me -- I don't
20  know his name -- who got out just about the same
21  time I did.  He was behind me, apparently.  And
22  there was another gentleman there who I don't know
23  where he came from.
24          We pulled one driver -- both drivers were
25  in the ditch, which would have been on the

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 10

1  northbound side of 231.  One was walking up the
2  incline there from the ditch who I saw and
3  approached, and he was pretty badly burned.  I found
4  out later that was the driver of the northbound
5  truck that actually hit the other truck.  He was
6  burned pretty badly.  I called to him.  He was
7  coming up.  He said don't touch him because his skin
8  was on fire -- or it wasn't actually on fire, but
9  his skin was badly burned and it was starting to
10 peel.  I directed him up to the hill.  And somebody
11 else that was there assisted him to the side of the
12 road.
13         We went -- I went back down the ditch
14 where the other driver was, the one that was behind
15 me, and we got another driver who was laying under
16 some type of debris, and we pulled him out of the
17 ditch.  At that time, he was conscious.  He was
18 talking, in a lot of pain.  I believe he said his
19 name was Michael.  And we pulled him as far out as
20 we could.
21         The trucks were on fire.  There was things
22 exploding, a lot of smoke.  And we pulled him a
23 little further away from where the wreck had
24 happened, I guess from the ditch that was actually
25 burning as well.  And we sat there until fire and

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 11

1  rescue and the police got there, which, I guess, was
2  probably -- I mean, it probably wasn't as long as it
3  appeared -- as it seemed to be, but if I was to
4  guess, maybe ten minutes, I guess, from the call. I
5  made a call, as soon as I saw it happening, to 911.
6  And apparently there was another accident that I did
7  not see that was, I guess, in front of the truck
8  that I was behind. And that was pretty much about
9  it.
10       Q    Okay. Let's -- for identification
11  purposes, the truck that passed you --
12       A    Uh-huh.
13       Q    -- was a -- a white Freightliner?
14       A    That's correct.
15       Q    And do you understand today who was
16  driving that truck?
17       A    I do now, yes.
18       Q    And who was that?
19       A    That was your client, or --
20       Q    Michael Dukes; --
21       A    Correct.
22       Q    -- is that correct?
23       A    That was Michael, yes.
24       Q    Okay. And the other truck that was
25  involved in this accident, do you know who was

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 22

1    speaker.

2            MS. HAMMETT:  Okay.

3            MS. AMBROSE:  The question about what, Callen?  This is Linda.

5            MR. SPARROW:  When she said that it appeared to him that he lost control when he went to the left.

8            MS. AMBROSE:  Okay.

9    BY MS. HAMMETT:

10   Q    Okay.  Let's go back.  At the moment he took for whatever reason this hard left, did he make impact with the oncoming truck, or did the oncoming truck made impact with him?

14   A    The oncoming truck made impact with him.

15   Q    And so where did it hit his truck?

16   A    It appeared that the northbound truck made impact right about or just behind the passenger side door of Michael's truck.

19   Q    And you said that his trailer was tipping over?

21   A    Yeah, it was probably about -- when impact -- when the two trucks made impact, the trailer was maybe a couple of feet from the ground.  I mean, it was almost like right before the trailer was completely on its side.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 28

1  last name is Duke?
2      Q    Yes.  Michael.  You can call him
3  whichever.
4      A    Okay.  Michael went past as we topped the
5  second hill -- or as we were coming up the second
6  hill, he passed me.  I moved over behind him in the
7  far right-hand lane.  He was in front of me at that
8  point.  He topped the hill before I did right by the
9  Pritchard gas station, and that's when, I guess, he
10 hit the motorcycle.
11     Q    So you were able to observe him for a
12 little while?
13     A    Yeah.  I saw him for maybe, you know, a
14 mile or so, maybe two miles.
15     Q    Did you notice him do anything unusual at
16 that time?
17     A    No.  Huh-uh.  He was -- we were just, you
18 know, driving along.  I mean, there wasn't any --
19 any type of sudden moves that he was making or
20 anything to think that he was sleepy or, you know,
21 because -- I mean, wiggle or moving around.  He just
22 was driving along, just like I was.
23     Q    So you didn't have any reason to believe
24 he was --
25     A    No.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 29

1    Q    -- doing anything incorrectly?

2    A    No. I mean, not that I witnessed, no, not
3 at all.

4    Q    Let's go back and talk a little bit about
5 the scene --

6    A    Okay.

7    Q    -- after the accident.

8    A    Okay.

9    Q    I believe you testified that you helped
10 someone up the hill?

11   A    Correct.

12   Q    And do you have an understanding of who
13 that is?

14   A    Correct.

15   Q    And who was that?

16   A    That was -- what was his name? I don't
17 remember his name.

18   Q    Mr. Ruhnow, does that sound correct?

19   A    Ruhnow, yeah. I don't know if that -- I
20 mean, I saw a driver. He said to me that he had to
21 kick his way out of his truck and that the truck was
22 on fire. He appeared badly burned. He was coming
23 up the hill, and as I reached out for him, he said,
24 don't touch me. My skin is -- is -- feels like it's
25 coming off.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 68

1  see was the trailer.
2      Q    I understand.  Give me one second and I
3  will probably be done with you.
4      A    Okay.
5          MR. GARRETT:  Okay.  Mr. Jackson, that's
6  it.  I appreciate your time.  Thank you.
7          THE WITNESS:  Sure.
8          MS. AMBROSE:  I've just got one question.
9  This is Linda.
10         THE WITNESS:  Okay.
11                CROSS-EXAMINATION
12 BY MS. AMBROSE:
13     Q    Mr. Jackson, do you recall what the speed
14 limit was on that stretch of road?
15     A    Fifty-five.
16     Q    Okay.  And you were going about 45 because
17 you were fully loaded?
18     A    Yes, and I was going up a hill.  That's
19 correct.
20         MS. AMBROSE:  All right.  That's all I
21 have.
22         MR. SPARROW:  I don't think I have
23 anything else.
24         MS. HAMMETT:  Can you-all give me like a
25 five-minute break and let me come back.  And I

Page 69

1   will have just maybe one or two, and I think
2   we'll be done.  This is Katie.
3           MS. AMBROSE:  Yeah.  Did April have any
4   questions?
5           MS. WILLIS:  I do not, no.
6           MS. HAMMETT:  You-all just give me a
7   minute.
8           MR. SPARROW:  All right.
9           THE VIDEOGRAPHER:  The time is 10:27.  Off
10  the record.
11          (Whereupon, a recess was had.)
12          THE VIDEOGRAPHER:  Back on the record.
13  The time is 10:34.
14                  REDIRECT EXAMINATION
15  BY MS. HAMMETT:
16      Q   Mr. Jackson, this is Katie Hammett again.
17  I represent Lane Heard Trucking.  I just want to
18  follow up on a couple of things.
19      A   Okay.
20      Q   I know you testified earlier that it was
21  raining and it was at night.  How dark was it
22  outside?
23      A   Pretty dark.  I mean, there's no lights at
24  that stretch of the road.
25      Q   And I think you testified earlier once he