IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, )<br>)<br>　　Plaintiffs, )<br>v. )<br>)<br>LANE HEARD TRUCKING, LLC, )<br>)<br>　　Defendant. ) | CASE NO. 2:05-cv-527-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #49) filed on July 27, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on August 21, 2006.

It is further ORDERED that the plaintiffs file a response which shall include a brief and any evidentiary materials on or before August 14, 2006. The defendant may file a reply brief on or before August 21, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 1st day of August, 2006.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE