IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GERALD RUHNOW; CONNIE RUHNOW,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.  CV 2:05-cv-527-F** |
| | ) | |
| **LANE HEARD TRUCKING, LLC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **NORTHLAND INSURANCE CO.,** | ) | |
| | ) | |
| **Intervener,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LANE HEARD TRUCKING, LLC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' RESPONSE TO
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW the plaintiffs, in the above-styled cause and in response to the Motion for Summary Judgment filed by defendant Lane Heard Trucking, LLC, submit that genuine issues of material fact do exist.  In support thereof, plaintiffs show the following:

1.    Deposition testimony of Michael Adkins

2.    Deposition testimony of Randall Jackson

3.    Deposition testimony of Arnold G. Richardson

4.    Deposition testimony of Christy Champion

5.    Statement of Disputed Facts and Brief in Opposition to Defendant's

Motion for Summary Judgment filed by Intervener Northland Insurance Company.

6.    Brief in Support of Plaintiff's Opposition to Defendant's Motion for

Summary Judgment.


Respectfully submitted,


s/ J. Callen Sparrow
J. Callen Sparrow (ASB-4515-R79J)
Attorney for Plaintiffs


**OF COUNSEL:**

**HENINGER GARRISON DAVIS, L. L. C.**
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Phone:        (205)326-3336
Facsimile:    (205)326-3332
E-mail:        jcsparrow@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Burruss Riis, Esq.
Katie L. Hammett, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
251-432-5511
(Counsel for Lane Heard Trucking, LLC)

Richard M. Freeman, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone:   334-206-3100
Facsimile:   334-265-8711
(Counsel for Christy Leann Champion)

Linda Hinson Ambrose, Esq.
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
Telephone:   205-982-4620
(Counsel for Northland Insurance Company)

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants

Alex L. Holtsford, Jr. Esq.
P. O. Box 4128
Montgomery, Alabama 36103-4128

s/ J. Callen Sparrow
Of Counsel