IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * * | Civil Action File Number 2:05-cv-527-F |
| v. | * * | |
| LANE HEARD TRUCKING, et. al. | * * | |
| Defendants. | * * | |
| NORTHLAND INSURANCE CO. | * * | |
| Intervener, | * * | |
| v. | * * | |
| LANE HEARD TRUCKING, et. al. | * * | |
| Defendants. | * | |

**INTERVENER'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now Intervenor, Northland Insurance Company, ("Northland"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and files its Response to Defendant's, Lane Heard Trucking, LLC,'s Motion for Summary Judgment. This motion is based upon the pleadings, the applicable law, and the Statement of Disputed Facts, brief and supporting material filed contemporaneously herewith.

/S/ Linda Hinson Ambrose, Esq.
ASB 1753-B386
Attorney for Northland Insurance Co.

1

OF COUNSEL:
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620
(205) 982-4630 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon counsel for all concerned parties a copy of the within and foregoing Northland Insurance Company's Initial Disclosures by depositing a copy of the same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto, addressed as follows:

Robert C. Ward, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
P.O. Box 270
Montgomery, Al. 36101-0270
Counsel for Defendant, Christy Leann Champion

J. Burrus Riss, Esq.
Katie Hammett, Esq.
HAND ARENDALL
P.O. Box 123
Mobile, Alabama 36601
Counsel for Defendant Lane Heard Trucking

Stephen D. Heninger, Esq.
HENINGER, GARRISON & VARGO, LLC
Po Box 11310
Birmingham, Alabama 35201
Counsel for Plaintiffs, Gerald and Connie Ruhnow

This 14th day of August, 2006.

/S/ Linda Hinson Ambrose, Esq.
ASB 1753-B386
Attorney for Northland Insurance Co.

2