**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 16, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Gerald Ruhnow vs. Lane Heard Trucking, LLC**
**Case Number: 2:05cv527-MEF**

**Pleading : #54- Intervenor's Statement of Disputed Facts and Brief in Opposition**
              **#55- Response In Opposition to Defendant's Motion for Summary Judgment**

**Notice of Correction is being filed this date to advise that the referenced pleadings was e-filed without the proper e-signatures as required by the Civil Administrative Procedures.**

**The corrected pdf document is attached to this notice.**