# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **GERALD RUHNOW; CONNIE RUHNOW,** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.  CV 2:05-cv-527-F** |
| | ) |
| **LANE HEARD TRUCKING, LLC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| **NORTHLAND INSURANCE CO.,** | ) |
| | ) |
| **Intervener,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **LANE HEARD TRUCKING, LLC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE CONCERNING SETTLEMENT
## CONFERENCE AND MEDIATION

COME NOW the plaintiffs, in the above-styled cause and pursuant to this
Court's September 27, 2005 Scheduling Order, report to the Court that the parties
have discussed settlement of this case.  In fact, mediation was held in Birmingham,
Alabama on August 10, 2006.  The plaintiffs and representatives of the defendant

were present for the mediation.  The parties were not able to settle the case.  At this

time, the parties do not believe that further mediation would be helpful, but remain

open to discussing settlement if circumstances change.

Respectfully submitted,

s/ J. Callen Sparrow
J. Callen Sparrow (ASB-4515-R79J)
Attorney for Plaintiffs

**OF COUNSEL:**

**HENINGER GARRISON DAVIS, L. L. C.**
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Phone:        (205)326-3336
Facsimile:    (205)326-3332
E-mail:        jcsparrow@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2006, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF system which will send notification
of such filing to the following:

J. Burruss Riis, Esq.
Katie L. Hammett, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
251-432-5511
(Counsel for Lane Heard Trucking, LLC)

Richard M. Freeman, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone:   334-206-3100
Facsimile:   334-265-8711
(Counsel for Christy Leann Champion)

Linda Hinson Ambrose, Esq.
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
Telephone:   205-982-4620
(Counsel for Northland Insurance Company)

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants

Alex L. Holtsford, Jr. Esq.
P. O. Box 4128
Montgomery, Alabama 36103-4128

s/ J. Callen Sparrow
Of Counsel