# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **GERALD RUHNOW and CONNIE RUHNOW,** * * * | |
| Plaintiffs, * | |
| v. * | **CIVIL ACTION NO. 2:05 CV 527-F** |
| * | |
| **LANE HEARD TRUCKING, LLC., et al,** * * | |
| Defendants. * | |

## NOTICE OF SERVICE OF PRE-TRIAL DISCLOSURES

Defendant Lane Heard Trucking, LLC ("Lane Heard Trucking"), by and through undersigned counsel, hereby gives notice that pursuant to the Court's Uniform Scheduling Order dated September 27, 2005 [Doc. 21], that on this 18th day of December, 2006, copies of Lane Heard Trucking's Pre-Trial Disclosures were served upon counsel of record in this case.

                                            Respectfully submitted,

                                            /s/ Katiel L. Hammett
                                        J. BURRUSS RIIS (RIISJ8057)
                                        KATIE L. HAMMETT (HAMMK7587)
                                        Attorneys for Defendant,
                                        Lane Heard Trucking, L.L.C.,
                                        Email: khammett@handarendall.com

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Stephen D. Heninger, Esq.
  Richard McConnell (Mac) Freeman, Jr.
  Linda C. Ambrose, Esq.
  Alex L. Holtsford, Esq.

                /s/ Katie Hammett

563360_1