IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * * | Civil Action File Number 2:05-cv-527-F |
| v. | * * | |
| LANE HEARD TRUCKING, et. al., | * * | |
| Defendants. | * * | |
| NORTHLAND INSURANCE CO. | * * | |
| Intervener, | * * | |
| v. | * * | |
| LANE HEARD TRUCKING, et. al. | * * | |
| Defendants. | * | |

**INTERVENER'S NOTICE OF SERVICE
OF PRE-TRIAL DISCLOSURES**

Intervenor, Northland Insurance Company, ("Northland"), by and through undersigned counsel, hereby give notice that pursuant to the Court's Uniform Scheduling Order dated September 27, 2005, that on the 18th day of December, 2006, copies of its Pre-Trial Disclosures (witness and exhibit list) were served on counsel of record in this case.

/S/ Linda Hinson Ambrose, Esq.
ASB 1753-B386
Attorney for Northland Insurance Co.

OF COUNSEL:
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620
(205) 982-4630 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2006, I served upon counsel for all concerned parties a copy of the within and foregoing Northland Insurance Company's Pre-Trial Disclosures by depositing a copy of the same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto, addressed as follows:

Robert C. Ward, Jr., Esq.
Katie Hammett, Esq.
J. Callen Sparrow, Esq.

This 19th day of December, 2006.

/S/ Linda Hinson Ambrose, Esq.
ASB 1753-B386
Attorney for Northland Insurance