IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW and CONNIE RUHNOW, | * * * |
| Plaintiffs, | * * |
| vs. | * 2:05 CV 527-F * |
| LANE HEARD TRUCKING, LLC, et al., | * * |
| Defendants. | * |

**NOTICE OF SERVICE OF PRE-TRIAL DISCLOSURES**

Defendant Michael Adkins, by and through undersigned counsel, hereby gives notice that pursuant to the Court's Uniform Scheduling Order dated September 27, 2005 [Doc. 21], that on this 20th day of December, 2006, copies of Michael Adkins's Pre-Trial Disclosures were served upon counsel of record in this case.

/s/ Alex L. Holtsford, Jr.
Alex L. Holtsford, Jr. (HOL048)
Murry S. Whitt (WHI113)
Counsel for Michael David Adkins

Of Counsel:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103
334-215-8585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

J. Burruss Riis
Katie L. Hammett
Hand Arendall, L.L.C.
107 St. Frances Street
Post Office Box 123
Mobile, Alabama 36601

Stephen D. Heninger
Heninger, Burge, Vargo & Davis
2146 Highland Avenue South
Birmingham, Alabama 35205

Richard McConnell Freeman, Jr.
Rushton, Stakely, Johnston
& Garrett, P.C.
Post Office Box 270
Montgomery, Alabama 36101-0270

Linda C. Ambrose
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244

by placing same in the U.S. Mail, postage prepaid and properly addressed, this the 20th day of December, 2006.

_____
OF COUNSEL