IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVIVISION

| | |
|---|---|
| **GERALD RUHNOW; CONNIE RUHNOW,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| | )CIVIL ACTION: 2:05-cv-527-F |
| **v.** | ) <br> ) |
| **LANE HEARD TRUCKING, et. al.** | ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) <br> ) |

## NOTICE OF SERVICE OF DEFENDANT'S PRE-TRIAL DISCLOSURES

Defendant, Christy Leann Champion, by and through undersigned

counsel, hereby gives notice that pursuant to the Court's Uniform

Scheduling Order dated September 27, 2005 [Doc. 21], that on this 20th day

of December, 2006, copies of Christy Champion's Pre-Trial Disclosures

were served upon counsel of record in this case.

Respectfully submitted,


    **/s/ R. Mac Freeman, Jr**
R. MAC FREEMAN, JR. [ASB3323D62F]
Attorney for Defendant, Christy Leann
Champion


OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3229

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### COUNSEL FOR LANE HEARD TRUCKING
J. Burrus, Riis, Esq.
HAND ARENDALL
Post Office Box 123
Mobile, Alabama 36601
251-432-551

### COUNSEL FOR PLAINTIFFS
Stephen D. Heninger, Esq.
Callen Sparrow, Esq.
HENINGER, Garrison & DAVIS
Post Office Box 11310
Birmingham, Alabama 35202
205-326-3336

### COUNSEL FOR NORTHLAND INSURANCE
Linda Ambrose
3000 Riverchase Galleria, Ste 650
Birmingham, Alabama 35244
205-982-4637

### COUNSEL FOR DEFENDANT ATKINS
Murry S. Whitt, Esq.
Nix Holtsford Gilliland Higgins & Hitson
P.O. Box 4128
Montgomery, Alabama 36103
334-215-8585


/s/ R. Mac Freeman, Jr
OF COUNSEL