IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. CV 2:05-cv-527-F ) |
| LANE HEARD TRUCKING, LLC., et al., | ) ) ) ) |
| Defendants. | ) ) |
| NORTHLAND INSURANCE CO., | ) ) |
| Intervener, | ) ) |
| v. | ) ) |
| LANE HEARD TRUCKING, LLC., et al., | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF SERVICE
OF PRE-TRIAL DISCLOSURES**

COME NOW the Plaintiffs, by and through undersigned counsel, hereby gives notice that pursuant to the Court's Uniform Scheduling Order dated September 27, 2005 [Doc. 21], that on the 20th day of December, 2006, copies of Plaintiffs' Pre-Trial Disclosures were served on counsel of record in this case.

Respectfully submitted,

s/ J. Callen Sparrow
J. Callen Sparrow (ASB-4515-R79J)
Attorney for Plaintiffs

OF COUNSEL:

HENINGER GARRISON DAVIS, L. L. C.
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Phone:      (205)326-3336
Facsimile:  (205)326-3332
E-mail:     jcsparrow@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing upon all counsel of record by facsimile and by placing a copy of same in the United States mail, postage prepaid, and properly addressed on this 20th day of December 2006.

J. Burruss Riis, Esq.
Katie L. Hammett, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
Telephone: (251)432-5511
Facsimile: (251)694-6375
(Counsel for Lane Heard Trucking, LLC)

Richard M. Freeman, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone: 334-206-3100
Facsimile: 334-265-87119
(Counsel for Christy Leann Champion)

2

Linda Hinson Ambrose, Esq.
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
Telephone: (205)982-4620
Facsimile: (205)982-4630
(Counsel for Northland Insurance Company)

Alex L. Holtsford, Jr. Esq.
P. O. Box 4128
Montgomery, Alabama 36103-4128
Telephone: (334)215-8585
Facsimile: (334)215-7101

                                      s/ J. Callen Sparrow
                                      Of Counsel