RECEIVED
JAN - 5 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2007 JAN -4 A 9: 52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. CV 2:05-cv-527-F ) |
| LANE HEARD TRUCKING, LLC., et al., | ) ) ) |
| Defendants. | ) ) |
| NORTHLAND INSURANCE CO., | ) ) |
| Intervener, | ) ) |
| v. | ) ) |
| LANE HEARD TRUCKING, LLC., et al., | ) ) ) |
| Defendants. | ) |

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

COMES NOW J. Callen Sparrow, a member of the Bar of this Court and an attorney of record for plaintiffs, and moves this Court to admit Bruce L. Carmen, *pro hac vice*.

As grounds for this motion, movant states that Mr. Carmen is an attorney who regularly practices law with the firm of Telleen, Horberg, Smith & Carmen, P.C., located at 124 West Exchange Street, Cambridge, Illinois 61238.

In support of this motion, movant states that Mr. Carmen is a member in good standing of the bar of the State of Illinois (attached as Exhibit "A") and admitted to practice before the United States District Court for the District of Illinois. Tendered herewith is the required admission fee pursuant to Local Rule 83.1(b).

Movant further states that it is important to the interest of the plaintiffs and to the efficient prosecution of this civil action that Mr. Carmen be permitted to appear and participate as co-counsel for plaintiffs.

Respectfully submitted,

J. Callen Sparrow (ASB-4515-R79J)
Attorney for Plaintiffs

**OF COUNSEL:**

**HENINGER GARRISON DAVIS, L. L. C.**
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL 35203
Phone:      (205)326-3336
Facsimile:  (205)326-3332
E-mail:     jcsparrow@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel to this proceeding, to-wit:

J. Burruss Riis, Esq.
Katie L. Hammett, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
Telephone: 251-432-5511
E-mail: khammett@handarendall.com
E-mail: briis@handarendall.com
(Counsel for Lane Heard Trucking, LLC)

Linda Hinson Ambrose, Esq.
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
Telephone: 205-982-4620
E-mail: lambrose@spt.com
(Counsel for Northland Insurance Company)

Richard M. Freeman, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
   & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone: 334-206-3100
Facsimile: 334-265-8711
E-mail: rmf@rsjg.com
(Counsel for Christy Leann Champion)

Murry Scott Whitt, Esq.
Alex L. Holtsford, Jr. Esq.
NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103-4128
Telephone: (334)215-8585
Facsimile: (334)215-7101
E-mail: mwhitt@nixholtsford.com

by placing a copy in the U.S. Mail, postage prepaid, and properly addressed on this the 29th day of December 2006.

_____
OF COUNSEL