

# UNITED STATES DISTRICT COURT

**JOHN M. WATERS**
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

January 9, 2007

Certificate of Good Standing

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) SS. |
| CENTRAL DISTRICT OF ILLINOIS | ) |

I, John M. Waters, Clerk of the United States District Court for the Central District of Illinois,

DO HEREBY CERTIFY That Bruce L. Carmen was duly admitted to practice in said Court on July 2, 2001, and that said person is in good standing in said Court.

Dated at Peoria, IL

on January 9, 2007.

_____
Clerk

By: _____
Deputy Clerk