**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2007

# NOTICE OF DEFICIENCY

**To: James Sparrow**
**Bruce L. Carmen**

**From: Clerk's Office**

**Case Style: Gerald Ruhnow, et al vs. Lane Heard Trucking, LLC**

**Case Number: 2:05cv527-MEF**

**Referenced Pleading: #66 - Motion for Admission of Counsel Pro Hac Vice**

**The referenced pleading was filed on 1/5/07 by Attorney J. Callen Sparrow on behalf of Attorney Bruce L. Carmen with a Certificate of Admission to the Bar of Illinois. However; this court requires an original Certificate of Good Standing from the U.S. District Court for the district in which counsel resides attached to motion for admission pro hac vice.**

**Please submit the correct Certificate of Good Standing to the Clerk's Office within ten (10) days by conventional filing. Please DO NOT e-file this document electronically.**