IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW and CONNIE RUHNOW, | * * * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. 2:05 CV 527-F |
| | * |
| LANE HEARD TRUCKING, LLC., et al, | * * |
| Defendants. | * |

## DEFENDANT LANE HEARD TRUCKING, LLC'S
## OBJECTIONS TO DEPOSITION DESIGNATIONS

Defendant Lane Heard Trucking, LLC ("Lane Heard Trucking"), by and through undersigned counsel, pursuant to the Court's Uniform Scheduling Order dated September 27, 2005 [Doc. 21], hereby submits its objections to deposition excerpts identified by other parties.

The following represents the objections Lane Heard Trucking has to the deposition excerpts identified by Plaintiffs Gerald and Connie Ruhnow:

| Deposition Subject | Deposition Pages | Objections |
|---|---|---|
| Jackson | 29:9 - 31:2 | Testimony contains improper hearsay statements |
| Jackson | 32:6-16 | Testimony contains improper hearsay statements |
| Adkins | 19:9-13 | Improper opinion testimony; lack of foundation or qualification |
| Adkins | 23:17-25 | Testimony contains improper hearsay statements |
| Adkins | 24:1-11 | Testimony contains improper hearsay statements |

Lane Heard Trucking objects to any use by Christy Champion of her own deposition in her case in chief, as it is not allowed under Rule 32 of the Federal Rules of Civil Procedure. The following represents the objections Lane Heard Trucking has to the other deposition excerpts identified by Defendant Christy Champion:

| Deposition Subject | Deposition Pages | Objections |
|---|---|---|
| Adkins | 19:9-16 | Improper opinion testimony; lack of foundation or qualification |
| Adkins | 23:17-25 | Testimony contains improper hearsay statements |
| Adkins | 24:1-18 | Testimony contains improper hearsay statements |
| Adkins | 59:13-25 | Testimony contains improper hearsay statements |
| Adkins | 60:1-25 | Testimony contains improper hearsay statements |
| Adkins | 62:5-17 | Testimony contains improper hearsay statements |

The following represents the objections Lane Heard Trucking has to the deposition excerpts identified by Defendant Michael Adkins:

| Deposition Subject | Deposition Pages | Objections |
|---|---|---|
| Richardson | 16:14-21 | Testimony contains improper hearsay statements |

Northland Insurance failed to designate specific portions of the depositions which it intends to use at trial. Without these designations, it is unduly burdensome for Lane Heard to assess admissibility and present objections to the Court. As such, Lane Heard objects entirely to Northland's use of any depositions. To the extent, Northland is allowed to make such

570177_1

2

designations, Lane Heard reserves the right to object accordingly.

        Respectfully submitted,

        /s/ Katie L. Hammett
        J. BURRUSS RIIS (RIISJ8057)
        KATIE L. HAMMETT (HAMMK7587)
        Attorneys for Defendant,
        Lane Heard Trucking, L.L.C.,
        Email: khammett@handarendall.com

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Callen Sparrow, Esq.
Attorney for Plaintiffs
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, Alabama 35203
**jcsparrow@hgdlawfirm.com**

Richard McConnell (Mac) Freeman, Jr.
Attorney for Defendant Christy Leann Champion
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270
**rmf@rsjg.com**

Linda C. Ambrose, Esq.
Counsel for Northland Insurance Co.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
**lambrose@spt.com**

Alex L. Holtsford, Esq.
Murry S. Whitt, Esq.
NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, PC
Post Office Box 4128
Montgomery, Alabama 36103-4128
**aholtsford@nixholtsford.com**
**MWhitt@nixholtsford.com**

/s/Katie Hammett

570177_1