IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| v.  ) | CASE NO. 2:05-cv-527-MEF |
| ) | |
| LANE HEARD TRUCKING, LLC,  ) | |
| ) | |
| Defendant.  ) | |

## **O R D E R**

Upon consideration of the Motion for Bruce L. Carmen to Appear *Pro Hac Vice* (Doc. #66) filed on January 5, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 17th day of January, 2007.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE