**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 19, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Gerald Ruhnow, et al vs. Lane Heard Trucking, LLC

Case Number: 2:05cv527-MEF

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 1/5/07 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 66 filed conventionally that did not contain the United States District Court Certificate of Good Standing from the district in which counsel resides as required by this court.**

**The corrected pdf document is attached to this Notice.**