**NOTICE - ALL COUNSEL OF RECORD**

**Civil Jury Term commencing January 29, 2007 before Chief Judge Mark E. Fuller**

**Gerald Ruhnow, et al. vs. Lane Heard Trucking, LLC, et al.**
**2:05CV527-MEF**

| PLAINTIFF | DEFENDANT |
|---|---|
| **Telleen, Horberg, Smith & Carmen, PC**<br>Bruce L. Carmen | **Hand Arendall, LLC**<br>John Burruss Riis<br>Katie Lynn Hammett |
| **Heninger, Garrison & Davis, LLC**<br>Stephen D. Heninger<br>James Callen Sparrow | **Rushton, Stakely, Johnston**<br>Richard McConnell Freeman, Jr. |
|  | **Nix, Holtsford, Gilliland, Higgins**<br>Alex L. Holtsford, Jr.<br>Murry Scott Whitt |
|  | **Rogers & Associates**<br>Linda C. Ambrose |