IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GERALD RUHNOW; CONNIE           *
RUHNOW,                          *
                                 *
    Plaintiffs,            *       Civil Action
                                 *       File Number 2:05-cv-527-F
v.                               *
                                 *
LANE HEARD TRUCKING, et. al.,    *
                                 *
    Defendants.            *
                                 *
NORTHLAND INSURANCE CO.          *
                                 *
    Intervener,            *
                                 *
v.                               *
                                 *
LANE HEARD TRUCKING, et. al.     *
                                 *
    Defendants.            *

## NORTHLAND INSURANCE COMPANY'S OBJECTIONS TO LANE HEARD TRUCKING, LLC'S PROPOSED VOIR DIRE

COMES NOW, Northland Insurance Company, through counsel submits its objections to the following of Lane Heard Trucking, LLC's proposed voir dire questions.

4.    Objection. No foundation, argumentative and cumulative of Question #20.

5.    Objection. No foundation, argumentative and cumulative of Question #20. Northland specifically objects to the term "angry" as vague and argumentative.

6.    Objection. No foundation, argumentative and cumulative of Question #20.

15.    Objection.  Lane Heard does not site the specific law referred to in this question.  Alternatively, since Northland is also a corporation, if this question is presented to the jury, Northland requests that it be included in this question.

21.    Objection.  Proper as a jury charge only, not voir dire. Alternatively, if this question is presented to the jury, Northland requests that it be revised to include the statement that Michael Duke, Lane Heard's employee, died in the accident that is the subject of this lawsuit and that the jury must not allow any sympathy for him to influence its decision in this case.

Respectfully submitted this 25th day of January, 2007.


/s/ Linda Hinson Ambrose, Esq.
ASB 1753-B386
Attorney for Northland Insurance Company


OF COUNSEL:
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244
(205) 982-4620
(205) 982- 4630 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

R.  Mac Freeman, Esq.
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
P.O. Box 270
Montgomery, Al. 36101-0270

J. Burrus Riss, Esq.
Katie Hammett, Esq.
HAND ARENDALL
P.O. Box 123
Mobile, Alabama 36601


Callen Sparrow, Esq.
HENINGER, GARRISON  & VARGO, LLC
Po Box 11310
Birmingham, Alabama 35201

Murry S. Whitt, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P.O. Box 4128
Montgomery, Alabama 36103
Counsel for Defendant, Michael Adkins


Respectfully submitted,
/s/ Linda Hinson Ambrose
ROGERS & ASSOCIATES
Suite 650
Birmingham, Alabama  35244
(205) 982-4620
(205) 982-4630 – FAX
E-mail:  lambrose@spt.com
ASB – 1753-B38L