1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF ALABAMA
              NORTHERN DIVISION


GERALD RUHNOW and CONNIE      *
RUHNOW,                       *
     Plaintiffs,              *
                              *
VS.                           * NO. 2:05 CV 527-F
                              *
LANE HEARD TRUCKING, LLC.,    *
et al                         *
     Defendants.              *



        ORAL DEPOSITION OF MS. CHRISTY CHAMPION,
a witness produced pursuant to the Federal Rules of
Civil Procedure, in the above-styled and numbered
cause on the 19th day of April, 2006, before Sheila
Hanson, CSR, a Notary Public in and for the State of
Alabama, at the law offices of Mr. Cliff Hastings
with Cervera, Ralph & Reeves, Attorneys at Law, Troy,
Alabama.
                    * * * * * * *
```

EXHIBIT C

Sheila Hanson, CSR (334)313-1487
Prestige Court Reporting

```
 1   and glanced up.  And there is a hill --
 2        Q    Some distance back towards Troy, there
 3   was a hill that dropped down?
 4        A    Yes.  That you could come up.  And it
 5   just basically -- it don't just go back down like
 6   this.  It just kind of levels back out.  Do you see
 7   what I'm saying?
 8        Q    Yes.  Where you are?
 9        A    Yes, sir, where this is at.
10        Q    "This" being the wreck scene?
11        A    Right.
12        Q    Okay.  And I said:  Oh, my God.  There
13   comes a diesel truck.
14             He turns and looks and --
15        Q    Looks towards Troy, towards the truck?
16        A    Uh-huh.  And he sees the truck coming.
17   And as soon as the truck runs over the motorcycle, he
18   throws his hands up and says:  Oh, well, I have -- I
19   have full-coverage insurance.
20             (Court reporter asked her to repeat).
21        THE WITNESS:  He throws his hands up and says:
22             "Oh, well, I have full coverage
23              insurance.
24        Q    We will get back to that.  How long were
25   you standing there, saying whatever was said between
```

```
 1  the two of you, before you saw a truck come into your
 2  vision heading south?
 3       A    I would say about a minute.
 4       Q    Not long?
 5       A    No, sir.
 6       Q    When you pulled your car over, did you
 7  leave your lights on?
 8       A    Yes, sir.
 9       Q    Was your right blinker still blinking --
10       A    No, sir.
11       Q    -- as it had been from the turn lane into
12  the next lane?
13       A    No, sir.
14       Q    So the blinker was not blinking --
15       A    No, sir, not whenever he came -- when I'd
16  stopped.
17       Q    -- when you had stopped?  Were your
18  taillights still on?
19       A    Yes, sir.
20       Q    Headlights still on?
21       A    Yes, sir.
22       Q    And all of which worked?
23       A    Right.
24       Q    How about the motorcycle?  Was the light
25  that you had seen, at or before, immediately after
```

```
1   collision with Mr. Adkins on his motorcycle, at some
2   point after that, you observed an on-coming truck?
3       A    Right.
4       Q    Which we know now to be driven
5   Mr. Duke's?
6       A    Right.
7       Q    Were you able to see that truck because
8   it had its headlights on?
9       A    Yes, ma'am.  It had it's headlights, as
10  well as, you know, the little yellow lights that you
11  see on a lot of trucks at night.
12      MS. HAMMETT:  That's all I have.
13                   CROSS-EXAMINATION
14  BY MR. GILL:
15      Q    Ms. Champion, my name is Randall Gill.
16  And I'm one of the other lawyers involved in this
17  case.  You testified earlier that the accident with
18  the motorcycle broke your taillights?  Is that right?
19      A    Yes.  Busted my taillights.
20      Q    When did you find out that that
21  happened?
22      A    Whenever I had parked -- whenever I put
23  my car into park.  And I had walked back -- I noticed
24  that my taillights were busted on my car.
25      Q    You were walking back towards Mr. Adkins
```

```
 1   after you parked?
 2       A    It was whenever I had turned and was --
 3   after the -- okay.  Whenever I had turned --
 4   following Mr. Dukes' semi is when I noticed the
 5   taillights on my car had been busted out.
 6       Q    It was after the impact between the truck
 7   and motorcycle that you saw the taillights?
 8       A    Right.
 9       Q    They were working, though?  Is that
10   right?
11       A    The bulb -- it was just more or less the
12   globe.  The bulbs were still working.
13       Q    So there was light on the back of your
14   car then?
15       A    Right.
16       Q    And I think, if I'm not mistaken, without
17   looking at the diagram, the motorcycle was behind
18   your car?  Is that right?
19       A    Right.
20       Q    And there were no lights on the
21   motorcycle?  Is that right?
22       A    Not that I recall.
23       Q    I think you said that the Mr. Dukes's
24   truck was coming from sort of coming up over a hill?
25   Is that right?
```

```
1       A    Yes, sir.
2       Q    I hate to ask you this question.  But do
3  you know how far it is from the point of that hill to
4  where y'all were?
5       A    No, sir.
6       MR. GILL:  That's all I have.  Thank you.
7                    REDIRECT EXAMINATION
8  BY MR. SPARROW:
9       Q    I just have a couple.  Has anybody ever
10 sued you before?
11      A    No, sir.
12      Q    Have you ever sued anybody?
13      A    No, sir.
14      MR. SPARROW:  I'm going to mark this now fairly
15              confusing diagram as Plaintiff's
16              Exhibit No. 1.
17      (Exhibit No. 1 marked for
18              identification.)
19      Q    And ask you to tell me, this blue line
20 that you drew, that was to indicate the direction
21 that the front of the motorcycle was facing?  Is that
22 correct?
23      A    Right.  This would indicate the direction
24 that the headlight was in.
25      Q    I'm going to put a little blue arrow on
```