1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

GERALD RUHNOW and CONNIE   *
RUHNOW,                    *
    Plaintiffs,         *
                           *
VS.                        * NO. 2:05 CV 527-F
                           *
LANE HEARD TRUCKING, LLC., *
et al                      *
    Defendants.         *

ORAL DEPOSITION OF MICHAEL ADKINS, a witness produced pursuant to the Federal Rules of Civil Procedure, in the above-styled and numbered cause on the 19th day of April, 2006, before Sheila Hanson, CSR, a Notary Public in and for the State of Alabama, at the law offices of Mr. Cliff Hastings with Cervera, Ralph & Reeves, Attorneys at Law, Troy, Alabama.

* * * * * *

EXHIBIT B

Sheila Hanson, CSR (334)313-1487
Prestige Court Reporting

```
1   foot from the dirt to the asphalt of the turning lane
2   part.
3        Q    So, how far is that from your
4   motorcycle?
5        A    Ten feet -- eight to ten feet.  It was
6   sitting in the right lane, but on the line towards
7   the left lane, like, more or less in between both
8   lanes.
9        Q    It was perpendicular, as we said earlier,
10  laying on its side?
11       A    It was on its side.
12       Q    With the tires back towards Troy?
13       A    No, sir.  The headlight were pointing
14  southbound.
15       Q    So, now, the headlight pointed
16  southbound?
17       A    Right.
18       Q    So it's not on its side pointed towards
19  the center of the highway and the edge of the
20  highway.  It's headed towards Dothan?
21       A    Right.  I could see my wheels and
22  taillights to the left of me.
23       Q    Was the taillight on?
24       A    Yes, sir.
25       Q    It was?
```

```
 1   that a truck just hit your motorcycle?
 2        A    I seen right as the truck run over my
 3   bike, his right tire jacked up and turned to the
 4   left.  And immediately he just went at an angle
 5   across the road.  Halfway across my motorcycle blew
 6   up.  And then I seen a huge explosion.  I thought his
 7   truck blew up.  And then six or seven small
 8   explosions took place.
 9        Q    Do you have a judgment, Mr. Adkins, as to
10   how fast the truck was traveling at impact between
11   that truck and your motorcycle?
12        MS. HAMMETT:  Object to the form.
13        A    65 to 70 miles per hour.
14        Q    Did you see it at all before the impact
15   with your motorcycle?
16        A    No, sir.
17        Q    So you are not in a position to tell me
18   whether or not the truck took any evasive action
19   prior to impact?
20        A    When the truck run over my motorcycle,
21   there was no brake lights.  There was a screeching --
22   just seen the tire jacked up.  He had to go where he
23   went from there.
24        Q    Did any vehicles -- strike that.  After
25   your impact with the car, and you're sitting in the
```

```
 1      A    Yes, sir.
 2      Q    It had stopped misting.  How would you,
 3 Mr. Adkins, describe the visibility out there on the
 4 evening when all of this occurred?
 5      A    Excellent.
 6      MR. SPARROW:  I think that's all I have right
 7           now.  Thank you.
 8      THE WITNESS:  Yes, sir.
 9                CROSS EXAMINATION
10 BY MR. FREEMAN:
11      Q    Mr. Adkins, I am Mac Freeman.  I
12 represent Christy Champion.  How long have you been
13 driving a motorcycle?
14      A    Since '75.
15      Q    '75?
16      A    1975.
17      Q    How long had you had this particular
18 bike?
19      A    Little over a year.
20      Q    Did you buy it new?
21      A    Yes, sir.
22      Q    And how much does that bike weigh?
23      A    508 pounds.
24      Q    Have you ever been in a motorcycle wreck
25 before?
```

```
 1     Q    You said it was about a hundred yards
 2  away?
 3     A    Right.  About 450 feet from the top of
 4  the hill to where the impact was; so maybe 300
 5  feet.
 6     Q    All right.  So you saw her about 300
 7  feet -- the first time you were about 300 feet away
 8  from the first time you saw her?
 9     A    Yes, sir.
10     Q    You are saying after you saw her, from
11  that point, you are saying it was about another 150
12  feet from where the impact occurred?
13     A    Yes, sir.
14     Q    And you said that she had stopped in the
15  middle lane?
16     A    Yes, sir.
17     Q    And you were traveling first in the left
18  lane?
19     A    Yes, sir.
20     Q    How far away from you was her car when
21  you moved from the left lane to the right lane?
22     A    Maybe 50 or 60 feet.
23     Q    You were traveling, what did you say?
24     A    50, 55.
25     Q    Then you moved in the right lane.  She is
```

```
 1    Q    Okay.  And when you got up, did you look
 2  at the bike?
 3    A    No, sir.
 4    Q    You just looked directly at Ms. Champion?
 5    A    I looked to the side of the grassy hill.
 6  And I wanted to get off at road before any traffic
 7  came down.
 8    Q    So you looked back up the road, and you
 9  didn't see any traffic?
10    A    No, sir.
11    Q    There was no vehicles?
12    A    No, sir.
13    Q    What about vehicles, if you remember, or
14  notice any cars northbound?
15    A    I didn't see any at that time.
16    Q    And you at least looked up one time
17  before you -- as you were getting off the road? --
18    A    Yes, sir.
19    Q    -- to talk to Ms. Champion?
20    A    Yes, sir.
21    Q    You saw no vehicles coming?
22    A    Yes, sir.  That I could see.
23    Q    How far from where you were standing to
24  go the crest of that hill, is back up to the road?
25    A    About 450 feet.
```