# EXHIBIT "A"

# ALABAMA DEPARTMENT OF PUBLIC SAFETY
# HIGHWAY PATROL DIVISION

## TRAFFIC HOMICIDE UNIT



# TRAFFIC HOMICIDE INVESTIGATION

CASE NUMBER: _____ AST 38-05-059 _____

DATE OF COLLISION: _____ 7 March 2005 _____

INVESTIGATOR: _____ Trooper Kevin D. Cook _____

REVIEWING SUPERVISOR: _____

5-2-05

RECEIPT FROM THE DISTRICT ATTORNEY:

I ACKNOWLEDGE RECEIPT OF THIS REPORT FOR APPROPRIATE ACTION IN THE COURT SYSTEM

_____
SIGNATURE OF PERSON RECEIVING REPORT

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

_____
DATE

DATE: ___ 9-27-05 ___

LOG #: _____

THI-1

# THE MATERIAL CONTAINED IN THIS REPORT

# IS



THIS REPORT IS  A
CONFIDENTIAL
INVESTIGATION. THE
CONTENTS OF THIS REPORT
ARE NOT TO BE RELEASED
TO THE PUBLIC WITHOUT
COMPLYING WITH T12-21-3.1
OF THE ALABAMA CODE.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

THI-3

DATE: _____

LOG #: _____

# INDEX

| Item Number | Number of Pages | Description |
|---|---|---|
| 1) | 1 | Cover Sheet |
| 2) | 1 | Confidentiality Sheet |
| 3) | 1 | Index |
| 4) | 4 | Case Summary |
| 5) | 1 | Witness List |
| 6) | 1 | Scale Diagram |
| 7) | 1 | Collision Site Information |
| 8) | 2 | Background Information |
| 9) | 1 | Victim Information |
| 10) | 6 | Alabama Uniform Traffic Accident Report |
| 11) | 1 | Drivers Histories |
| 12) | 1 | Photo Proof Sheets |
| 13) | 4 | Map Scenes Data |
| 14) | 5 | Map Scenes Data |
| 15) | | |
| 16) | | |
| 17) | | |
| 18) | | |
| 19) | | |
| 20) | | |
| 21) | | |
| 22) | | |
| 23) | | |
| 24) | | |
| 25) | | |
| 26) | | |
| 27) | | |
| 28) | | |
| 29) | | |
| 30) | | |
| 31) | | |
| 32) | | |
| 33) | | |
| 34) | | |

Total Pages   30 29

Case Number -          AST 38-05-059

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

Alabama Department of

# Public Safety

REPLY MAY BE MADE TO:

## Traffic Homicide Investigator's Case Summary

## AST-38-05-059

### Identification

A two vehicle angular head-on crash occurring on U.S. 231 just north of Brundidge, in Pike County, Alabama. This crash occurred at approximately 7:16 pm on Monday, March 7, 2005. It resulted in the death of one adult male and caused serious injury to one adult male.

### Involvements

**Vehicle One –** A 2001 Freightliner tractor-trailer commercial vehicle, white in color, vehicle identification number 1FUPCSZB01LG233001. This vehicle was displaying a Mississippi license plate which was destroyed beyond recognition.

**Driver One -** Michael Duke, a white male, date of birth 01/12/1968, of 467 Longview Road, Pontotoc, Mississippi 38863. Duke holds Mississippi commercial driver's license number 800063742. As of the date of this crash, his privilege to operate a commercial vehicle is valid.

**Occupant -** None

**Vehicle Two - A** 2003 Peterbilt tractor-trailer commercial vehicle, blue in color, vehicle identification number 1XP5DB9X23D590431. This vehicle was displaying an Illinois license plate, P 429865 with an expiration date of 2006.

**Driver Two –** Gerald Ruhnow, a white male, date of birth 01/11/1950, of 9655 North 1400 Avenue, Osco, Illinois 61274. Ruhnow holds Illinois commercial driver's license number R500-2925-0321. As of the date of this crash, his privilege to operate a commercial vehicle is valid.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

**Occupant -** None

LOG #:

## Weather Conditions

The National Weather Service reported cloudy skies with light rain. Temperature was sixty-eight degrees Fahrenheit, with winds out of the south at twelve miles per hour. Dewpoint was at fifty-five degrees Fahrenheit; barometric pressure was at 29.64 and steady. These conditions are consistent with observations made at the scene.

### Highway

U.S. 231 is a four lane, north south roadway of asphalt construction. The roadway surface at the crash site is in fair condition. Roadway width at the point of collision is approximately forty-eight feet. There is no measurable road grade at the crash location. Roadway shoulders are of sod construction and level with the roadway surface on the southbound side. The northbound roadway shoulder slopes gradually downward toward a shallow drainage ditch that runs parallel to the roadway.

### Traffic Control

The speed limit on U.S. 231 is posted at fifty-five miles per hour for both directions of travel. Travel lanes are defined by standard paint stripes. A dashed white stripe indicates that passing is allowed for both directions of travel. Lanes of travel are separated by a center turn lane. White stripes define the roadway edges. All roadway striping is in poor condition and is barely visible under the conditions existing at the time of the crash.



### Description of Events

### Pre-Crash

On Monday March 7, 2005 at 7:21 P.M. the Dothan Post of the Alabama State Troopers received a report of a two vehicle crash involving a motorcycle from an unidentified caller. Trooper Jimmy Helms was directed to respond and was enroute when the communications officer informed Trooper Helms that another crash involving two commercial vehicles had just occurred at the same location. Trooper Helms arrived on scene at 7:33 P.M. and reported to the communications officer that both commercial vehicles were engulfed in flames. Helms began to conduct an initial investigation into the cause of the first crashed when he was informed by medical personnel that there were serious and possible life threatening injuries involved in the second crash. Helms asked

DATE: _____

LOG #: _____

his communications officer to dispatch a traffic homicide investigator. Helms then continued his investigation into the cause of the first crash.

Christy Leann Champion of Troy, Alabama and Michael David Adkins of Brundidge, Alabama were involved in the first crash. Champion stated to Helms that she was attempting to merge from the center turn lane and travel south on U.S. 231 in her 1993 Pontiac Grand Am and did not see the motorcycle already in that lane. The 2004 Yamaha motorcycle was being driven by Michael Adkins who was traveling south on U.S. 231 headed to his residence in Brundidge, Alabama. Mr. Adkins was unable to avoid the sudden improper lane change that Mrs. Champion had just made and struck the rear of her vehicle. Champion stated that after the collision she pulled her vehicle off to the shoulder of road and exited her vehicle to render assistance to Mr. Adkins. She got Mr. Adkins out of the roadway and was leading him over to her car when a commercial vehicle topped the hill. That commercial vehicle was being driven by Michael Duke who was unable to avoid the motorcycle in the roadway. Gerald Ruhnow was traveling north in his commercial vehicle when another commercial vehicle came into his lane of travel.

As of the date of this report, no pre-crash information could be obtained on either driver of the commercial vehicles. Gerald Ruhnow is in critical but stable condition at the University of Alabama in Birmingham in the burn unit. The only information obtained on Michael Duke was that he departed his residence in Pontotoc, Mississippi at 7:00 A.M. on March 7, 2005 headed to Florida to deliver furniture.

### Crash

Michael Duke's vehicle collided with the motorcycle in the southbound lane of U.S. 231. According to the witnesses, the Duke vehicle ran completely over the motorcycle and got stuck underneath the truck. The truck was dragging the motorcycle when a tremendous amount of sparks began to fly from underneath the truck causing an explosion. The Duke vehicle then traveled across the center-line and into the northbound lane where it collided with the Ruhnow vehicle that was traveling north at that time. The two commercial vehicles collided in the northbound lane of U.S. 231. The Ruhnow vehicle struck the Duke vehicle on the passenger side compartment. The principal direction of force came into the passenger compartment of the vehicle and traveled through to the drivers side. The impact caused the second explosion which engulfed both vehicles. The two vehicles came to rest on the north shoulder of the roadway with the Ruhnow vehicle facing north and the Duke vehicle facing southeast with its trailer overturned on its side.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

### Post-Crash

Ruhnow and Duke were in the vehicles when medical personnel arrived. Michael Duke was able to climb out of his vehicle and get away from the burning truck.

Ruhnow was assisted from his vehicle by members of Troy Fire and Rescue who had been dispatched to the scene only to find both vehicles engulfed in flames. Ruhnow and Duke were then transported to Troy Regional Medical Center for treatment.Duke was pronounced dead at 8:30 P.M. by Pike County coroner Jerry Williams. Duke's body was at Troy Regional Medical center in Troy awaiting notification of family members. Gerald Ruhnow was airlifted to the burn center at UAB hospital.

Trooper Cook began his investigation into the cause of the crash. Cook noticed that the vehicles had been moved and separated prior to his arrival on scene the fire department had separated the vehicles to ensure the flames were completely extinguished. Trooper Cook photographed the overall scene, markings on the roadway and all items of evidence. Cook marked all items of evidence and the final rest position of the vehicles using orange marking paint. Trooper Cook was unable to perform any type of inspection of the vehicles due to the destruction of the vehicles caused by the fire and explosion. Trooper Cook remained at the scene as Jordan's Towing and Jacobs Towing responded to recover the crashed vehicles. The vehicles were then stored at Jordan's Towing and Jacobs Towing in Troy.

Trooper Helms informed Mrs. Champion that due to the severity of injuries that was caused by her initial crash, he would need to get a blood sample from her. She consented to the blood test and was transported to Edge Regional Medical Center by Helms where she signed a consent form and waiver of counsel form in front of Amanda Johnston a registered nurse who drew the blood from Mrs. Champion. After cleaning her arm with betadine, Johnston packaged the blood kit up and turned it over to Helms. Helms drove Champion back to the scene where she got in her vehicle and left. Helms turned the kit over to Cook who mailed it the following day to the forensics lab in Mobile.

On March 8, 2005, beginning at 1:00 pm Trooper Cook and Trooper David McGowan proceeded to the scene of the crash. The troopers used the Total Station Mapping System to prepare a scaled diagram of the collision site. Due to the total loss of both commercial vehicles the troopers were unable to conduct an inspection or prepare a linear perimeter of the vehicles.


## Conclusions and Recommendations

This motor vehicle crash resulted in the fatal injury to Michael Duke, injury to Gerald Ruhnow and the total loss of two commercial vehicles. Mr. Duke was operating the motor vehicle in complete compliance with all the motor vehicle laws governing the state of Alabama. Based on these findings, it is the recommendation of this investigator that the facts of this case be presented to the next session of the Pike County Grand Jury.


HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

### HIGHWAY PATROL DIVISION
### TRAFFIC HOMICIDE UNIT
### WITNESS LOG

NAME: Trp. Kevin D. Cook    TELEPHONE: H ( ) _____    W ( 334 ) 983-4587
ADDRESS: 5679 MONTGOMERY HIGHWAY, DOTHAN ALABAMA 36303
PLACE OF EMPLOYMENT: Alabama Department of Public Safety
CAN TESTIFY Conducted a complete investigation of the crash. See case file.

NAME: Trp. Jimmy Helms    TELEPHONE: H ( ) _____    W ( 334 ) 983-4587
ADDRESS: 5679 Montgomery Highway, Dothan, Alabama 36303
PLACE OF EMPLOYMENT: Alabama Department of Public Safety
CAN TESTIFY Assisted in crash investigation.

NAME: Gene Richardson    TELEPHONE: H ( 229 ) 226-3912    W ( ) _____
ADDRESS: 276-B Timber Ridge Drive    Thomasville, Ga.
PLACE OF EMPLOYMENT: Retired
CAN TESTIFY Seen crash occur.

NAME: Randall Jackson    TELEPHONE: H ( 407 ) 841-1742    W ( ) _____
ADDRESS: 630 W. Washington Street    Orlando, Fl.
PLACE OF EMPLOYMENT: Retired
CAN TESTIFY Seen crash occur.

NAME: _____    TELEPHONE: H ( ) _____    W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____

NAME: _____    TELEPHONE: H ( ) _____    W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____

NAME: _____    TELEPHONE: H ( ) _____    W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____

NAME: _____    TELEPHONE: H ( ) _____    W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____

NAME: _____    TELEPHONE: H ( ) _____    W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____

NAME: _____    TELEPHONE: H ( ) _____    W ( ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____    HIGHWAY PATROL DIVISION
CAN TESTIFY _____    TRAFFIC HOMICIDE UNIT

DATE: _____

CASE # AST 38-05-059    LOG #: _____

THI-17

U.S. 231

County Rd. 5532

Department of Public Safety
5679 Montgomery Hwy.
Dothan, Al 36303
(334) 983 - 4587

Caption:

Two Vehicle, One Fatality Crash
AST 38 - 05-059
U.S. 231
March 7, 2005

Measured By:

Alabama State Troopers
Traffic Homicide Unit
K. Cook & David C. McGowan

Drawn By:

Alabama State Troopers
Traffic Homicide Unit
Trp. Kevin Cook
July 13, 2004

Legend

Vehicle#1

Area of Impact

Vehicle#2

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

Scale:

0   25'   50'   75'  100' 125'

## COLLISION SITE INFORMATION

Date of Accident _____ 7 March 2005 _____ Day of Week _____ Monday _____ Time of Day _____ 7:16 _____ ☐ a.m. ☒ p.m.

County _____ Pike _____ City, Town, or Community _____

If accident was outside city limits, indicate distance from nearest town:

_____ feet __5__ miles ☐ North ☒ South ☐ East ☐ West of (City, Town) _____ Troy _____

Road on which accident occurred _____ U.S. 231 _____

At the intersection of _____ If not at intersection

_____ feet _.25_ miles ☐ North ☒ South ☐ East ☐ West of _____ County Road 5532 _____

No. of Vehicles Involved _____ 2 _____ No. of injured _____ 2 _____ No. of fatalities _____ 1 _____

Traffic Homicide Investigator Notified: Date _____ 7 March 2005 _____ Time _____ 7:56 _____ ☐ a.m. ☒ p.m.

Prosecutor on Scene       ☒ Yes   ☐ No   If yes, name: _____ Bruce Matthews _____

Forensic Science on Scene  ☐ Yes   ☒ No   If yes, name: _____

Coroner on Scene          ☐ Yes   ☒ No   If yes, name: _____

Other Officers on Scene _____ Sgt. Ken Kelly, Cpl. Tracey Nelson, Trp. Jimmy Helms, Trp. Kevin Cook _____

_____

_____

Photographs Taken By _____ Trp. Kevin D. Cook _____      # of exposures __30__

Video of scene:      ☒   YES / ☐   NO

Photographs (Other than Investigator)

_____

_____

_____

Case Number _____ AST 38-05-059 _____

THI-8

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

# BACKGROUND INVESTIGATION

Driver _____ Michael Duke _____          Pedestrian _____ N/A _____

Trip Began __7:00__ ☒ a.m.  ☐ p.m.    Location _____

_____

Purpose of Trip  To deliver furniture to Florida _____

_____

Last Stop Arrived ____Unknown____ ☐ a.m.  ☐ p.m.   Departed ____Unknown____ ☐ a.m.  ☐ p.m.

Location _____

Purpose _____

## PHYSICAL CONDITION

☐ Alcohol / Drugs  ☐ Yes  ☒ No  BAC / OTHER: _____

**Medical / Other Problems:**

☒ None           ☐ Vision           Temporary Condition or Illness _____

☐ Heart Condition  ☐ Hearing        _____

☐ Diabetes       ☐ Other (describe)  _____

☐ Epilepsy

## DRIVER'S HISTORY

Familiar With Road  ☒ Yes  ☐ No    Familiar With Vehicle  ☒ Yes  ☐ No

__21__ Years Driving Experience      __1__ Previous Motor Vehicle Traffic Convictions

__1__ Previous Accidents             __1__ Number of suspensions or revocations

Restrictions on Driver License  ☐ Yes  ☒ No  (if yes, explain type)   Complied with  ☐ Yes  ☒ No

Observations:

_____

_____

_____

Case Number _____ AST 38-05-059 _____

THI-9

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

# BACKGROUND INVESTIGATION

Driver _____Gerald Ruhnow_____     Pedestrian _____N/A_____

Trip Began __Unknown__ ☐ a.m. ☐ p.m.   Location Unknown _____

Purpose of Trip  Unknown _____

Last Stop Arrived ____Unknown____ ☐ a.m. ☐ p.m.   Departed ____Unknown____ ☐ a.m. ☐ p.m.

Location Unknown _____

Purpose Unknown _____

## PHYSICAL CONDITION

☐ Alcohol / Drugs  ☐ Yes  ☒ No   BAC / OTHER: _____

**Medical / Other Problems:**

☐ None          ☐ Vision        Temporary Condition or Illness _____

☐ Heart Condition  ☐ Hearing    _____

☐ Diabetes      ☐ Other (describe)  _____

☐ Epilepsy

## DRIVER'S HISTORY

Familiar With Road    ☐ Yes  ☐ No      Familiar With Vehicle  ☐ Yes  ☐ No

__39__ Years Driving Experience        __0__ Previous Motor Vehicle Traffic Convictions

__0__ Previous Accidents               __0__ Number of suspensions or revocations

Restrictions on Driver License  ☐ Yes  ☒ No  (if yes, explain type)   Complied with  ☐ Yes  ☐ No

Observations:

_____

_____

_____

_____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

Case Number _____AST 38-05-059_____

DATE: _____

THI-9                                     LOG #: _____

# VICTIM INFORMATION

Vehicle No. ___1___ Occupant Position _____ Driver _____ Pedestrian _____ N/A _____

Name Michael Duke _____ Alias N/A _____

Address 467 Longview Road    Pontotoc, Ms _____

Occupation Truck Driver _____ Home Phone( 662 ) 509-8281 _____ Business Phone ( ) _____

Business Address 1010 Hickory Ridge Drive    New Albany, Mississippi _____

DOB 01/12/1968 ___ Race W ___ Sex M ___ Height/Weight 6'3 / 250 ___ DL# and State 800063742 / Ms

Injured yes ___ Fatal yes ___ First Aid By Haynes Ambulance _____

injured Transported To Troy Regional Medical Center _____

Transported By Haynes Ambulance _____ Autopsy Performed: ☒ Yes    ☐ No

Pronounced By Jerry Williams _____ Date/time 5:30 pm / 7 March 2005

Cause of Death Multiple blunt force trauma _____

Legal Identification Made By Jerry Williams _____

Next of Kin Notified Angela Dukes _____ Relation Wife _____

Notified By Jerry Williams _____ Date/time 7 March 2005 / 10:45 pm

Body Released To _____

Personal Property Removed By DPS Personnel: ☐ Yes    ☒ No

Ejected: ☐ Yes    ☒ No    ☐ N/A    If yes, through _____


Vehicle No. ___2___ Occupant Position _____ Driver _____ Pedestrian _____ N/A _____

Name Gerald Ruhnow _____ Alias N/A _____

Address 9655 N 1400 Avenue    Osco, Illinois 61274 _____

Occupation Truck Driver _____ Home Phone( ) Unknown _____ Business Phone ( ) _____

Business Address 9655 N 1400 Avenue    Osco, Il _____

DOB 01/11/1950 ___ Race W ___ Sex M ___ Height/Weight 5'7 / 190 ___ DL# and State R500-2925-0321 / ILL

Injured yes ___ Fatal NO ___ First Aid By Haynes Ambulance _____

injured Transported To Troy Regional Medical Center _____

Transported By Haynes Ambulance _____ Autopsy Performed: ☐ Yes    ☐ No

Pronounced By N/A _____ Date/time N/A _____

Cause of Death N/A _____

Legal Identification Made By N/A _____

Next of Kin Notified N/A _____ Relation N/A _____

Notified By N/A _____ Date/time N/A _____

Body Released To N/A _____

Personal Property Removed By DPS Personnel: ☐ Yes    ☒ No

Ejected: ☐ Yes    ☒ No    ☐ N/A    If yes, through _____

Page ___1___ of ___1___

Case Number _____ AST 38-05-059 _____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

THI-10

LOG #: _____

Fatality

AST-27
REV. 1/01

## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS
Accident No

Shaded Areas To Be Used By Data Processing Only    Sheet 1 of 4 Sheet(s)    Microfilm No _____    Local Case No.

### LOCATION AND TIME

| Date | Time | Day of Week | County | City | | Rural X | Highway Classification: | M—Municipal    Legal Zone |
|---|---|---|---|---|---|---|---|---|
| 03 07 2005 | 7:16 PM | S M T W TH F S S | 55 | | | | I—Interstate  S—State    P—Private Prop.  F—Federal  C—County | |

Month Day Year    MT

On Street Road or Highway    At Intersection of or Between (Node 1)    And (Node 2)

U.S. 231    County Road 5532    County Road 330

| Street Code | 7248 | Node Code | 7247 | Feet From 1 or 2 Miles | (Circle One) |
|---|---|---|---|---|---|

S053

Intersection Related  1 Node 1  2 Node 2  Not Int Related

Mile Post 175.10

Control Access Hwy Loc: 1 Main Rd  2 Frontage Rd  3 Interchange  4 Entrance Ramp  5 Exit Ramp  6 N/A

Prime Contr Circms 23    Prima Contr Unit No 1

First Harmful Event 20    Event Location 1    Distance to Fixed Object N/A FT

### UNIT NO 1 — LEFT SCENE — COM VEH

Driver Full Name: Michael Duke    Street Address: 467 Longview Road    City and State: Pontotoc, Ms.    Zip 38863    Telephone No 662 509-8281

| | 01 | 12 | 1968 | Race W | Sex M | DL State Ms | Driver License No. 800063742 | DL Class A | DL Status C | Ust Restrictions Not Complied With | CDL Status C | List Endorsements Not Complied With | Residence Less Than 25 Miles Yes No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month Day Year

Place of Employment: Lane Heard Trucking  New Albany, Mississippi    Liability Insurance Co. Great Casualty    Social Security No 4 2 6 -4 3 -1 9 8 5 8

Driver Condition: 1-No Defect  Maneuver 01    Travel Road Name U.S. 231    Road Code S053    Travel Direction N E S W    Other Contr Circumstance 27    Prime Harm Event 02    Event Loc 1

Veh Year 2001  Make Frht  Model Tra  Body NA  V.I.N. 1FUPCSZB01LG233001    License Tag Number N/A    Stats Year

Owner's Name: Lane Heard Trucking    Street or R.F.D. 1010 Hickory Ridge Drive    City New Albany    State Ms    Zip 38652

Speed Limit 55 MPH  Est. Speed 55 MPH  Citation Offense Charged None  Damage Severity 1-Non Visible 2-Not Disabled  Vehicle Towed Away?  Occupants in Unit 1  Enter Point of Initial Impact 1

Vehicle Towed By Whom: Jacobs Towing (Rot)    To Where: Jacobs Towing (Troy)

### UNIT NO 2 — LEFT SCENE — COM VEH

Driver Full Name: Gerald Ruhnow    Street Address: 9655 N 1400 Avenue    City and State: Osco, Il.    Zip 61274    Telephone No Unk now-n

| | 01 | 11 | 1950 | Race W | Sex M | DL State Il | Driver License No. R500-2925-0321 | DL Class AM | DL Status C | | CDL Status C | | Yes No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month Day Year

Place of Employment: Gerald Ruhnow Trucking  Osco, Illinois    Liability Insurance Co. Unknown    Social Security No U n k -n o -w n

Maneuver 01    Travel Road Name U.S. 231    Road Code S053    Travel Direction N E S W    Other Contr Circumstance 97    Prime Harm Event 20    Event Loc 1

Veh Year 2003  Make Ptrb  Model Tra  Body NA  V.I.N. 1XP5DB 9X23D590431    License Tag Number P429865    State IL    Year 2006

Owner's Name: Same as above

Speed Limit 55 MPH  Est. Speed 55 MPH  Citation Offense Charged None  Damage Severity 1-Non Visible 2-Not Disabled  Vehicle Towed Away?  Occupants in Unit 1  Enter Point of Initial Impact 1

Vehicle Towed By Whom: Jordan's Towing (Rot)    To Where: Jordan's Towing (Troy)

## SEATING

**Unit 1**

| 1 | 2 | 3 | 10 |
|---|---|---|---|
| 24 | | | |
| | | | 11 |
| 7 | 8 | 9 | |

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable

Other Involved Safety Equipment [ ]

**Unit 2**

| 1 | 2 | 3 | 10 |
|---|---|---|---|
| 24 | | | |
| | | | 11 |
| 7 | 8 | 9 | |

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable

Other Involved Safety Equipment [ ]

### CODES

**SAFETY EQUIPMENT**
00 - None Installed
05 - Not Applicable
09 - Unknown (Any Type)
**Lap Belt Only**
11 - Fastened
12 Not Fastened
**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
**Motorcycle Helmet**
31 - Worn Used
34 - Not Used
**Air Bags**
40 - Deployed, Belts Used
42 - Not Deployed, Both Used
45 - Deployed, Both Used
46 - Not Deployed, Belts Not Used
46 - Not Deployed, Belts Not Used
**Child Restraint**
61 - Child Restraint Used
62 - Other Restraint Used
83 - None Used

## VICTIMS

| Name | Address | | Unit No | Seat Pos | Injury Type | Age | Sex | Ejec- tion | First Aid By |
|---|---|---|---|---|---|---|---|---|---|
| Michael Duke | 467 Longview Road | Pontotoc, Ms | 1 | 1 | K | 36 | M | N | A |
| Taken To: Troy Regional Medical Center | | Taken By: Haynes Ambulance | | | | | | | |
| Gerald Ruhnow | 9655 N 1400 Avenue | Osco, Il | 2 | 1 | A | 55 | M | N | A |
| Taken To: Troy Regional Medical Center | | Taken By: Haynes Ambulance | | | | | | | |

## CODES

**Injury Type**
K Killed
B Bruise/Abrasion/Swelling
A - Visible or Carried Non Sense
C - Not Visible—Has Pain/Faint

**Ejected**
N - Not
F - Fully
P - Partially
T - Trapped
U - Unknown
A - Not Applicable

**First Aid By**
A - Ambulance Attended
D - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM



**Officer's Opinion of What Happened:** Unit#2 was traveling north on U.S. 231. Unit#1 was traveling south on U.S. 231. A motorcycle from a previous accident that had just occurred was lying in the southbound lane of U.S. 231. Unit#1 topped the hill and struck the motorcycle lying in the roadway. The motorcycle lodged underneath Unit#1 causing the fuel tanks to rupture and explode. Driver of Unit#1 lost control of vehicle and started to travel into the northbound lane. Unit#2 crested the hill traveling north and struck Unit#1 which had just crossed into his lane of travel. Another explosion occurred engulfing both Units in flames.

## ROADWAY ENVIRONMENT

| | Unit | Contributing Road Defects | Surface Construction | Condition | Accident In -Or Related To Road Construction Zone? | Material In Roadway (Contributing) | Material Source | Character |
|---|---|---|---|---|---|---|---|---|
| N/A | Unit 1 — 1 | 0 0 0 - None / 1 1 - Shoulders Low / 2 2 - Shoulders High / 3 3 - Holes, Bumps, Etc. | 0 0 1 - Asphalt / 2 2 - Concrete / 3 3 - Brick / 4 4 - Unpaved / 8 8 - Other | 0 0 - Dry / 2 2 - Wet / 3 3 - Icy / 4 4 - Snowy/Slushy / 5 5 - Muddy / 8 8 - Other | Yes? No? | 0 0 - None / 2 2 - Rocks / 3 3 - Trees/Limbs / 4 4 - Dirt | 0 0 - Not Applicable / 2 2 - Natural Environment / 3 3 - Dropped From Vehicle / 4 4 - Already In Road. But Fell From Vehicle | 0 0 - Straight—Level / 2 2 - Straight—Down Grade / 3 3 - Straight—Up Grade / 4 4 - Straight—Hillcrest / 5 5 - Curve—Level |
| N/A | Unit 2 — 2 | | | | | 5 5 - Gravel / 6 6 - Oil/Petrol / 8 8 - Other | 8 8 - Other / 9 9 - Unknown | 6 6 - Curve—Down Grade / 7 7 - Curve—Up Grade / 8 8 - Curve—Hillcrest |

**Vision Obscured By:**
00 00 - Not Obscured
1 1 - Buildings
2 2 - Signboards
3 3 - Trees, Crops, Bushes
4 4 - Blowing Snow/Sand
5 5 - Hillcrest
6 6 - Curve In Road
7 7 - Fog
8 8 - Parked Vehicle
9 9 - Moving Vehicle(s)
10 10 - Blinded by Sunlight
11 11 - Fire/Smoke
12 12 - Dust
13 13 - Blinded by Headlights
14 14 - Embankment
15 15 - Rain on Windshield
16 16 - Snow on Windshield
98 98 - Other
99 99 - Unknown

**Traffic Control**
0 0 - None
1 1 - Police Officer
2 2 - R.R. Crossing Gates
3 3 - R.R. Flashing Lights
4 4 - R.R Cross Bucks/Pave Mark
5 5 - Pedestrian Control
6 6 - Traffic Signal
7 7 - Flashing Beacon
8 8 - Stop Sign
9 9 - Yield Sign
10 10 - Lane Control Device
11 11 - Flagger
12 12 - No Passing Zone
97 97 - None
98 98 - Other

| Traffic Control Functioning | Yes No | Yes No |
|---|---|---|
| DOT Railroad Crossing No | | N/A |

**Opposing Lanes Separated By:**
97 97 - None
1 1 - Paved Surface
2 2 - Unpaved Surface
3 3 - Broken Painted Line
4 4 - Solid Painted Line
5 5 - Concrete Barrier
6 6 - Metal Guard Rail
7 7 - Fence
8 8 - Other Barrier

**Lanes**
1 1 - One Lane
2 2 - Two Lanes
3 3 - Three Lanes
4 4 - Four Lanes
5 5 - Five Lanes
6 6 - Six Lanes or More

**One-Way Street**
Yes No

## INVESTIGATION

**Light**
1 - Daylight
2 - Dawn
3 - Dusk
4 - Darkness—Road Not Lit
5 - Darkness—Road Lit

**Weather**
1 - Clear
2 - Cloudy
3 - Rain
4 - Snow
5 - Sleet/Hail
6 - Fog
7 - Smog

**Locale**
1 - Opn Country
2 - Residential
3 - Shop'g or Business
4 - Mfg. or Industrial
5 - School
6 - Playground
8 - Other

**Non-Vehicular Property Damage**
1 - None Visible
2 - Light
3 - Moderate
4 - Severe

Description: N/A

DATE: _____

| Time Police Notified AM PM MT | Time Police Arrived AM PM MT | Time EMS Arrived AM PM MT | Name of Photographer |
|---|---|---|---|
| 7 : 21 | 8 : 26 | 7 : 31 | Trp. Kevin D. Cook |

Owner: _____
Address: _____

LOG #: _____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

| Witness Full Name | Address | | Telephone |
|---|---|---|---|
| Gene Richardson | 276-B Timber Ridge Drive | Thomasville, Ga. | 229 226-3912 |
| Randall Jackson | 630 W. Washington Street | Orlando, Fl. | 407 841-1742 |

| Name of Investigating Officer | | Officer ID | | Agency ORI | | Supervisor Reviewed |
|---|---|---|---|---|---|---|
| Kevin D. Cook | | 833 | | ALAST3800 | | |
| Name of Other Investigating Officers at Scene | Jimmy Helms | 753 | | ALAST3800 | | |

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof.

# ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. _____

AST No. 34 Rev. 4/85    **SUPPLEMENTAL SHEET**

SHEET __2__ OF __4__ SHEET(S)

| | Unit No- | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|

**ADDITIONAL ACCIDENT VICTIMS**

3  Name / Address / Taken to / Taken by

4  Name / Address / Taken to / Taken by

5  Name / Address / Taken to / Taken by

6  Name / Address / Taken to / Taken by

7  Name / Address / Taken to / Taken by

8  Name / Address / Taken to / Taken by

9  Name / Address / Taken to / Taken by

10  Name / Address / Taken to / Taken by

11  Name / Address / Taken to / Taken by

12  Name / Address / Taken to / Taken by

**ADDITIONAL NARRATIVE SPACE**

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:



HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

U.S. 231

| Diagram Not to Scale | | (10 feet) | Location | | Time | A.M. |
| Diagram Scale 1 inch | = | (20 feet) | | | | P.M. |
| ...Signature of Reporting Officer(s) | | | | U.S. 231 (Pike County) | 7:16 | |

AST-34T
1 94

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. ___1___
(same as on main report)

Sheet _3_ of _4_ Sheets

| General Instructions |
| --- |

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*

1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

| Screening Information |
| --- |

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard __1__

Buses designed to carry 16 or more (including driver) __0__

Number of vehicles towed from scene due to damage or provided assistance __2__

*Number of Persons:*

Sustaining fatal injuries __1__

Transported for **immediate** medical treatment __2__

| Vehicle Information |
| --- |

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus __16,500__

B. Trailer or trailers (total) __65,000__

Total GVWR for unit (A+B) __81500__

Total number of axles __5__

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes __X__ No

If Yes, include following information from placard

A. Name or 4-digit number from diamond or box __N/A__

B. The 1-digit number from bottom of diamond __N/A__

Was hazardous material released from THIS vehicle's cargo? ____Yes __X__ No

*Vehicle Configuration* **(circle one number)**

1. Bus    2. Single unit truck (2 axles/ 6 or more tires)    3. Single unit truck (3 or more axles)
4. Truck with trailer    5. Truck tractor only (bobtail)    ⑥ Tractor with semi-trailer    7. Tractor with double trailers
8. Tractor with triple trailers    9. Unknown class heavy truck    0. Any other 4-fired vehicle

*Cargo Body Type    (circle one number)*

1. Bus    ② Van/enclosed box    3. Cargo tank    4. Flatbed    5. Dump
6. Concrete mixer    7. Auto transporter    8. Garbage/ refuse    9. Other _____

| Motor Carrier Information |
| --- |

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name __Lane Heard Trucking__

Source (circle one number)    1. Vehicle side    2. Shipping papers    3. Driver    ④ Other

Carrier mailing address (Street or P.O. Box) __1010 Hickory Ridge Drive__

City, State, Zip __New Albany, Mississippi 38863__

*HIGHWAY PATROL DIVISION*
*TRAFFIC HOMICIDE UNIT*
*DATE:*

Carrier Identification Numbers    ( __8__ None = 0)

*LOG #:*

US DOT __00568612__    ICC MC _____    STATE NO. _____    STATE

| Sequence of Events |
| --- |

Note: for THIS vehicle - list up to four    Event #1 __10__    Event #2 __6__    Event #3 _____    Event #4 _____

*EVENT CODES*

Non-Collision    1. Ran off road    2. Jackknife    3. Overturned (rollover)    4. Downhill runaway
5. Cargo loss or shift    6. Explosion or fire    7. Separation of units    8. Other non-collision

Collision With    9. Pedestrian    10. Non-parked vehicle    1 1. Parked vehicle    12. Train
13. Pedal cycle    14. Animal    15. Fixed object    16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time | AM |
| --- | --- | --- | --- | --- | --- |

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

AST-34T
1 94

Unit No. ___2___
(same as on main report)

Sheet _4_ of _4_ Sheets

### General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard _1_
Buses designed to carry 16 or more (including driver) _0_

*Number of Persons:*

Sustaining fatal injuries _1_
Transported for **immediate** medical treatment _2_

Number of vehicles towed from scene due to damage or provided assistance _2_

### Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus _15,000_
B. Trailer or trailers (total) _25,000_
Total GVWR for unit (A+B) _40000_

Total number of axles _5_

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes _X_ No
If Yes, include following information from placard
  A. Name or 4-digit number from diamond or box _____
  B. The 1 -digit number from bottom of diamond _____
Was hazardous material released from THIS vehicle's cargo? ____Yes _X_ No

Vehicle Configuration *(circle one number)*
1. Bus  (2.) Single unit truck (2 axles/ 6 or more tires)  3. Single unit truck (3 or more axles)
4. Truck with trailer  5. Truck tractor only (bobtail)  6. Tractor with semi-trailer  7. Tractor with double trailers
8. Tractor with triple trailers  9. Unknown class heavy truck  0. Any other 4-tired vehicle

*Cargo Body Type*  *(circle one number)*
1. *Bus*  2. Van/enclosed box  3. Cargo tank  (4.) Flatbed  5. Dump
6. Concrete mixer  7. Auto transporter  8. Garbage/ refuse  9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name; 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name _Gerald Ruhnow Trucking_

Source (circle one number)  1. Vehicle side  2. Shipping papers  3. Driver  (4.) Other

Carrier mailing address (Street or P.O. Box) _9655 N 1400 Avenue_

City, State, Zip _Osco, Illinois 61274_

Carrier Identification Numbers  ( _8_ None = 0)

US DOT _00589814_  ICC MC _____  STATE NO. _____

HIGHWAY PATROL
TRAFFIC HOMICIDE UNIT DIVISION
DATE:
LOG #: STATE/

### Sequence of Events

Note: for THIS vehicle - list up to four  Event #1 _10_  Event #2 _6_  Event #3 _____  Event #4 _____

*EVENT CODES*

| | | | |
|---|---|---|---|
| Non-Collision | 1. Ran off road | 2. Jackknife | 3. Overturned (rollover) | 4. Downhill runaway |
| | 5. Cargo loss or shift | 6. Explosion or fire | 7. Separation of units | 8. Other non-collision |
| Collision With | 9. Pedestrian | 10. Non-parked vehicle | 1 1. Parked vehicle | 12. Train |
| | 13. Pedal cycle | 14. Animal | 15. Fixed object | 16. Other object |

Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time | AM



STATE OF MISSISSIPPI
DEPARTMENT OF PUBLIC SAFETY


MOTOR VEHICLE REPORT


MICHAEL E DUKE                                    DATE: 03/28/2005
467 LONGVIEW ROAD                                 PAGE:  1
PONTOTOC MS 38863 9227


DRIVER LICENSE NO.:  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         BIRTH DATE:   01/12/1968 SEX: M
                                         EXPIRATION:   01/12/2008
TYPE OF LICENSE: RENEWAL LICENSE         CLASS: CLASS A COMM. LICENSE
ISSUE DATE:           02/11/2004         RESTRICTIONS: NONE
DONOR: N    HEIGHT: 6 03                 PREVIOUS STATE:
EYES:  GRN  WEIGHT:  250                 PREVIOUS LICENSE:
RACE: W     SEX: M
LICENSE STATUS: VALID                    PRIOR STATUS:
COMM STATUS:    VALID                    ENDORSEMENTS: N
REINSTATEMENT DATE:


            **** NO CITATIONS FOUND ****
      **** END OF DRIVERS HISTORY WITH   0 RECORDS PRINTED ****

                ****************************
THIS REPORT MAY BE USED AS A CLEARANCE LETTER IF THE DRIVER'S LICENSE
STATUS IS 'VALID' OR 'CLEAR' OR IN THE CASE THE DRIVER HAS 'MOVED'
AND HIS PREVIOUS LICENSE STATUS IS 'VALID' OR 'CLEAR.'
                ****************************


                                         STATE OF MISSISSIPPI
                                         DEPARTMENT OF PUBLIC SAFETY

                                         I, GEORGE WHITE, DIRECTOR OF DRIVER
                                         RECORDS BRANCH, DO HEREBY
                                         CERTIFY THAT THIS IS A TRUE COPY OF
                                         DOCUMENTS OR RECORDS ON FILE WITH
                      DRIVER RECORDS BRANCH    THIS DEPARTMENT.
                      PHONE 601/987-1274

                                         SIGNATURE: George White
                                                    DATE: 3/28/05
              HIGHWAY PATROL DIVISION
              TRAFFIC HOMICIDE UNIT  BY:

              DATE:

              LOG #:

## ALABAMA DEPARTMENT OF PUBLIC SAFETY
## HIGHWAY PATROL DIVISION
### STATEMENT

PERSONALLY appeared (NAME) _GENE RICHARDSON_____ ,who states:

I reside at _276-B TIMBER RIDGE DR_____ in _THOMASVILLE_____

_GA____                        _229-226-3912_        _RETIRED_
**State**        **Telephone:    Work**           **Home**          **Employment**

Date of Birth: _2-14-1936_  Social Security Number _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_

I have _15_ years of education, and I can/cannot read and write. This statement is given on _3-8-2005_

at _12:21_ am/pm in the presence of _TRP. Kevin D Cook_____ who has officially identified

himself/herself as a member of the ALABAMA STATE TROOPERS.

_____I PASSED THE MOTORCYCLE IN THE ROAD (231). I WAS IN THE_
_RIGHT LANE (SOUTH BOUND) AND JUST MISSED HITTING THE MOTORCYCLE. IT_
_WAS VERY DARK AND I ONLY SAW THE MOTORCYCLE ABOUT_
_10 FEET BEFORE I GOT TO IT. I SAW THE 18 WHEELER_
_IN MY REAR VIEW MIRROR ABOUT 100 YARDS BEHIND ME_
_IN THE RIGHT LANE. THERE WAS NO WAY FOR HIM TO MISS_
_THE MOTORCYCLE. WHEN HE HIT IT, THE TRUCK DRUG THE_
_MOTORCYCLE UNDER IT GENERATING TREMENDOUS SPARKS._
_THE MOTORCYCLE BURST INTO FLAMES UNDER THE TRUCK_
_AND WITHIN 1 SECOND THE TRUCK WAS ENVELOPED IN_
_FLAMES. THE TRUCK WAS HEADING LEFT AS SOON AS_
_HE HIT THE MOTORCYCLE AND ENDED UP ON THE OTHER_
_SIDE OF THE ROAD. (NORTH BOUND LANE)_

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE:
LOG #:

_Gene Richardson_
Signature            _Kevin D Cook #8353_

Page number _1_ of _1_ pages

| Job Desc | Crew | Inst Num | Temp | Pressure | Start Date | | |
|---|---|---|---|---|---|---|---|
| | | | | | 03/10/2005 | | |
| Note | Continue File PIKE US 2310.raw  1:35:55 PM 3/8/05 | | | | | | |
| Note | 1:36:58 PM 3/8/05 | | | | | | |
| Occupied Pt | BS Pt | BS Brg | BS Read | Inst Ht | | | |
| 1 | 99 | | 358°57'38" | 5.30 | | | |
| Shot Pt | Trgt Ht | Hz Ang | Vt Ang | Slp Dist | Desc | Par Off | Perp Off |
| 101 | 6.00 | 359°50'54" | 89°49'31" | 137.61 | EP | 0.000 | 0.000 |
| 102 | 6.00 | 357°56'24" | 89°40'33" | 137.59 | FL | 0.000 | 0.000 |
| 103 | 6.00 | 353°05'25" | 89°37'11" | 137.83 | DASHL | 0.000 | 0.000 |
| 104 | 6.00 | 347°23'26" | 89°32'10" | 131.92 | YELLOW | 0.000 | 0.000 |
| 105 | 6.00 | 347°04'54" | 89°31'30" | 132.19 | DASHL | 0.000 | 0.000 |
| 106 | 6.00 | 342°11'42" | 89°37'02" | 134.22 | DASHL | 0.000 | 0.000 |
| 107 | 6.00 | 341°47'37" | 89°38'40" | 134.40 | YELLOW | 0.000 | 0.000 |
| 108 | 6.00 | 339°50'29" | 89°50'48" | 153.10 | DASHL | 0.000 | 0.000 |
| 109 | 6.00 | 335°00'30" | 90°03'08" | 152.71 | FL | 0.000 | 0.000 |
| 110 | 6.00 | 330°32'11" | 90°11'35" | 156.63 | FL | 0.000 | 0.000 |
| 111 | 6.00 | 330°22'30" | 90°15'34" | 156.85 | EP | 0.000 | 0.000 |
| 112 | 6.00 | 310°25'23" | 90°33'19" | 107.08 | EP | 0.000 | 0.000 |
| 113 | 6.00 | 309°46'08" | 90°10'23" | 90.34 | FL | 0.000 | 0.000 |
| 114 | 6.00 | 318°55'59" | 89°21'34" | 70.46 | YELLOW | 0.000 | 0.000 |
| 115 | 6.00 | 326°56'01" | 89°01'43" | 60.95 | YELLOW | 0.000 | 0.000 |
| 116 | 6.00 | 347°23'52" | 88°57'54" | 48.21 | FL | 0.000 | 0.000 |
| 117 | 6.00 | 191°37'26" | 89°17'15" | 60.11 | LINE | 0.000 | 0.000 |
| 118 | 6.00 | 195°58'31" | 89°08'53" | 60.62 | FL | 0.000 | 0.000 |
| 119 | 6.00 | 205°57'30" | 89°14'39" | 64.33 | DASHL | 0.000 | 0.000 |
| 120 | 6.00 | 214°38'58" | 89°18'04" | 69.82 | YELLOW | 0.000 | 0.000 |
| 121 | 6.00 | 215°11'52" | 89°18'08" | 70.38 | DASHL | 0.000 | 0.000 |
| 122 | 6.00 | 222°34'41" | 89°33'24" | 77.41 | DASHL | 0.000 | 0.000 |
| 123 | 6.00 | 222°54'48" | 89°33'24" | 77.32 | YELLOW | 0.000 | 0.000 |
| 124 | 6.00 | 229°38'04" | 89°56'07" | 84.45 | DASHL | 0.000 | 0.000 |
| 125 | 6.00 | 235°29'14" | 90°17'59" | 92.02 | FL | 0.000 | 0.000 |
| 126 | 6.00 | 238°09'31" | 90°32'18" | 103.59 | FL | 0.000 | 0.000 |
| 127 | 6.00 | 238°12'16" | 90°37'13" | 104.02 | EP | 0.000 | 0.000 |
| 128 | 6.00 | 232°38'04" | 90°47'04" | 120.97 | EP | 0.000 | 0.000 |
| 129 | 6.00 | 232°05'17" | 90°40'23" | 120.43 | FL | 0.000 | 0.000 |
| 130 | 6.00 | 201°47'01" | 90°06'08" | 230.61 | EP | 0.000 | 0.000 |
| 131 | 6.00 | 197°29'10" | 90°04'59" | 298.74 | EP | 0.000 | 0.000 |
| 132 | 6.00 | 195°13'35" | 89°58'47" | 296.17 | DASHL | 0.000 | 0.000 |
| 133 | 6.00 | 193°11'37" | 89°53'13" | 288.27 | DASHL | 0.000 | 0.000 |
| 134 | 6.00 | 193°00'34" | 89°52'41" | 287.99 | DASHL | 0.000 | 0.000 |
| 135 | 6.00 | 190°50'52" | 89°47'45" | 283.78 | DASHL | 0.000 | 0.000 |
| 136 | 6.00 | 188°02'59" | 89°46'18" | 298.67 | DASHL | 0.000 | 0.000 |
| 137 | 6.00 | 185°51'49" | 89°23'31" | 296.65 | FL | 0.000 | 0.000 |
| 138 | 6.00 | 184°51'10" | 88°44'08" | 295.51 | EP | 0.000 | 0.000 |
| 139 | 6.00 | 187°05'34" | 89°39'29" | 188.09 | RRWHL | 0.000 | 0.000 |
| 140 | 6.00 | 189°28'53" | 89°38'17" | 184.27 | LR | 0.000 | 0.000 |
| 141 | 6.00 | 199°26'57" | 89°41'00" | 146.95 | RRWHL | 0.000 | 0.000 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

1/4

| Job Desc | Crew | Inst Num | Temp | Pressure | Start Date | | |
|---|---|---|---|---|---|---|---|
| 142 | 6.00 | 201°00'40" | 89°42'48" | 147.22 | RRWHL | 0.000 | 0.000 |
| 143 | 6.00 | 184°29'25" | 89°52'04" | 108.74 | RED | 0.000 | 0.000 |
| 144 | 6.00 | 176°21'32" | 93°18'40" | 111.93 | RED | 0.000 | 0.000 |
| 145 | 6.00 | 165°58'31" | 92°28'20" | 120.64 | RED | 0.000 | 0.000 |
| 146 | 6.00 | 166°33'50" | 92°23'09" | 147.07 | RED | 0.000 | 0.000 |
| 147 | 6.00 | 166°24'26" | 92°11'52" | 171.45 | RED | 0.000 | 0.000 |
| 148 | 6.00 | 173°15'27" | 92°07'37" | 163.21 | RED | 0.000 | 0.000 |
| 149 | 6.00 | 181°01'54" | 91°14'47" | 163.10 | RED | 0.000 | 0.000 |
| 150 | 6.00 | 184°28'41" | 89°48'25" | 163.48 | RED | 0.000 | 0.000 |
| 151 | 6.00 | 186°22'33" | 89°39'09" | 160.65 | RED | 0.000 | 0.000 |
| 152 | 6.00 | 184°47'14" | 89°48'18" | 114.26 | RED | 0.000 | 0.000 |
| 153 | 6.00 | 358°37'27" | 95°18'37" | 35.51 | RM | 0.000 | 0.000 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

| | | |
|---|---|---|
| -55.271 | -136.454 | 100.037 |
| -10.479 | -108.238 | 99.551 |
| 5.072 | -111.627 | 92.835 |
| -27.082 | -117.443 | 94.096 |
| 31.545 | -143.517 | 93.178 |
| 37.236 | -167.224 | 92.725 |
| 16.208 | -162.291 | 93.243 |
| -5.893 | -162.956 | 95.752 |
| -15.719 | -162.725 | 99.851 |
| -20.733 | -159.306 | 100.274 |
| -11.599 | -113.664 | 99.689 |
| -0.208 | 35.352 | 96.014 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

AST-27
REV. 1/91

## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS
Accident No.

Shaded Areas To Be Used By Data Processing Only | Sheet 1 of 1 Sheet(s) | Microfilm No. | Local Case No.

### LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|

Date: 03 07 2005 (Month Day Year)  Time: 1915  AM/PM/MI (M T W TH F S S)  County: 55  City:

Rural: ☒

Highway Classification: I—Interstate  F—Federal (circled F)  S—State  C—County  M—Municipal  P—Private Prop.  O—Other

Road, Street or Roadway: US HWY 231

At Intersection of or Between (Node 1): CO RD 5532    And (Node 2): CO RD 3310

Street or Road: S053   Node B   Node Code: 729B / 7247

Feet/Miles From: 1   Node 2 (Circle One): 02

01 – Overturned
02 – Fire/Explosion
03 – Immersion
04 – Gas Inhalation

NONCOLLISION EVENT
05 – Non-parked Vehicle
06 – Parked Vehicle
15 – Train
16 – Pedalcyclist
17 – Animal
51 – Guardrail

COLLISION EVENT
15 – Overpass/Underpass
16 – Other Fixed Object
60 – Traffic Hitch Came Loose
12 – Other

Intersection Related: 1 - Node 1  2 - Node 2  (N) Not Int. Related

Mile Post: 1715.10

Control: 1 Access Mad  4 - Frontage Rd   Hway Loc: 2 - Access Rd  3 - Interchange  5 - Exit Ramp  3 - Entrance Ramp  (N) N/A

Prime Contr Circms: 02

First Harmful Event: 20   Event Location: 1   Distance to Fixed Object: NA FT.

### UNIT NO 1

Driver Full Name: CHRISTY LEANN CHAMPION, 171 CACTUS DR. BOX 101, TROY AL   ZIP: 36081  Telephone No: (334) 566-7129

DOB: 02 04 1976 (Month Day Year)  Race: W  Sex: F  DL State: AL  Driver License No: 66.38197  DL Class: D  DL Status: C  List Restrictions Not Complied With:  CDL Status:  List Endorsements Not Complied With: N  Residence Less Than 25 Miles:

Place of Employment: KRYSTALS, TROY ALABAMA   Liability Insurance Co.: SAFEWAY   Social Security No.: 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

Driver Condition: 1 No Defect (circled)  2 - Apparently Asleep  3 - Fatigued  4 - Other  5 - Unknown

Sobriety:  Officer's Opinion:  Alcohol: Yes (No) Unk  Drugs: Yes (No) Unk

Type Test Given: 9 - No Test (circled)  1 - Blood Test  2 - Breath Test  3 - Urine Test  4 - Unable to Administer  5 - Refused  Test Results:

Maneuver: 08   Travel Road Name: US HWY 231   Road Code:   Travel Direction: N (E) S W  A-Not on Rd  U-Unk: 08   Other Contr Circumstance: 08   Prime Harm Event: 20   Event Loc:

Veh Year: 1993  Make: PONT  Model: GRA  Body: 4D  V.I.N.: 1G2NE5538RC712537   License Tag Number: 38 F252 H  State: AL  Year: 2005

Owner's Name: SAME   Street or R.F.D.:   City:   State:   ZIP:

**Type**
1 Auto (circled)
3 - StaWagon
5 - Pick Up
6 - Van
5 - Truck Tractor
6 - Other Truck
7 - Comm. Bus
8 - School Bus
9 - Other Bus
10 - Motorcycle
11 – Moped
12 - M. Scooter
13 - Pedal Cycle
14 - Farm Mach.
15 - Train
16 - Road Equip.
17 - Ridden Animal
18 - M. Home (R.V.)
19 - ATV
98 - Other

**Usage**
1 Personal (circled)
2 - Driver Trng.
3 - Construction
4 - Ambulance/ Paramedical
5 - Military
6 - Taxi
7 - Transport Prop.
8 - Agriculture
9 - Wrecker/Tow
10 - Police
11 - Other Business
12 - Bus/Pass. Transport.
13 - Fire Fighting
98 - Other

**Hazardous Cargo**
1 None (circled)
2 - Explosive
3 - Gas
4 - Flam./Combust Liq.
5 - Flammable Solids
6 - Oxidizer/Peroxide
7 - Poison
8 - Radioactive Matl.
9 - Corrosive Material
98 - Other

Oversized Load (Req. Permit): Yes (No)

**Attachment**
1 None (circled)
2 - Mobile Home
3 - Semi Trailer
4 - Utility Trailer
5 - 4-Wheel Trailer
6 - Boat Trailer
7 - Camper Trailer
8 - Towed Vehicle
9 - Tanker
10 - Pole Trailer
11 - Double Trailer
98 - Other

If Yes, Did Owner Have Permit? Yes No N/A (circled)

**Contributing Defect**
0 - None (circled)
1 - Brakes
2 - Steering
3 - Power Plant
4 - Suspension
5 - Tires
6 - Exhaust
7 - Lights
8 - Turn Signal
9 - Windows/ W. Shield
10 - Restraint Sys.
11 - Wheels
12 - Truck Coupling
13 - Cargo
14 - Fuel System
98 - Other
99 - Unknown

Circle areas Damaged On Diagram: 5  Enter Point of Initial Impact: 5

Speed Limit: 55 MPH   Est. Speed: 35 MPH   Citation Offense Charged: NONE   Damage Severity: 1 – None Visible  2 Not Disabled (circled)  3 - Disabled   Vehicle Towed Away?: Yes (No)  Occupants in Unit:

Vehicle Towed By Whom: NA   To Where: NA

### UNIT NO 2

Driver Full Name: MICHAEL DAVID ADKINS, 452 S MAIN ST, BRUNDIDGE AL   ZIP: 36010  Telephone No: (334) 735-3993

DOB: 07 25 1956 (Month Day Year)  Race: W  Sex: M  DL State: AL  Driver License No: 7646563  DL Class: C  DL Status: C  List Restrictions Not Complied With:  CDL Status:  List Endorsements Not Complied With:  Residence Less Than 25 Miles:

Place of Employment: WILEY SANDERS, TROY AL   Liability Insurance Co.: PROGRESSIVE   Social Security No.: 252 96 0804

Driver Condition: 1 No Defect (circled)  2 - Apparently Asleep  3 - Fatigued  4 - Other  5 - Unknown

Sobriety:  Officer's Opinion:  Alcohol: Yes (No) Unk  Drugs: Yes (No) Unk

Type Test Given: 9 - No Test (circled)  1 - Blood Test  2 - Breath Test  3 - Urine Test  4 - Unable to Administer  5 - Refused  Test Results: NA

Maneuver/Action: 01   Travel Road Name: US HWY 231   Road Code:   Travel Direction: N (E) S W  A-Not on Rd  U-Unk: 97   Other Contr Circumstance:   Prime Harm Event: 30   Event Loc:

Veh Year: 2004  Make: YAMA  Model: VST  Body: WA  V.I.N.: JYAVM01E64A065113   License Tag Number: MBB-398  State: AL  Year: 2005

Owner's Name: SAME   Street or R.F.D.:   City:   State:   ZIP:

**Type**
1 Auto (circled)
3 - StaWagon
5 - Pick Up
6 - Van
5 - Truck Tractor
6 - Other Truck
7 - Comm. Bus
8 - School Bus
9 - Other Bus
10 Motorcycle (circled)
11 – Moped
12 - M. Scooter
13 - Pedal Cycle
14 - Farm Mach.
15 - Train
16 - Road Equip.
17 - Ridden Animal
18 - M. Home (R.V.)
19 - ATV
98 - Other

**Usage**
1 Personal (circled)
2 - Driver Trng.
3 - Construction
4 - Ambulance/ Paramedical
5 - Military
6 - Taxi
7 - Transport Prop.
8 - Agriculture
9 - Wrecker/Tow
10 - Police
11 - Other Business
12 - Bus/Pass. Transport.
13 - Fire Fighting
98 - Other

**Hazardous Cargo**
1 None (circled)
2 - Explosive
3 - Gas
4 - Flam./Combust Liq.
5 - Flammable Solids
6 - Oxidizer/Peroxide
7 - Poison
8 - Radioactive Matl.
9 - Corrosive Material
98 - Other

Oversized Load (Req. Permit): Yes (No)

**Attachment**
1 None (circled)
2 - Mobile Home
3 - Semi Trailer
4 - Utility Trailer
5 - 4-Wheel Trailer
6 - Boat Trailer
7 - Camper Trailer
8 - Towed Vehicle
9 - Tanker
10 - Pole Trailer
11 - Double Trailer
98 - Other

If Yes, Did Owner Have Permit? Yes No N/A

**Contributing Defect**
0 - None (circled)
1 - Brakes
2 - Steering
3 - Power Plant
4 - Suspension
5 - Tires
6 - Exhaust
7 - Lights
8 - Turn Signal
9 - Windows/ W. Shield
10 - Restraint Sys.
11 - Wheels
12 - Truck Coupling
13 - Cargo
14 - Fuel System
98 - Other
99 - Unknown

Circle areas Damaged On Diagram   Enter Point of Initial Impact

Speed Limit: 50 MPH   Est. Speed: MPH   Citation Offense Charged: NONE   Damage Severity: 1 – None Visible  2 - Not Disabled  3 Disabled (circled)   Vehicle Towed Away?: (Yes) No   Occupants in Unit:

Vehicle Towed By Whom: JORDANS (ROT)   To Where: JORDANS (LOCAL)

### CODES

**Contributing Circumstances**
01 - Improper Passing
02 - Improper Lane Change/Usage
03 - Improper Turn/U-Turn
04 - Following Too Close
05 - Misjudge Stopping Dist
06 - Disregarded Signs
07 - Exceed Speed Limit
09 - Driving Too Fast/Cond.
10 - Improper Start
11 - Improper/No Signal

13 - Improper Driving-Environ
15 - Improper Equipment
16 - Vision Obstruction
17 - Defective Equipment
18 - Under the Influence
19 - Improper Load/Size
20 - Improper Backing
21 - Failed to Yield Right-of-Way

**Driver Maneuver**
25 - Veh Pushed by Person
26 - Veh Left Road
27 - Driver Not in Control
28 - Pass on Hill
29 - Pass on Curve
30 - Other
31 - Stopped in Traffic
32 - Change Lanes - Left
33 - Change Lanes - Right
34 - Entering Parked Position
35 - Leaving Parked Position
36 - Merge - Left
37 - Merge - Right

**Night Turn**
52 - Pass on I Hwy Street
55 - U-Turn
59 - Turn from Park
64 - Pedl/Cyc Ride Against
65 - Pedl/Cyc Across Road
66 - Pedl/Cyc Ride in Bike Path
70 - Enter Parked Position
71 - Parked—Legally
75 - Stopped in Traffic
86 - Merge—Left

**Pedestrian Action**
01 - Cross/Enter—Intersection
02 - Cross/Enter—Not Intersection
03 - Walk in Road—With Traffic
04 - Walk in Road—Against Traffic
05 - Stand in Roadway
06 - Work in Roadway
07 - Push/Work on Vehicle
08 - Enter/Leave Parked Vehicle
09 - Lying in Road
10 - In Road—Other

**Event Loc**
1 - On Roadway
2 - Shoulder
3 - Median
4 - Driveway
5 - Roadside/ Property
6 - Gore

**SEATING**

| Other Involved Unit (Circle One) | CODES |
|---|---|
| Unit 1 | Unit 2 | SAFETY EQUIPMENT |

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance / Codes Not Applicable

Other Involved Safety Equipment

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance / Codes Not Applicable

Other Involved Safety Equipment

SAFETY EQUIPMENT
01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
11 - Fastened
12 - Not Fastened
Lap/Shoulder Harness
21 - Fastened
22 - Not Fastened
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - Used
32 - Not Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraints
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

**VICTIMS**

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| MICHAEL ADKINS, 452 S MAIN ST, BRUNDIDGE AL | | 2 | 10 | C | 48 | M | F | M |
| Taken By | | | | | | | | |
| EDGE REGIONAL MEDICAL CENTER | | | | | | | | |
| Name | Address | | | | | | | |
| Taken To | Taken By | | | | | | | |

**CODES**

Injury Type
K - Killed
B - Bruise/Abrasion/Swelling
A - Visible or Carried from Scene
C - Not Visible—Has Pain/Faint

Ejected
N - Not
F - Fully
P - Partially
T - Trapped
U - Unknown
A - Not Applicable

First Aid By
A - Ambulance Attended
D - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

**NARRATIVE AND DIAGRAM**

(NOT TO SCALE)

← N

US HWY 231 SOUTHBOUND LANES                    ROAD WIDTH 24'

Officer's Opinion of What Happened: UNIT 1 WAS IN THE MIDDLE TURN LANE OF US HWY 231 (SOUTHBOUND) WAITING FOR TRAFFIC TO CLEAR. SHE THEN ENTERED THE LEFT SOUTHBOUND LANE AND STARTED TRAVELING SOUTH. SHE THEN CHANGED LANES TO THE RIGHT CAUSING UNIT 2 WHICH WAS A MOTORCYCLE TO COLLIDE WITH UNIT 1 VI THE REAR. THE DRIVER OF UNIT 2 WAS EJECTED BUT NOT SERIOUSLY INJURED. UNIT 1 NEVER SAW UNIT 2.

**ROADWAY ENVIRONMENT**

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

| | Contributing Road Defects | Surface Construction | Condition | Accident or Related To Road Construction Zone? | Material in Roadway (Contributing) | Material Source | Character |
|---|---|---|---|---|---|---|---|
| Unit 1 | 0 - None | 1 - Asphalt | 1 - Dry | No | 0 - None | 1 - Not Applicable | 1 - Straight—Level |
| Unit 2 | | | | | | | |

Contributing Road Defects: 00 - None / 1 - Shoulders Low / 2 - Shoulders High / 3 - Holes, Bumps, Etc. / 8 - Other
Surface Construction: 01 - Asphalt / 2 - Concrete / 3 - Brick / 4 - Unpaved / 8 - Other
Condition: 01 - Dry / 2 - Wet / 3 - Icy / 4 - Snowy/Slushy / 5 - Muddy / 8 - Other
Material in Roadway: 01 - None / 2 - Rocks / 3 - Trees/Limbs / 4 - Dirt / 5 - Gravel / 6 - Oil/Petrol / 8 - Other
Material Source: 1 - Not Applicable / 2 - Natural Environment / 3 - Dropped From Vehicle / 4 - Already in Road, But Fall From Vehicle / 8 - Other / 9 - Unknown
Character: 01 - Straight—Level / 2 - Straight—Down Grade / 3 - Straight—Up Grade / 4 - Straight—Hillcrest / 5 - Curve—Level / 6 - Curve—Down Grade / 7 - Curve—Up Grade / 8 - Curve—Hillcrest

Vision Obscured By:
00 - Not Obscured / 1 - Buildings / 2 - Signboard / 3 - Trees, Crops, Bushes / 4 - Blowing Snow/Sand / 5 - Hillcrest / 6 - Curve in Road / 7 - Fog / 8 - Parked Vehicle / 9 - Moving Vehicle(s) / 10 - Blinded by Sunlight / 11 - Fire/Smoke / 12 - Dust / 13 - Blinded by Headlights / 14 - Embankment / 15 - Rain on Windshield / 16 - Snow on Windshield / 98 - Other / 99 - Unknown

Traffic Control:
1 - Police Officer / 2 - R.R. Crossing Gates / 3 - R.R. Flashing Lights / 4 - R.R. Cross Bucks/Pave. Mark / 5 - Pedestrian Control / 6 - Traffic Signal / 7 - Flashing Beacon / 8 - Stop Sign / 9 - Yield Sign / 10 - Lane Control Device / 11 - Flagger / 00 - No Passing Zone / 00 - None / 98 - Other

Traffic Control Functioning: Yes / No / NA

DOT Railroad Crossing No.

Opposing Lanes Separated By:
97 - None / 1 - Paved Surface / 2 - Unpaved Surface / 3 - Broken Painted Line / 4 - Solid Painted Line / 5 - Concrete Barrier / 6 - Metal Guard Rail / 7 - Fence / 98 - Other Barrier

Trafficway Lanes:
1 - One Lane / 2 - Two Lanes / 3 - Three Lanes / 00 - Four Lanes / 5 - Five Lanes / 6 - Six Lanes or More

One-Way Street: Yes / No

Light: 1 - Daylight / 2 - Dawn / 3 - Dusk / 4 - Darkness—Road Not Lit / 5 - Darkness—Road Lit
Weather: 1 - Clear / 2 - Cloudy / 3 - Rain / 4 - Snow / 5 - Sleet/Hail / 6 - Crosswind / 7 - Fog / 8 - Other
Locale: 1 - Open Country / 2 - Residential / 3 - Shop'g or Business / 4 - Mfg. or Industrial / 5 - School / 6 - Playground / 8 - Other
Non-Vehicular Property Damage: 0 - None Visible / 2 - Light / 3 - Moderate / 4 - Severe

Property Damage Description
Description:
NA
Owner:

**INVESTIGATION**

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 1929 | 1933 | 1920 | NA |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE: 2-6-05

Witness Full Name: RANDALL JACKSON — 630 GW ASHINGTON ST, ORLANDO FL — Telephone (407) 841-1742
Witness Full Name: RONNIE PERKINS — 6037 HWY 125, BRUNDIDGE — Telephone (334) 735-2690
Name of Investigating Officer: TPR JIMMY HELMS — Officer ID: 188 #1 — Agency ORI: AL AST 3800
Name of Other Investigating Officer(s) at Scene: — Officer ID: — Agency ORI:
Supervisor Reviewed

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.

Date 2-7-05



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7026

2451 FILLINGIM STREET
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5816

## EVIDENCE RECEIPT

**CASE NUMBER:** 05MB04083    **ID:** 1   **TYPE:** Traffic / non-death    **REFERENCES:**    **LAB:** MB

**AGENCY NUMBER:**    **ORI NUMBER:** AL055TPRS **DATE:** 4/7/05    **TIME:** 3:10 pm

| CASE NAMES | TYPE | RACE | SEX | DOB | AGE | STATUS |
|---|---|---|---|---|---|---|
| CHRISTY CHAMPION | S | W | F | | | |

| CHAIN OF CUSTODY | DATE | TIME |
|---|---|---|
| Secured at Mobile Regional Laboratory  Evidence Intake Area | 4/7/05 | 3:10 pm |

**DESCRIPTION OF EVIDENCE:**

1 One biological specimens kit identified to contain Toxicology specimens described
as : (sealed) eight sealed tubes of blood labeled Christy Champion, 3/7/05 2125; and
one sealed plastic container of urine labeled Champion, Christy L. 3/07/05 2120.

**SERVICE REQUESTED:**
TOXICOLOGY

*ALL ITEMS LISTED ABOVE ARE AS DESCRIBED BY THE SUBMITTING AGENCY AND ARE SUBJECT TO VERIFICATION UPON INSPECTION BY THE ANALYST*

**REPORT TO:**

Trooper Cook
PIKE CO TROOPERS

**SUBMITTED BY:**

Warren Stewart

Trooper Stewart    HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE:
LOG #:

Page 1 of 1

DFITHI

DPS-30
Rev. 11-72

### WAIVER OF COUNSEL

PLACE _EDGE REGIONAL MEDICAL CENTER_

DATE _3-7-05_

TIME _21:15_

Before we ask you any questions, you must understand your rights:

1.  You have the right to remain silent.

2.  Anything you say can and will be used against you in court.

3.  You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

4.  If you cannot afford a lawyer, one will be appointed without cost to you before any questioning if you wish.

5.  If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time you wish.

### WAIVER OF RIGHTS.

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercision of any kind has been used against me.

Signed _Christy Champion_

Date _3-7-5_

Witness _C Johnson RN_

Witness _____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

## VOLUNTARY CONSENT FOR A
## BLOOD AND URINE TEST

I _CHRISTY LEANN CHAMPION_ do hereby agree to voluntarily

allow samples of my blood and urine to be taken for the purpose of analysis by

the Alabama Department Of Forensic Science in determining the alcohol and

drug content of the samples. I agree to give this voluntary consent after being

ask by· _TROOPER JIMMY HELMS #753_ , a law enforcement

officer, to voluntarily give these samples and agree that no threats, promises or

coercion have been made against me in any manner. I understand the samples

will be drawn by medical personnel using normal medical procedures and the

samples will then be turned over to the requesting law enforcement officer for

transportation to the Alabama Department Of Forensic Science for analysis.

x _Christy Champion_

DATE: _3-7-05_    TIME: _21:17_

WITNESS: _Ayonna Ra_

WITNESS: _____

WITNESS: _____

REQUESTING OFFICER: _TPR J #753_

AGENCY: _STATE TROOPER_

---

## SAMPLE CHAIN OF CUSTODY

DATE DRAWN_____TIME_____

CLEANSING METHOD USED:_____

PERSON DRAWING SAMPLE:_____

TITLE._____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE:_____
LOG #:_____