# EXHIBIT "C"

# ALABAMA DEPARTMENT OF PUBLIC SAFETY
## HIGHWAY PATROL DIVISION
### STATEMENT

PERSONALLY appeared (NAME) GENE RICHARDSON ,who states:

I reside at 276-B TIMBER RIDGE DR in THOMASVILLE
   Address                            City

GA                    229-226-3912            RETIRED
State    Telephone: Work        Home            Employment

Date of Birth: 2-14-1936   Social Security Number 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

I have 15 years of education, and I can/cannot read and write. This statement is given on 3-8-2005 at 12:21 am/pm in the presence of TRP. Kevin D Cook who has officially identified himself/herself as a member of the ALABAMA STATE TROOPERS.

I PASSED THE MOTORCYCLE IN THE ROAD (231). I WAS IN THE RIGHT LANE SOUTH BOUND AND JUST MISSED HITTING THE MOTORCYCLE. IT WAS VERY DARK AND I ONLY SAW THE MOTORCYCLE ABOUT 10 FEET BEFORE I GOT TO IT. I SAW THE 18 WHEELER IN MY REAR VIEW MIRROR ABOUT 100 YARDS BEHIND ME IN THE RIGHT LANE. THERE WAS NO WAY FOR HIM TO MISS THE MOTORCYCLE. WHEN HE HIT IT, THE TRUCK DRUG THE MOTORCYCLE UNDER IT GENERATING TREMENDOUS SPARKS. THE MOTORCYCLE BURST INTO FLAMES UNDER THE TRUCK AND WITHIN 1 SECOND THE TRUCK WAS ENVELOPED IN FLAMES. THE TRUCK WAS HEADING LEFT AS SOON AS HE HIT THE MOTORCYCLE AND ENDED UP ON THE OTHER SIDE OF THE ROAD. (NORTH BOUND LANE)

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE:
LOG #:

Gene Richardson
Signature

Kevin D Cook #8853

Page number 1 of 1 pages