# EXHIBIT "E"

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

---

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
CIVIL ACTION FILE NO. 2:05CV527-F

GERALD RUHNOW and
CONNIE RUHNOW,

    Plaintiffs,

vs.

LANE HEARD TRUCKING, LLC, et al,

    Defendants
_____/

DEPOSITION OF:    ARNOLD G. RICHARDSON

TAKEN AT THE INSTANCE:    Defendant Lane Heard Trucking

DATE:    Thursday, April 13, 2006

TIME:    Commenced at 11:06 a.m.
    Concluded at 11:52 a.m.

LOCATION:    225 North Broad Street
    Thomasville, Georgia

REPORTED BY:    LORI DEZELL
    Registered Professional Reporter
    Georgia Certified Court Reporter

VIDEOTAPED BY:    BARBARA GRAVES

---

Page 3

INDEX

| WITNESS | PAGE |
|---|---|
| ARNOLD G. RICHARDSON | |
| Direct Examination by Ms. Hammett | 5 |
| Cross-Examination by Mr. Sparrow | 20 |
| Cross-Examination by Mr. Garrett | 27 |
| Cross-Examination by Mr. Hunter | 34 |
| Redirect Examination by Ms. Hammett | 37 |
| Recross Examination by Mr. Sparrow | 40 |
| Further Redirect Examination by Ms. Hammett | 42 |

INDEX OF EXHIBITS
(Exhibits attached hereto.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Typed statement of Mr. Richardson | 39 |

| CERTIFICATE OF OATH | 43 |
|---|---|
| REPORTER'S DEPOSITION CERTIFICATE | 44 |

---

Page 2

APPEARANCES:
REPRESENTING PLAINTIFF RUHNOW:
J. CALLEN SPARROW, ESQUIRE (BY TELEPHONE)
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, Alabama 35203
205-326-3336

REPRESENTING PLAINTIFF NORTHLAND INSURANCE:
RANDOLPH GILLUM, ESQUIRE (BY TELEPHONE)
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Albama 35244
205-982-4558

REPRESENTING DEFENDANT LANE HEARD TRUCKING:
KATIE L. HAMMETT, ESQUIRE
HAND ARENDALL, L.L.C.
107 Saint Francis Street, Suite 2600
Mobile, Alabama 36602
251-432-5511

REPRESENTING DEFENDANT CHRISTY CHAMPION:
RICHARD BRETT GARRETT, ESQUIRE (BY TELEPHONE)
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Montgomery, Alabama 36104
334-206-3100

REPRESENTING DEFENDANT ADKINS:
JEFFREY G. HUNTER, ESQUIRE (BY TELEPHONE)
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
4001 Carmichael Road, Suite 300
Montgomery, Alabama 36106
334-215-8585

---

Page 4

1                STIPULATIONS
2      The following deposition of ARNOLD G. RICHARDSON
3  was taken on oral examination, pursuant to notice, for
4  purposes of discovery under the Georgia Civil Practice Act,
5  as well as for all lawful purposes under the laws of the
6  State of Georgia. All formalities are waived. All
7  objections are reserved until such time as the deposition
8  is used, except as to the form of the question and the
9  responsiveness of the answer.
10     Reading and signing by the witness are waived.
11                * * *
12     THE VIDEOGRAPHER: We're on the record. This is
13  the videotaped deposition of Gene Richardson being
14  held at 225 North Broad Street, in Thomasville,
15  Georgia, on Thursday, April 13th, 2006. The time is
16  11:06 a.m.
17     We're here in the matter of Ruhnow versus Lane
18  Heard Trucking being heard in the United States
19  District Court for the Middle District of Alabama,
20  Northern Division, Case No. 205-CV-527-F.
21     My name is Barbara Graves; the court reporter is
22  Lori Dezell with Accurate Stenotype Reporters.
23     Counsel, please introduce yourselves and the
24  witness will be sworn.
25     MR. SPARROW: Callen Sparrow on behalf of the

---

1 (Pages 1 to 4)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 21

1  truck driver which you -- which appeared to be his trying
2  to avoid the motorcycle?
3       MS. HAMMETT: I'm going to object to the form.
4  This is Katie.
5     Q   You can answer.
6       MS. HAMMETT: Yeah, you can answer.
7     A   No. Again, I was about a quarter of a mile or so
8  down the road and I couldn't tell that he did, except that
9  he did immediately start heading towards the left side of
10 the road. But I think in my opinion that it was at the
11 time or right after he hit the motorcycle.
12    Q   Right. You saw what appeared to be sparks and
13 then immediately he started heading left?
14    A   Yes.
15      MS. HAMMETT: Object to the form.
16    Q   Do you have any idea how fast he was going, a
17 judgment as to the speed of that truck?
18    A   No. I was far enough away that I have -- there's
19 just no way I could judge how fast he was going.
20    Q   Where were you -- you mentioned two figures. I'm
21 going to call them people. Where were they when you saw
22 them in your peripheral vision?
23    A   Probably ten feet from the motorcycle towards the
24 side of the road.
25    Q   Were they out of the highway, were they still in

Page 22

1  the travel portion of the highway?
2     A   It looked like they were right at the edge of it
3  heading towards the side of the road. Probably just barely
4  in the road or about this time at the edge of the road.
5     Q   All right. And since you've described it as two
6  figures in your peripheral vision, I assume you don't have
7  any greater detail as to who those people were or what they
8  were wearing, et cetera?
9     A   No, none whatsoever.
10    Q   Did you see a car right around there,
11 Mr. Richardson?
12    A   No, I didn't.
13    Q   Did you notice one in your rear view mirror?
14    A   No, sir, I didn't.
15    Q   As you looked in your rear view mirror, did
16 you -- were you able to see the people on the side of the
17 road?
18    A   No. I didn't look in the rear view mirror until
19 I was probably part of the distance down the road and then
20 glanced up and saw the lights coming. At this point I was
21 probably at -- a few hundred yards down the road.
22    Q   Had that motorcycle -- or had you recently been
23 passed by a motorcycle on 231 prior to this wreck?
24    A   No, I had not seen any motorcycle before that.
25    Q   As I understood your earlier testimony, there

Page 23

1  were no cars close to you, in front of you?
2     A   That's correct.
3     Q   Have you spoken at any time since this wreck with
4  anyone other than the police officer, investigating trooper
5  who was a witness to the wreck?
6     A   No, not that was a witness, no, I haven't.
7     Q   All right. Who have you talked to other than the
8  police officer about this wreck?
9       THE WITNESS: Was it your office, Katie?
10      MS. HAMMETT: Yeah. I've spoken with him.
11    A   Okay. Yeah. And she has spoken with me.
12    Q   Talked to any other lawyers?
13    A   There was a lawyer that called me and I -- and
14 took a recorded message and sent me an interpretation of
15 that and asked me to correct it or approve it and send it
16 back.
17    Q   All right. Are you familiar or -- on the night
18 of this wreck, were you familiar with this area of 231? Is
19 that a road that you travel often?
20    A   No, I had never been there -- well, I think I
21 have traveled through that area before, a time or two,
22 but -- in the last several years, but I was not familiar
23 with the road.
24    Q   And I know you testified that you had not
25 realized that another truck was involved in the northbound

Page 24

1  lane, correct?
2     A   That's correct.
3     Q   Because your attention was in your rear view
4  mirror at that point and you didn't see that truck
5  approach, right?
6     A   That's correct.
7     Q   As you approached what we now know was the area
8  where that motorcycle was, was there traffic coming towards
9  you in the northbound lane?
10    A   No. At that moment I saw no traffic over there.
11    Q   You were kind of by yourself out there at that
12 moment?
13    A   Yes.
14    Q   And didn't see a car?
15    A   No, sir, I didn't.
16    Q   All right. What -- Mr. Richardson, what
17 posture -- I'm not sure how to say this -- how was the
18 motorcycle lying in the road? Was it -- were the two
19 wheels towards the center line or was it perpendicular to
20 the center line or what?
21    A   As near as I could tell, I think the wheels were
22 toward the side of the road and I think it was probably at
23 an angle in the road. I don't think it was, you know,
24 directly towards the side. But it was just in the road and
25 looked like it was with the wheels more or less towards the

6 (Pages 21 to 24)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 37

1  motorcycle in the road, you had not been passed by a
2  motorcycle headed down Highway 231; is that right?
3      A   That's correct.
4      Q   Okay.
5          MR. HUNTER: Mr. Richardson, thank you. That's
6  all I have.
7          MS. HAMMETT: This is Katie. I'm going to do a
8  few clean-up questions.
9          MR. MANAUSA: I don't think I have anything else.
10         MS. HAMMETT: This is -- are you-all there? Can
11 you hear me? This is Katie.
12         MR. SPARROW: Yes.
13         MS. HAMMETT: Ok. I've got a few follow-up
14 questions.
15         MR. SPARROW: Okay.
16              REDIRECT EXAMINATION
17 BY MS. HAMMETT:
18     Q   Mr. Richardson, where in Troy, Alabama had you
19 gotten on Highway 231?
20     A   At the funeral home which was -- I'm not sure
21 where it is. I'm not that familiar with Troy, but it was
22 kind of in town.
23     Q   How far had you been traveling on Highway 231
24 before you approached the motorcycle?
25     A   I'm not sure how far. If you're familiar with it

Page 38

1  and you know where the Wal-Mart is, it looks to me when we
2  went back that we had passed the Wal-Mart approximately two
3  miles.
4      Q   You testified earlier that you gave a recorded
5  statement to someone, either an attorney or someone from an
6  attorney's office?
7      A   Yes.
8      Q   And -- and you said a couple of times that you
9  received something back that was his interpretation?
10     A   Right.
11     Q   Were those -- whatever it was that you received,
12 which we don't have in front of us today, were those your
13 words?
14     A   More or less, although he took some liberties
15 with them and I made some minor corrections.
16     Q   You also testified earlier that you gave a
17 statement to a state trooper after this happened; is that
18 correct?
19     A   Yes, uh-huh.
20     Q   I'm going to show you -- which we'll mark as
21 Exhibit 1, guys -- what says at the top, "Alabama
22 Department of Public Safety, Highway Patrol Division."
23         MS. HAMMETT: This is -- for everyone on the
24 phone, this is part -- this is what appears to be his
25 statement that is part of the traffic homicide

Page 39

1  investigation, is one of the pages.
2          I'm going to give -- we'll mark this as Exhibit 1.
3          (Exhibit No. 1 was marked for identification.)
4      A   Okay.
5  BY MS. HAMMETT:
6      Q   Does that look familiar to you? Have you ever
7  seen that before?
8      A   Yes, I wrote this.
9      Q   And that's your signature at the bottom?
10     A   Yes, it is.
11     Q   And do you see whose name that you gave this
12 statement to?
13     A   Trooper Kevin D. Cook.
14     Q   Does that refresh your recollection now as to who
15 you spoke with?
16     A   I'm sure that was him but --
17     Q   Okay. Can I ask you just to read over this and
18 see if this is still what you remember and if those were
19 your -- did you actually physically write that statement
20 yourself?
21     A   I physically wrote this myself.
22     Q   So that was your contemporaneous understanding of
23 what happened and how this accident occurred?
24     A   Yes.
25     Q   Okay. And if you want to take a minute and look

Page 40

1  at it, I just want to ask you if you still agree with your
2  statement.
3      A   (Examining document.)
4          MR. GARRETT: While he's reading that, I'm sorry,
5  he kind of blanked out on me again. This is Brett.
6          MS. HAMMETT: Sure.
7          MR. GARRETT: What was the -- who was the officer
8  on that?
9          MS. HAMMETT: Kevin Cook.
10         MR. GARRETT: Okay.
11 BY MS. HAMMETT:
12     Q   Do you still agree with every -- with your
13 statement you made to the trooper?
14     A   Yes, I do.
15         MS. HAMMETT: We'll mark that as Exhibit 1.
16 I think that's all I have, guys. Anybody have
17 anything else?
18         MR. SPARROW: Hold on one second. This is
19 Callen.
20         MS. HAMMETT: Okay.
21              RECROSS EXAMINATION
22 BY MR. SPARROW:
23     Q   Mr. Richardson --
24     A   Yes.
25     Q   -- in looking at your statement which has now

10 (Pages 37 to 40)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 41

1  been made an exhibit to your deposition, it says you were
2  in the right-hand lane. You were in the left-hand lane
3  though really, weren't you?
4      A  Yes, that's correct. I -- I skipped over that
5  when I just reread it. But that is correct, that was -- I
6  put that down incorrectly.
7      Q  Okay. I mean, I understand that you earlier had
8  been in the right-hand lane but you testified you were in
9  the left-hand lane for about a half a mile before you got
10 to the motorcycle; right?
11     A  Yes, that's correct.
12     Q  And also -- and I don't want to beat a dead
13 horse -- but in this statement you say you saw it ten feet
14 before you got to it. We kind of walked around that and
15 you now -- you now feel like it was probably closer to 20
16 to 30 feet?
17     A  At the very most. I know it was very, very
18 quickly that I saw it and I was past it. And I know that
19 if I had been in the right lane, there is no way I could
20 have avoided hitting it at still pretty high speeds of
21 rate. I would not have been able --
22     Q  And finally -- and again, nobody -- I understand
23 you weren't out there with a tape measure -- but this
24 statement says the truck was about 100 yards behind you.
25 And we now have discussed on numerous occasions that you

Page 42

1  were a full quarter of a mile down the road before that
2  impact occurred, right?
3      A  Yes, that's correct.
4          MR. SPARROW: Okay. That's all. I just wanted
5  to make sure we were all on the same page. Thank you,
6  Mr. Richardson.
7          MS. HAMMETT: Anyone have anything else?
8          MR. GILLUM: No. This is Randolph Gillum. I
9  haven't got any questions.
10         MR. GARRETT: Brett Garrett doesn't have
11 anything.
12         MS. HAMMETT: Okay. This is Katie. I'm just
13 going to ask one more question.
14             FURTHER REDIRECT EXAMINATION
15 BY MS. HAMMETT:
16     Q  Mr. Richardson, is there anything else that's
17 pertinent that we haven't discussed or somebody hasn't
18 asked you that you feel like would help the jury understand
19 what happened?
20     A  I don't think so. It sounds to me like we've
21 covered it very well from what I have seen.
22         MS. HAMMETT: Okay, guys. Stay on the phone and
23 we'll go off the record.
24         THE VIDEOGRAPHER: Off the record.
25         (Deposition concluded.)

Page 43

            CERTIFICATE OF OATH

STATE OF FLORIDA  )
COUNTY LEON       )



        I, the undersigned authority, certify that said
designated witness personally appeared before me and was
duly sworn.

        WITNESS my hand and official seal this 19th day
of April, 2006.



                    _____
                    LORI DEZELL, RPR, CCR
                    1-800-934-9090
                    850-878-2221

                    Georgia Certification B-1013

Page 44

        REPORTER'S DEPOSITION CERTIFICATE
STATE OF FLORIDA  )
COUNTY OF LEON    )
        I, LORI DEZELL, Registered Professional Reporter,
certify that the foregoing proceedings were taken before me
at the time and place therein designated; that my shorthand
notes were thereafter translated under my supervision; and
the foregoing pages numbered 1 through 45 are a true and
correct record of the aforesaid proceedings.
        I further certify that I am not a relative,
employee, attorney or counsel of any of the parties, nor am
I a relative or employee of any of the parties' attorney or
counsel connected with the action, nor am I financially
interested in the action.
        DATED this 19th day of April, 2006.


                    _____
                    LORI DEZELL, RPR, CCR
                    Notary Public
                    1-800-934-9090
                    850-878-2221
                    Georgia Certification No. B-1013

11 (Pages 41 to 44)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO