# EXHIBIT "F"

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

**Fatality**

AST 27 REV. 1791

MAR 2 5 2005

DPS Accident No: 5506412

Sheet 1 of 4 Sheet(s)

Shaded Areas To Be Used By Data Processing Only

## LOCATION AND TIME

- Date: 03/07/2005
- Time: 7:16 PM
- Day of Week: M
- County: 55
- Rural: X
- Highway Classification: Federal
- On Street Road or Highway: U.S. 231
- At Intersection of or Between (Node 1): County Road 5532
- And (Node 2): County Road 330
- Street or Road Code: S053
- Node 1: 7248
- Node 2: 7247
- Not Int Related
- Mile Post: 175.10
- Control Access Hwy
- Prime Contr Circms: 23
- Prime Contr Unit No: 1
- First Harmful Event: 20
- Event Location: 1
- Distance to Fixed Object: N/A FT

## UNIT 1 - DRIVER

- Driver Full Name: Michael Duke
- Street Address: 467 Longview Road
- City and State: Pontotoc, Ms.
- Zip: 38863
- Telephone No: 662 509-8281
- DOB: 01/12/1968
- Race: W
- Sex: M
- DL State: Ms
- Driver License No: 800063742
- DL Class: A
- DL Status: C
- CDL Status: C
- Residence Less Than 25 Miles: No
- Place of Employment: Lane Heard Trucking, New Albany, Mississippi
- Liability Insurance Co: Great Casualty
- Social Security No: 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
- Driver Condition: 1 - No Defect
- Sobriety: Unknown
- Officer's Opinion: Alcohol No, Drugs No
- Type Test Given: No Test
- Test Results: N/A
- Maneuver: 01
- Travel Road Name: U.S. 231
- Road Code: S053
- Travel Direction: S
- Other Contr Circumstance: 27
- Prime Harm Event: 02
- Event Loc: 1

### VEHICLE
- Veh Year: 2001
- Make: Frht
- Model: Tra
- Body: NA
- V.I.N.: 1FUPCSZB01LG233001
- License Tag Number: N/A
- State: N/A
- Year: N/A
- Owner's Name: Lane Heard Trucking
- Street or R.F.D.: 1010 Hickory Ridge Drive
- City: New Albany
- State: Ms
- ZIP: 38652
- Type: 5 - Truck Tractor
- Usage: Transport Prop
- Hazardous Cargo: None
- Attachment: Semi Trailer
- Contributing Defect: None
- Speed Limit: 55 MPH
- Est. Speed: 55 MPH
- Citation Offense Charged: None
- Damage Severity: 3 - Disabled
- Vehicle Towed Away: Yes
- Occupants in Unit: 1
- Enter Point of Initial Impact: 1
- Vehicle Towed By Whom: Jacobs Towing (Rot)
- To Where: Jacobs Towing (Troy)

## UNIT 2 - DRIVER

- Driver Full Name: Gerald Ruhnow
- Street Address: 9655 N 1400 Avenue
- City and State: Osco, Il.
- Zip: 61274
- Telephone No: Unk now-n
- DOB: 01/11/1950
- Race: W
- Sex: M
- DL State: IL
- Driver License No: R500-2925-0321
- DL Class: AM
- DL Status: C
- CDL Status: C
- Residence Less Than 25 Miles: No
- Place of Employment: Gerald Ruhnow Trucking, Osco, Illinois
- Liability Insurance Co: Unknown
- Social Security No: Unk-no-wn
- Driver Condition: 1 - No Defect
- Sobriety: Unknown
- Officer's Opinion: Alcohol No, Drugs No
- Type Test Given: No Test / Breath Test
- Test Results: 
- Maneuver: 01
- Travel Road Name: U.S. 231
- Road Code: S053
- Travel Direction: N
- Other Contr Circumstance: 97
- Prime Harm Event: 20
- Event Loc: 1

### VEHICLE
- Veh Year: 2003
- Make: Ptrb
- Model: Tra
- Body: NA
- V.I.N.: 1XP5DB9X23D590431
- License Tag Number: P429865
- State: IL
- Year: 2006
- Owner's Name: Same as above
- Type: 5 - Truck Tractor
- Usage: Transport Prop
- Hazardous Cargo: None
- Attachment: Other
- Contributing Defect: None
- Speed Limit: 55 MPH
- Est. Speed: 55 MPH
- Citation Offense Charged: None
- Damage Severity: 3 - Disabled
- Vehicle Towed Away: Yes
- Occupants in Unit: 1
- Enter Point of Initial Impact: 1
- Vehicle Towed By Whom: Jordan's Towing (Rot)
- To Where: Jordan's Towing (Troy)

## CODES

Contributing Circumstances, Driver Maneuver, Pedestrian Action, Event Location code lists (reference legend).

## SEATING

**Unit 1:** 1, 24 (seating positions 1-11 grid)
Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable
Other Involved Safety Equipment

**Unit 2:** 2, 24 (seating positions 1-11 grid)
Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable
Other Involved Safety Equipment

**CODES - SAFETY EQUIPMENT**
01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
11 - Fastened
12 - Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraint
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS

| Name | Address |  | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|
| Michael Duke | 467 Longview Road | Pontotoc, Ms | 1 | 1 | K | 36 | M | N | A |
| Taken To: Troy Regional Medical Center | | Taken By: Haynes Ambulance | | | | | | | |
| Gerald Ruhnow | 9655 N 1400 Avenue | Osco, Il | 2 | 1 | A | 55 | M | N | A |
| Taken To: Troy Regional Medical Center | | Taken By: Haynes Ambulance | | | | | | | |

**CODES**
Injury Type: K Killed, B Bruise/Abrasion/Swelling, A - Visible or Carried From Scene, C - Not Visible—Has Pain/Faint
Ejected: N - Not, F - Fully, P - Partially, T - Trapped, U - Unknown, A - Not Applicable
First Aid By: A - Ambulance Attended, D - Doctor, M - Paramedic, O - Other, P - Police, U - Unknown, N - None

## NARRATIVE AND DIAGRAM

**Officer's Opinion of What Happened:** Unit#2 was traveling north on U.S. 231. Unit#1 was traveling south on U.S. 231. A motorcycle from a previous accident that had just occurred was lying in the southbound lane of U.S. 231. Unit#1 topped the hill and struck the motorcycle lying in the roadway. The motorcycle lodged underneath Unit#1 causing the fuel tanks to rupture and explode. Driver of Unit#1 lost control of vehicle and started to travel into the northbound lane. Unit#2 crested the hill traveling north and struck Unit#1 which had just crossed into his lane of travel. Another explosion occurred engulfing both Units in flames.

## ROADWAY ENVIRONMENT

Unit 1: 1
Unit 2: 2

Contributing Road Defects: 00 - None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other
Surface Construction: 00 - Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other
Condition: 00 - Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other
Accident In Or Related To Road Construction Zone? Yes / No (No circled)
Material in Roadway (Contributing): 00 - None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other
Material Source: 00 - Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 6 - Other; 9 - Unknown
Character: 1 Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: 00/97 Not Obscured; 2 - Signboards; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R. Cross Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 97 - None (circled); 98 - Other
Traffic Control Functioning: Yes/No (N/A)
DOT Railroad Crossing No: N/A

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line (circled); 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 8 - Other Barrier

Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; 4 - Four Lanes (circled); 5 - Five Lanes; 6 - Six Lanes or More
One-Way Street: Yes/No

## INVESTIGATION

Light: 1 - Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit (circled); 5 - Darkness—Road Lit
Weather: 1 - Clear; 2 - Cloudy (circled); 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other
Locale: 1 - Open Country; 2 - Residential; 3 - Shop's or Business (circled); 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other
Non-Vehicular Property Damage: 1 - None Visible; 2 - Light; 3 - Moderate; 4 - Severe
Property Damage Description: N/A

Time Police Notified: 7:21 PM
Time Police Arrived: 8:26 PM
Time EMS Arrived: 7:31 PM
Name of Photographer: Trp. Kevin D. Cook
Owner Address:

| Witness Full Name | Address | Telephone |
|---|---|---|
| Gene Richardson | 276-B Timber Ridge Drive, Thomasville, Ga. | 229 226-3912 |
| Randall Jackson | 630 W. Washington Street, Orlando, Fl. | 407 841-1742 |

Name of Investigating Officer: Kevin D. Cook — Officer ID: 833 — Agency ORI: ALAST3800
Name of Other Investigating Officers at Scene: Jimmy Helms — Officer ID: 753 — Agency ORI: ALAST3800
Supervisor Reviewed: 54

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof.
Signature of Investigating Officer: Kevin W. Cook #833
Date: 7 Mar 2005

# ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT
### SUPPLEMENTAL SHEET

AST No. 34 Rev. 4/85

LOCAL CASE NO. _____

SHEET __2__ OF __4__ SHEET(S)

| | | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|

**ADDITIONAL ACCIDENT VICTIMS**

3. Name _____ Address _____
   Taken to _____ Taken by _____

4. Name _____ Address _____
   Taken to _____ Taken by _____

5. Name _____ Address _____
   Taken to _____ Taken by _____

6. Name _____ Address _____
   Taken to _____ Taken by _____

7. Name _____ Address _____
   Taken to _____ Taken by _____

8. Name _____ Address _____
   Taken to _____ Taken by _____

9. Name _____ Address _____
   Taken to _____ Taken by _____

10. Name _____ Address _____
    Taken to _____ Taken by _____

11. Name _____ Address _____
    Taken to _____ Taken by _____

12. Name _____ Address _____
    Taken to _____ Taken by _____

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

(SEE PAGE #1)

**ADDITIONAL NARRATIVE SPACE**

| Diagram Not to Scale = (10 feet) | Location | | Time | A.M. P.M. |
|---|---|---|---|---|
| Diagram Scale 1 inch (20 feet) | U.S. 231 (Pike County) | | 7:16 | |
| Signature of Reporting Officer(s) Kevin D. Cook | Officer ID 833 | Reporting Police Agency ORI ALAST3800 | DATE Month 03 Day 07 | Year 2005 |

U.S. 231