# EXHIBIT "G"

**Page 1**

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF ALABAMA
 3                     NORTHERN DIVISION
 4
 5   GERALD RUHNOW and CONNIE     *
 6   RUHNOW,                      *
 7        Plaintiffs,             *
 8                                *
 9   VS.                          *  NO. 2:05 CV 527-F
10                                *
11   LANE HEARD TRUCKING, LLC.,   *
12   et al                        *
13        Defendants.             *
14
15
16           ORAL DEPOSITION OF MS. CHRISTY CHAMPION,
17   a witness produced pursuant to the Federal Rules of
18   Civil Procedure, in the above-styled and numbered
19   cause on the 19th day of April, 2006, before Sheila
20   Hanson, CSR, a Notary Public in and for the State of
21   Alabama, at the law offices of Mr. Cliff Hastings
22   with Cervera, Ralph & Reeves, Attorneys at Law, Troy,
23   Alabama.
24              * * * * * * *
25
```

**Page 2**

```
 1                      APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4   MR. CALLEN SPARROW
 5   HENINGER, BURGE, VARGO & DAVIS, LLP,
 6   2146 Highland Avenue
 7   Birmingham, Alabama   35204
 8
 9   FOR THE DEFENDANT (Lane Heard Trucking):
10   MS. KATIE L. HAMMETT
11   HAND ARENDALL, LLC
12   P. O. Box 123
13   Mobile, Alabama   36601
14
15   FOR THE DEFENDANT (Christy Leann Champion):
16   MR. RICHARD MCCONNELL (MAC) FREEMAN, JR.
17   RUSHTON STAKELY JOHNSTON & GARRETT PC
18   P.O. Box 270
19   Montgomery, AL  36101-0270
20
21   MR. RANDALL GILL
22
23
24
25
```

**Page 3**

```
 1                      STIPULATION
 2
 3         It is stipulated by and between counsel
 4   for the parties that this deposition be taken at this
 5   time by Sheila Hanson, Court Reporter and Notary
 6   Public, State at Large, who is to act as commissioner
 7   without formal issuance of commission to her; that
 8   said deposition shall be taken down stenographically,
 9   transcribed, and certified by the commissioner.
10         Except for objections as to the form of
11   questions, no objections need to be made at the time
12   of the taking of the deposition by either party, but
13   may be interposed by either party at the time the
14   deposition is read into evidence, which shall be
15   ruled upon by the Court on the trial of the cause
16   upon the grounds of objection then and there
17   assigned.
18         The deponent, Ms. Christy Champion,
19   waives the reading and signing of the deposition.
20
21
22
23
24
25
```

**Page 4**

### INDEX

**EXAMINATION**

Witness Name                                                          Page
Christy Leann Champion
  Direct By Mr. Sparrow .............................................. 5
  Cross By Mr. Whitt ................................................ 42
  Cross By Ms. Hammett .............................................. 67
  Cross By Mr. Gill ................................................. 84
  Re-Direct By Mr. Sparrow .......................................... 86
  Re-Cross By Mr. Whitt ............................................. 87

**EXHIBITS**

Exhibit                                                               Page
Exhibit No. 1 Marked for Identification                                86

COPY

                    CHRISTY LEANN CHAMPION,
   the witness hereinbefore named, being first duly
cautioned and sworn or affirmed to tell the truth,
the whole truth, and nothing but the truth, was
examined and testified as follows:
                    DIRECT EXAMINATION
BY MR. SPARROW:
    Q   State your name for the record, please
    A   Christy Leann Champion.
    Q   Where do you live?  What's your address now?
    A   It's 105 Sandy Lane.
    Q   Where is that?
    A   It's right here, in Troy, Alabama.
    Q   Do you work, Ms. Champion?
    A   Yes, sir.
    Q   Where?
    A   At McDonalds here, in Troy.
    Q   How long have you been there?
    A   I've been there now about three months.
    Q   Are you married?
    A   No, sir.
    Q   Have you been?
    A   I'm divorced.
    Q   What is your former husband's name?

                                    5

    A   Richard Alexander Champion.
    Q   Where does he live?
    A   He is residing in Ventress over in Clanton.
    Q   Does he work?  Or do you know?
    A   I couldn't tell you.
    Q   If he does, you don't know where he works?
    A   I couldn't tell you.
    Q   How long have you been at McDonalds?
    A   About three months.
    Q   Where did you work before that?
    A   I was at Pick and Save, which is a new grocery store coming in.
    Q   How long were you there?
    A   I was there a good six months.
    Q   What did you do there?
    A   I was a cashier.
    Q   How about before Pick and Save?
    A   I was employed at Dairy Queen.
    Q   Children?
    A   I have two.
    Q   What are their ages?
    A   Six and eight.
    Q   Are you from around here?  From the Pike

                                    6

County area?
    A   Yes, sir.
    Q   Is Champion your maiden or married name?
    A   My maiden name is Boswell.  And my married name is Champion.
    Q   Brothers and sisters in this area?
    A   Yes, sir.
    Q   How many?
    A   I have two sisters and five brothers.
    Q   Do they all live in Pike County?
    A   Yes, sir.
    Q   Tell me again what your maiden name was?
    A   It's Boswell.
    Q   Are your brothers all Boswells?
    A   No, sir.
    Q   What are their names?
    A   It's Solis.
    Q   Spell that?
    A   S-o-l-i-s.  Baker.  Russell — no.  Ross.  I'm sorry.
    Q   Ross?
    A   Yes, sir.
    Q   Is that it?

                                    7

    A   Yes, sir.
    Q   Your sisters, are they married?  What are their names
    A   Baker and Boswell.
    Q   What are your sister's first names?
    A   Tosha and Donna.
    Q   If I have gotten your "Answers to Interrogatories," Ms. Champion, I apologize.  I haven't read them.  So I am likely going to ask you a few things that you have answered anyway.
        You know that we are here about a wreck that happened out on 231 in March of 2005?  Right?
    A   Yes, sir.
    Q   Where were you coming from when that wreck happened?
    A   I was leaving from my home.
    Q   Which was at that time on Cactus Drive?
    A   Yes, sir.
    Q   Where were you going?
    A   I was going to Pinckard's Store, right down below from my house.
    Q   Were you by yourself?
    A   Yes, sir.
    Q   What time of day was it, as you remember it?

                                    8

1 left off that truck.
2    Q    That's what I'm asking. Tell me what
3 happened?
4    A    The truck stayed in this right lane there
5 for a good bit, you know.
6    Q    As far down as your car?
7    A    Yes, sir. And then it was like -- I
8 don't know if the truck driver just started panicking
9 or what. Then all of a sudden there was another
10 18-wheeler coming from the North --
11   Q    Headed north?
12   A    Yeah, headed north, coming south. I'm
13 sorry. And that's whenever I seen the 18-wheeler
14 that run over the motorcycle -- that's whenever he
15 curved over, and hit the other truck. And as soon as
16 that truck -- the trucks hit like this, there was a
17 gulf of fire, just -- and that's whenever I took off
18 running to my car to get my cell phone. And I tried
19 dialing 911.
20   Q    Did you talk to 911 folks?
21   A    My phone -- it was like my phone just
22 went down. All it would do is ring.
23   Q    Do you have a judgment, Ms. Champion, as
24 to how fast that truck was traveling at the time it
25 hit or impacted the motorcycle?
                                                29

1    A    No, sir.
2    Q    Excuse me?
3    A    No, sir.
4    Q    Do you have a judgement as to how fast
5 the vehicle headed north was traveling? The other
6 truck?
7    A    No, sir.
8    Q    I didn't ask you. Do you have judgment
9 as to how fast the motorcycle was traveling
10 immediately before the impact of your car?
11   A    No, sir.
12   Q    You said that you first made the comment
13 to Mr. Adkins: Oh, my God, or something like that,
14 there's a diesel truck coming this way? Is that
15 right?
16   A    Uh-huh.
17   Q    Did you watch that truck, between when
18 you first saw it, and the impact with the
19 motorcycle?
20   A    Yes, sir.
21   Q    Any judgment as to how long that time
22 frame or that period of time was?
23   A    I know there was enough time that the
24 motorcycle could have been moved out of the
25 roadway.
                                                30

1    Q    During that time, while you were watching
2 the truck, did you see the truck make any evasive
3 action to try to go around the motorcycle to the
4 left-hand lane?
5    A    No, sir.
6    Q    Did it appear to you as though the truck
7 applied its brakes --
8         MS. HAMMETT: Object to the form.
9    Q    -- in an effort to stop before hitting
10 the motorcycle?
11   A    No, sir.
12   Q    Pinckard's, as I understand what you are
13 telling me, is basically right behind you? It was
14 behind you immediately? Not too far down the road
15 from your car? Correct? And it was still on the
16 highway but in the turning lane?
17   A    Right.
18   Q    And just beyond your car was
19 Pinckard's?
20   A    Yes, sir.
21   Q    Were the lights on at Pinckard's?
22   A    Yes.
23   Q    As you walked back to talk to Mr. Adkins,
24 could you see him standing on the road? Or was it
25 too dark to see him?
                                                31

1    A    Okay. As I'm walking back, I could see
2 the motorcycle. But, I mean, as far as for the truck
3 driver, from his standpoint, it was too dark.
4    Q    I'm not asking about the truck driver.
5 I'm saying: Could you see the motorcycle as you
6 walked back to talk to Mr. Adkins -- after you were
7 able to stop and park your car, could you see
8 Mr. Adkins?
9    A    Yes, sir.
10   Q    I know you are familiar with this area.
11 Would your car, with the lights on, have been visible
12 to the vehicle that came on top of what you described
13 as the hill and began in this straight area?
14        MS. HAMMETT: Object to the form.
15   A    You lost me on that.
16   Q    That was a bad question. If your car is
17 parked here? Right?
18   A    Yes, sir.
19   Q    And the lights are on?
20   A    Yes, sir.
21   Q    Pinckard's is right here?
22   A    Yes, sir.
23   Q    Lights on? Could a vehicle, if they were
24 looking, coming from Troy, have seen your car with
25 the lights on, on the side of the road, as it was
                                                32