# EXHIBIT "I"

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27 REV. 1/91

DPS Accident No. ___

Shaded Areas To Be Used By Data Processing Only   Sheet 1 of 1 Sheet(s)   Microfilm No. ___   Local Case No. ___

## Location and Time

- Date: 03/07/2005
- Time: 1915 PM
- Day of Week: M
- County: 55
- City: ___
- Rural: X
- Highway Classification: F–Federal
- Local Zone: ___

- On Street, Road or Highway: US HWY 231
- Street or Road Code: S053 / 724B
- Node Code: 7247
- At Intersection of or Between (Node 1): CO RD 5532
- And (Node 2): CO RD 3310
- Feet/Miles From 1 or 2: ___
- Intersection Related: N – Not Int. Related
- Mile Post: 175.10
- Control Access Hwy Loc: 6 N/A
- Prime Contr Circms: 02
- Prime Contr Unit No: 1
- First Harmful Event: 20
- Event Location: 1
- Distance to Fixed Object: NA FT

NONCOLLISION EVENT / COLLISION EVENT codes listed.

## Unit 1

- Driver Full Name: CHRISTY LEANN CHAMPION
- Street Address: 171 CACTUS DR, BOX 101
- City and State: TROY AL
- ZIP: 36081
- Telephone No.: (334) 566-7123
- DOB: 02/04/1976
- Race: W  Sex: F  OL State: AL
- Driver License No.: 6638197
- DL Class: D
- DL Status: C
- List Restrictions Not Complied With: ___
- COL Status: N
- List Endorsements Not Complied With: ___
- Residence Less Than 25 Miles: Yes
- Place of Employment: KRYSTALS, TROY ALABAMA
- Liability Insurance Co.: SAFEWAY
- Social Security No.: 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
- Driver Condition: 1 – No Defect
- Sobriety / Officer's Opinion: Alcohol: No, Drugs: No
- Type Test Given: 9 – No Test
- Maneuver: 08
- Travel Road Name: US HWY 231
- Travel Direction: S
- Other Contr Circumstance: 08
- Prime Harm Event: 20
- Event Loc: ___
- Veh Year: 1993  Make: PONT  Model: GRA  Body: 4D
- VIN: 1G2NE5538RC712537
- License Tag Number: 38F252H  State: AL  Year: 2005
- Owner's Name: SAME

Type: 1 – Auto
Usage: 1 – Personal
Hazardous Cargo: 1 – None
Attachment: 1 – None
Contributing Defect: 97 – None

- Speed Limit: 55 MPH
- Est. Speed: 35 MPH
- Citation Offense Charged: NONE
- Damage Severity: 2 – Not Disabled
- Vehicle Towed Away: No
- Occupants in Unit: 1
- Enter Point of Initial Impact: 5
- Vehicle Towed By Whom: NA   To Where: NA

## Unit 2

- Driver/Pedestrian Full Name: MICHAEL DAVID ADKINS
- Street Address: 452 S MAIN ST
- City and State: BRUNDIDGE AL
- ZIP: 36010
- Telephone No.: (334) 735-3993
- DOB: 07/25/1956
- Race: W  Sex: M  OL State: AL
- Driver License No.: 7646563
- DL Class: DMV
- DL Status: C
- COL Status: C
- Residence Less Than 25 Miles: Yes
- Place of Employment: WILEY SANDERS, TROY AL
- Liability Insurance Co.: PROGRESSIVE
- Social Security No.: 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
- Driver/Ped Condition: 1 – No Defect
- Sobriety / Officer's Opinion: Alcohol: No, Drugs: No
- Type Test Given: 9 – No Test
- Test Results: NA
- Maneuver/Action: 01
- Travel Road Name: US HWY 231
- Travel Direction: S
- Other Contr Circumstance: 97
- Prime Harm Event: 30
- Event Loc: 1
- Veh Year: 2004  Make: YAMA  Model: VST  Body: NA
- VIN: JYAVM01E64A065113
- License Tag Number: MBB398  State: AL  Year: 2005
- Owner's Name: SAME

Type: 10 – Motorcycle
Usage: 1 – Personal
Hazardous Cargo: 1 – None
Attachment: 1 – None
Contributing Defect: 97 – None

- Speed Limit: 55 MPH
- Est. Speed: 50 MPH
- Citation Offense Charged: NONE
- Damage Severity: 3 – Disabled
- Vehicle Towed Away: Yes
- Occupants in Unit: 1
- Vehicle Towed By Whom: JORDANS (ROT)   To Where: JORDANS (LOCAL)

Stamp: HIGHWAY PATROL DIVISION — HOMICIDE UNIT — TOTALED

Codes listing at bottom for Contributing Circumstances, Driver Maneuver, Pedestrian Action, Event Loc.

## SEATING

Unit 1: 1 / 24 (Other Involved Unit circled: none visible distinct)
Unit 2: 2 / 33

## VICTIMS

| Name / Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|
| MICHAEL ADKINS, 452 S MAIN ST, BRUNDIDGE AL | 2 | 10 | C | 48 | M | F | M |

Taken To: EDGE REGIONAL MEDICAL CENTER

## NARRATIVE AND DIAGRAM

← N   (NOT TO SCALE)

US HWY 231 SOUTHBOUND LANES     ROAD WIDTH 24'

**Officer's Opinion of What Happened:** UNIT 1 WAS IN THE MIDDLE TURN LANE OF US HWY 231 (SOUTHBOUND) WAITING FOR TRAFFIC TO CLEAR. SHE THEN ENTERED THE LEFT SOUTHBOUND LANE AND STARTED TRAVELING SOUTH. SHE THEN CHANGED LANES TO THE RIGHT CAUSING UNIT 2 WHICH WAS A MOTORCYCLE TO COLLIDE WITH UNIT 1 IN THE REAR. THE DRIVER OF UNIT 2 WAS EJECTED BUT NOT SERIOUSLY INJURED. UNIT 1 NEVER SAW UNIT 2.

## ROADWAY ENVIRONMENT

Unit 1: Contributing Road Defects – None (0); Surface Construction – Asphalt; Condition – Dry; Accident In Construction Zone – No; Material in Roadway – None; Material Source – Not Applicable; Character – Straight-Level

Unit 2: same as above

Vision Obscured By: Not Obscured
Traffic Control: None
Opposing Lanes Separated By: Paved Surface / Broken Painted Line
Trafficway Lanes: Four Lanes
One-Way Street: No

## INVESTIGATION

Light: Darkness—Road Not Lit
Weather: Rain
Locale: Open Country
Non-Vehicular Property Damage: None Visible
Property Damage Description: N/A

Time Police Notified: 1929 PM
Time Police Arrived: 1933 PM
Time EMS Arrived: 1940 PM
Name of Photographer: NA

Witness Full Name: RANDALL JACKSON — 630 W WASHINGTON ST, OZARK FL
Witness Full Name: RONNIE PERKINS — 6037 HWY 125, BRUNDIDGE

Name of Investigating Officer: TPR JIMMY HELMS
Officer ID: 788
Agency ORI: ALAST3SN

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
Telephone: (407) 841-1742
Telephone: (334) 735-2690

Date: 3-7-05