# EXHIBIT "J"

Case 2:05-cv-00527-MEF-SRW   Document 89-11   Filed 01/25/2007   Page 1 of 6

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

---

**Page 1**

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF ALABAMA
          NORTHERN DIVISION

GERALD RUHNOW and CONNIE    *
RUHNOW,                     *
                            *
      Plaintiffs,   * CIVIL ACTION NO. 2:05 CV 527-F
                            *
vs.                         *
                            *
LANE HEARD TRUCKING, LLC.,  *
et al.,                     *
                            *
      Defendants,           *

************************

VIDEOTAPED
DEPOSITION OF:   RANDALL JACKSON
DATE TAKEN:      April 1, 2006
TIME:            9:19 a.m.
PLACE:           111 North Orange Avenue
                 Suite 1060
                 Orlando, Florida
REPORTED BY:     Jan L. O'Steen, Court Reporter
                 Notary Public

************************
```

---

**Page 2**

```
APPEARANCES:
Appearing on behalf of the Plaintiffs:
   J. CALLEN SPARROW, ESQUIRE
   Heninger Garrison Davis, L.L.C.
   2224 First Avenue North
   Birmingham, Alabama 35203
   (800) 241-9779
Appearing on behalf of the Defendant, Lane Heard Trucking:
   KATIE L. HAMMETT, ESQUIRE
   Hand Arendall, L.L.C.
   107 St. Francis Street
   Suite 3000
   Mobile, Alabama 36602
   (251) 432-5511

Appearing on behalf of the Defendant, Michael Adkins:

   APRIL WILLIS, ESQUIRE
   Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
   4001 Carmichael Road
   Suite 300
   Montgomery, Alabama 36106
   (334) 215-8585
Appearing on behalf of Intervenor, Northland Insurance
Company:

   LINDA C. AMBROSE, ESQUIRE
   Rogers & Associates
   3000 Riverchase Galleria
   Suite 650
   Birmingham, Alabama 35244
   (205) 982-4620
Appearing on behalf of the Defendant, Christy Leann
Champion:

   BRETT GARRETT, ESQUIRE
   Rushton, Stakely, Johnston & Garrett, P.C.
   184 Commerce Street
   Montgomery, Alabama 36104
   (334) 834-8440

ALSO PRESENT: DAWN BOOKBINDER, VIDEOGRAPHER
```

---

**Page 3**

```
                   I N D E X

DEPOSITION OF RANDALL JACKSON

Direct Examination by Ms. Hammett ...... 5

Cross-Examination by Mr. Sparrow ....... 45

Cross-Examination by Mr. Garrett ....... 58

Cross-Examination by Ms. Ambrose ....... 68

Redirect Examination by Ms. Hammett .... 69

STIPULATIONS ................... 71

CERTIFICATE OF OATH .............. 72

CERTIFICATE .................... 75


                E X H I B I T S
Defendant's Exhibit 1 .............. 23
Defendant's Exhibit 2 .............. 41
```

---

**Page 4**

```
 1   WHEREUPON,
 2       The following proceedings were had,
 3       THE VIDEOGRAPHER: Here begins videotape
 4   number one in the deposition of Randall
 5   Jackson, in the matter of Gerald Ruhnow and
 6   Connie Ruhnow versus Lane Heard Trucking,
 7   L.L.C., et al, Case No. 2:05 CV 527-F. We are
 8   on the record at 9:19 a.m., on April 1st, 2006,
 9   Saturday.
10       This deposition is taking place at 111
11   North Orange Avenue, Suite 1060. And the
12   videographer is Dawn Bookbinder. And, I'm
13   sorry, this is being taken in Orlando, Florida.
14       Will counsel please identify yourselves
15   and state whom you represent?
16       MS. HAMMETT: This is Katie Hammett. I
17   represent the defendant, Lane Heard Trucking.
18       MR. SPARROW: Callen Sparrow, on behalf of
19   the plaintiffs, Gerald and Connie Ruhnow.
20       MS. WILLIS: April Willis, on behalf of
21   the defendant, Michael Adkins.
22       MR. GARRETT: Brett Garrett, on behalf of
23   defendant Christy Champion.
24       MS. AMBROSE: Linda Ambrose, on behalf of
25   intervenor, Northland Insurance Company.
```

1 (Pages 1 to 4)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 5

```
 2       THE VIDEOGRAPHER: Will the reporter
 3   please swear in the witness.
 4   WHEREUPON,
 5       RANDALL JACKSON,
 6   a witness herein, having first been duly sworn, was
 7   examined, and testified as follows:
 8       DIRECT EXAMINATION
 9   BY MS. HAMMETT:
10   Q   Mr. Jackson, my name is Katie Hammett, and
11   I represent Lane Heard Trucking, who is the employer
12   of a truck driver named Michael Dukes, who was
13   killed in an accident that took place on March 7th,
14   2005, on Highway 231 in Troy, Alabama.
15       This lawsuit has been brought by Gerald
16   and Connie Ruhnow, and Gerald Ruhnow is the driver
17   of the other truck involved in the accident. And
18   Mr. Ruhnow is suing my client, Lane Heard Trucking,
19   and also Michael Adkins and Christy Champion.
20       For the record, can you please state your
21   name?
22   A   Randall Jackson.
23   Q   Is that your full name? Do you have a
24   middle name?
25   A   Yes. Randall Sylvester Jackson.
```

Page 6

```
 1   Q   What's your Social Security number?
 2   A   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.
 3   Q   Mr. Jackson, what do you do for a living?
 4   A   I drive a truck.
 5   Q   And what's your home address?
 6   A   360 West Washington Street, Orlando,
 7   Florida, 32801.
 8   Q   And did you witness the accident that we
 9   referred to that took place on March 7th, 2005, on
10   Highway 231 in Troy, Alabama?
11   A   Yes, I did.
12   Q   We're here today because you did witness
13   this accident that's made the basis of this lawsuit,
14   and as a witness, your testimony is important for a
15   jury to understand what happened in this accident.
16       And because you live in Orlando and
17   because the trial is likely to take place in
18   Montgomery, Alabama, we're videotaping this
19   deposition today, but it's for presentation to the
20   jury.
21   A   Okay.
22   Q   So do you understand that we're going to
23   videotape this and that you're under oath today?
24   A   Yes.
25       MS. AMBROSE: Katie?
```

Page 7

```
 1       MS. HAMMETT: Yes, Linda.
 2       MS. AMBROSE: Did we go over the
 3   stipulations?
 4       MS. HAMMETT: We didn't. Is everybody
 5   okay with the usual stipulations?
 6       MS. AMBROSE: That's fine.
 7       MR. SPARROW: Yes.
 8       MS. HAMMETT: Okay.
 9       MR. GARRETT: It's fine with me.
10   BY MS. HAMMETT:
11   Q   All right. Mr. Jackson, please tell me,
12   and, more importantly, tell the jury everything you
13   can remember about the accident that took place in
14   Troy.
15   A   Okay. Well, the -- I was traveling
16   southbound on Highway 231, roughly, about three to
17   four miles south of Troy, Alabama. It was, I guess,
18   about -- I want to say around nine -- between nine
19   and nine-thirty in the evening. It was raining. It
20   wasn't a downpour, but it was raining and it was
21   dark.
22       As I came up the hill, a truck passed me.
23   I guess that was the truck that I guess your client
24   was in. We were --
25   Q   Let me interrupt you. When you say my
```

Page 8

```
 1   client, do you mean Mr. Dukes, the driver of the
 2   truck?
 3   A   The driver -- I guess it was a white
 4   Freightliner.
 5   Q   Okay.
 6   A   I'm assuming that was the driver who was
 7   killed. I'm not -- I didn't know who was in what
 8   truck at the time.
 9       But the truck passed me. I was doing
10   about 45 miles an hour. He was probably doing about
11   between 50 and 55 going up the hill. As he passed
12   me, we topped the hill. He was probably, I want to
13   say, a little bit shorter than the length of a
14   football in front of me, in between 75 and 50 yards
15   in front of me.
16       I saw sparks come off the back of his
17   truck. I assumed that he had blown a tire, so I
18   slowed down to give him, you know, room to do
19   whatever needed to be done to get his truck, you
20   know, off to the side of the road or whatever
21   happened -- whatever was going to happen.
22       Right after I saw the sparks, I would say
23   about four to five seconds after that, his truck
24   took an extremely hard turn to the left, which
25   actually took him into oncoming traffic. So he
```

2 (Pages 5 to 8)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 9

1  crossed from the southbound lane to the northbound
2  side of 231. This took place right at -- I believe
3  it was a Pritchard's gas station, just to the right,
4  and that's the landmark that I remember because it
5  was right there at that gas station.
6       When the truck took a hard turn to the
7  left, it was almost as though he just turned the
8  truck extremely hard, is what it appeared to me. I
9  didn't know what was going on. The trailer started
10 to turn to go over and land on its side, and just
11 as -- just before the trailer hit, a truck that was
12 traveling in the northbound side of 231 made impact
13 with the truck that just crossed over from the
14 southbound to northbound side. The two trucks hit,
15 and there was, you know, fire almost
16 instantaneously.
17      At that point, I stopped the truck, got
18 out, and tried to, you know, call for the drivers.
19 There was another truck driver behind me -- I don't
20 know his name -- who got out just about the same
21 time I did. He was behind me, apparently. And
22 there was another gentleman there who I don't know
23 where he came from.
24      We pulled one driver -- both drivers were
25 in the ditch, which would have been on the

Page 10

1  northbound side of 231. One was walking up the
2  incline there from the ditch who I saw and
3  approached, and he was pretty badly burned. I found
4  out later that was the driver of the northbound
5  truck that actually hit the other truck. He was
6  burned pretty badly. I called to him. He was
7  coming up. He said don't touch him because his skin
8  was on fire -- or it wasn't actually on fire, but
9  his skin was badly burned and it was starting to
10 peel. I directed him up to the hill. And somebody
11 else that was there assisted him to the side of the
12 road.
13      We went -- I went back down the ditch
14 where the other driver was, the one that was behind
15 me, and we got another driver who was laying under
16 some type of debris, and we pulled him out of the
17 ditch. At that time, he was conscious. He was
18 talking, in a lot of pain. I believe he said his
19 name was Michael. And we pulled him as far out as
20 we could.
21      The trucks were on fire. There was things
22 exploding, a lot of smoke. And we pulled him a
23 little further away from where the wreck had
24 happened, I guess from the ditch that was actually
25 burning as well. And we sat there until fire and

Page 11

1  rescue and the police got there, which, I guess, was
2  probably -- I mean, it probably wasn't as long as it
3  appeared -- as it seemed to be, but if I was to
4  guess, maybe ten minutes, I guess, from the call. I
5  made a call, as soon as I saw it happening, to 911.
6  And apparently there was another accident that I did
7  not see that was, I guess, in front of the truck
8  that I was behind. And that was pretty much about
9  it.
10      Q   Okay. Let's -- for identification
11 purposes, the truck that passed you --
12      A   Uh-huh.
13      Q   -- was a -- a white Freightliner?
14      A   That's correct.
15      Q   And do you understand today who was
16 driving that truck?
17      A   I do now, yes.
18      Q   And who was that?
19      A   That was your client, or --
20      Q   Michael Dukes; --
21      A   Correct.
22      Q   -- is that correct?
23      A   That was Michael, yes.
24      Q   Okay. And the other truck that was
25 involved in this accident, do you know who was

Page 12

1  driving that truck now? Do you have an
2  understanding --
3       A   Yes. That was the gentleman who actually
4  walked up the ditch.
5       Q   And do you know what his name is?
6       A   I do not know what his name was.
7       Q   Does Gerald Ruhnow sound familiar to you
8  at all?
9       A   I couldn't even tell you. He never did
10 say his name, so I don't know.
11      Q   Okay. Let's talk just briefly about, you
12 said there was another accident that happened in
13 front of this accident?
14      A   Correct.
15      Q   Do you know who was involved in that
16 accident?
17      A   All I know is that there was a car and a
18 motorcycle. I found that out by the state trooper,
19 who -- when he was taking my statement, that there
20 was another accident. I never -- I do remember a
21 motorcycle passing me that evening right before the
22 accident happened, but I didn't witness that. I was
23 told about that one, so I don't know exactly what
24 happened.
25      Q   Do you remember what the motorcycle tha

3 (Pages 9 to 12)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 13

passed you looked like?
A  It looked like a black motorcycle. I mean, I couldn't tell you what kind it was, because it passed me to the right, because I was moving a lot slower than most traffic. So I waited for him to pass, I waited for the other truck to pass, and then I moved over.
    I remember he had on a rain suit, a yellow rain suit. That's about all I remember of seeing, because it's like a glancing thing.
Q  Sure. Did the motorcycle -- about how long after the motorcycle passed you did you witness this accident?
A  It wasn't very long. Maybe 15, 20 minutes. I mean, it's kind of hard to say. It was a long time ago, almost a year ago.
Q  Okay.
A  He would have passed us -- let's see, there were two hills -- there are two hills coming out of Troy. And I want to say he passed me as we were going down the first hill, as we came over and were going down the first hill, before we started to go up the second hill, which was right before the Pritchard. So I would say he may have passed me a mile and a half south of Troy maybe.

Page 14

Q  Okay. Do you know how fast that motorcycle was going, approximately?
A  Probably not more than 55, 60, if that. I mean, we were all kind of -- I know I was going slow, because I was fully loaded. So as I was coming up the other hill, I was slowed down by that weight. He probably wasn't going more than 55, 60, at the most. I mean, it's kind of hard to say because I was going so slow.
Q  How long after that motorcycle passed you did Mr. Duke's truck pass you?
A  Wow. Not very long after that. Again, Michael -- Mr. Duke's truck, I think, was behind the motorcycle. He was behind me initially, and then he moved over and began to pass. So I would say a couple of minutes maybe. You know, maybe longer than that.
    But, again, he had to slow down for the hill as well, because he was -- I'm assuming he was -- I don't know, but . . .
Q  So what was the first indication to you that something was wrong?
A  I saw sparks come off the back of it appeared to be the trailer, and that's what made me, you know, slow down, because I thought -- I assumed

Page 15

he just blew a tire on the trailer.
Q  Well, you drive trucks, correct?
A  Correct.
Q  Okay. I don't. I've never driven a large truck. But when somebody's tire blows out, are there usually sparks?
A  Not usually. Not usually. Usually there's a loud noise and you just see debris from the tire and like dust and dirt come off of a truck.
    I mean, very rarely do you see sparks. I've been driving for ten years, and I can't remember any time that I've actually seen sparks come off a truck from a blown tire.
Q  Okay.
A  Because I usually don't -- like, sometimes they will disintegrate, which is very rare, but usually it's just a cap or the tread actually comes off. But the tire is still on the rim. And that's where the dust and stuff comes from. Because there's two tires on each axle -- or I should say on one side of each axle. There's two tires on the right-hand side and two tires on the left. So normally when one tire blows, the tire that's on the inside or the outside takes the weight of whatever is in the trailer. So the tires don't normally hit

Page 16

the ground. They don't normally -- the rims don't normally touch the ground, unless both of them blow at the same time.
Q  So you told me earlier that it's your understanding that there was an accident that happened before my driver came on and --
A  That's correct.
Q  -- you saw these sparks?
A  That's correct.
Q  And do you have an understanding of what that accident was?
A  From what the state trooper --
   MS. AMBROSE:  Object to the form.
   THE COURT REPORTER:  I'm sorry?
   MR. GARRETT:  Same objection, just based on hearsay.
   THE COURT REPORTER:  Who's speaking?
   MS. HAMMETT:  Can you-all identify yourselves when you object?
   MS. AMBROSE:  I'm sorry. Linda.
   MR. GARRETT:  And Brett Garrett for Christy Champion.
BY MS. HAMMETT:
Q  You can answer the question.
A  I can't?

4 (Pages 13 to 16)

Page 17

1   Q   You can.
2   A   Oh, okay. From what the state trooper
3   told me when I was sitting in the vehicle when he
4   was taking my statement, apparently a car pulled out
5   in front of the motorcycle from the gas station.
6   The motorcycle rear-ended the car, and that the
7   truck that was in front of me hit the motorcycle.
8   And that's where the sparks came from, because the
9   truck was popped up in the air by the front tire,
10  what we call the steer tire. I'm assuming on the
11  right-hand side. He didn't specify which side. It
12  popped the truck in the air. When it came down, it
13  landed on top of the motorcycle, blew the steer
14  tire, and that's where the sparks came from.
15      And that's what -- when the truck came
16  down, it hit that bare metal on concrete. That's
17  what turned it to the left and shot it across into
18  oncoming traffic. That's what I was told. I mean,
19  I didn't witness any of that. And, apparently,
20  that's what exploded and made the two trucks catch
21  fire as well. But I couldn't tell what actually
22  made them catch fire, but it couldn't have been more
23  than maybe a second or two before I saw flames after
24  the two trucks impacted.
25  Q   Having been told that about the

Page 18

1   motorcycle, does it make more sense to you now that
2   there were sparks?
3   A   Yeah, it makes absolutely all -- more
4   sense than ever, because, again, I've been driving
5   for ten years. I've blown tires. I've seen them
6   blown. I've blown both tires. I mean, I've gone
7   through probably just about everything that a person
8   could go through in a truck. I've seen just about
9   everything. I mean, I'm sure there's some things I
10  haven't seen, but, you know, I've put in well over a
11  million and a half, two million miles in my time of
12  driving, and I've seen a lot of different accidents
13  happen. I've seen the results of a lot of
14  accidents. And I've never seen a truck blow a tire
15  and have sparks come off of it. I've never seen
16  that, and I've never experienced it. It doesn't
17  mean it doesn't happen, but I personally have never
18  seen it happen.
19  Q   After the accident, did you notice any
20  other vehicles on the side of the road or did you
21  see this motorcycle?
22  A   I never saw the motorcycle because it was
23  under the truck. It was dragged across the road as
24  well. I did see a woman who was very distraught,
25  you know, crying, and another gentleman that was

Page 19

1   trying to console her. I don't know if they were
2   involved or not. It appeared to be, as distraught
3   as she was, but I couldn't say one way or the other
4   whether she was the one that was involved.
5       There were a few people standing around.
6   There was, of course, the traffic that was behind me
7   that had stopped. But other than that, I mean,
8   other than onlookers, those are the only people that
9   I saw.
10  Q   So you didn't -- you didn't see anything
11  ahead of you that would cause you to believe that
12  there was an accident before the sparks started?
13  A   No. I was directly behind Michael's
14  truck.
15  Q   And I think you stated earlier that it was
16  dark and raining; is that correct?
17  A   That's correct.
18  Q   Before you saw the sparks or even
19  afterwards, did you see Michael make any sort of
20  evasive maneuvers?
21  A   I saw the truck kind of wiggle. What I
22  mean by wiggle, it was like he kind of went left and
23  then went right, and then that's when he went across
24  the road. But it wasn't like a major move. It was
25  just kind of like, you know, a short jog this way, a

Page 20

1   short jog that way (indicating), and then that's
2   when I saw the sparks. And then right after the
3   sparks, he shot across the road.
4   Q   You said he made a hard left, is that --
5   A   That's what -- I mean, that's -- I
6   don't -- I'm not saying that he did it. That's
7   what it -- I mean, to kind of give you a visual of
8   what it looked like, it looked as though he just
9   took the wheel and just turned it left as hard as he
10  possibly could at 50 miles an hour. I mean, that's
11  what it appeared. That's what it looked like for
12  me. It's like first of all the truck was going
13  straight, and all of a sudden it just shoots to the
14  left and just goes, like, straight across the road.
15  So, I mean, it was -- it was very strange.
16  Q   You said, I'm not saying he did it. What
17  did you mean by that?
18  A   Well, I mean, in terms of -- I mean, a
19  truck -- it wouldn't make any sense for a truck
20  driver just to, you know, turn his truck to the
21  point to where his trailer turns over for no
22  apparent reason.
23      I mean, being behind him, it was just
24  like, you know -- it looked as though something was
25  wrong. Maybe he blew a steer tire. Maybe a tire

5 (Pages 17 to 20)

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO