# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| V. | ) ) | CIVIL ACTION: 2:05-cv-527-F |
| LANE HEARD TRUCKING, LLC, et al., | ) ) ) ) | |
| DEFENDANTS. | ) | |

## PLAINTIFFS' INITIAL DISCLOSURES

Come now the plaintiffs in the above styled case and pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.1(a) and hereby submits the following initial disclosures:

A. **The name of each individual believed by it to have discoverable, non-privileged, personal knowledge concerning any significant factual issue in this case, appropriately indicating the subjects about which the person has such knowledge.**

**GERALD RUHNOW** - is the plaintiff. He has knowledge of the facts in his complaint, and the injuries/damages he has suffered as a result of the actions of the defendants.

**CONNIE RUHNOW** - is also a plaintiff in this action and the wife of Gerald Ruhnow. She has knowledge of the facts in the complaint, and the injuries/damages she and her husband have suffered as a result of the actions of the defendants.

**REPRESENTATIVE FROM DEFENDANT LANE HEARD TRUCKING, LLC** - who is most knowledgeable of the facts in Plaintiffs' complaint.

**REPRESENTATIVE OF THE ESTATE OF MICHAEL DUKE** - has the knowledge of the facts in Plaintiffs' complaint.

**CHRISTY LEANN CHAMPION** - is one of the defendants and has knowledge of the facts in Plaintiffs' complaint.

**MICHAEL ATKINS** - has knowledge of the facts in Plaintiffs' complaint.

**BARBARA A. LATENSER, MD** - Gerald Ruhnow's physician in Iowa, has knowledge of his current medical condition. See attached medical records.

**JAMES M. CROSS, MD** - Gerald Ruhnow's attending physician at UAB Burn Center in March 2005, and has knowledge of his medical condition. See attached medical records.

**RANDALL MULLIN, MD** - Gerald Ruhnow's family physician in Iowa and has knowledge of his current medical condition. See attached medical records.

**BETH EGAN O'KEEFE, PHD** - Gerald Ruhnow's clinical psychologist who has knowledge of Plaintiff's medical condition. See attached report.

B. **Make available to other parties under Rule 34 F.R.C.P. all documents, data compilations and tangible things that may be used to support contentions in this case.**

Please see attached:

Medical Records on Gerald Ruhnow to date;

Photographs of Gerald Ruhnow's injuries taken on 3/29/2005;

Accident Photographs from Alabama Department of Transportion;

Affidavit of Gene Richardson;

Accident Report.

Plaintiffs reserve the right to supplement responses.

C. **Computation of damages claimed.**

Damages in this case are properly assessed by a jury, as requested in plaintiff's complaint.

D. **Production of Insurance Agreements in Question.**

Defendants are in possession of applicable insurance policies.

Respectfully submitted,

*/s/ Stephen D. Heninger*

Stephen D. Heninger [ASB5227E68S]
Heninger, Burge, Vargo & Davis, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
(Telephone)      205.933.2345
(Facsimile)       205.933.1616
E-mail:      Steve@hbvdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2005, I electronically filed the foregoing with the via United States Mail to the following:

J. Burruss Riis, Esq.
HAND ARENDALL, LLC
P. O. Box 123
Mobile, Alabama 36601
251-432-5511
(Counsel for Lane Heard Trucking, LLC)

Robert C. Ward, Jr., Esq.
Richard M. Freeman, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
   & GARRETT, P.A.
P. O. Box 270
Montgomery, Alabama 36101-0270
Telephone:   334-206-3100
Facsimile:   334-265-8711
(Counsel for Christy Leann Champion)

Linda Hinson Ambrose, Esq.
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
Telephone: 205-982-4620
(Counsel for Northland Insurance Company)

/s/ Stephen D. Heninger
Stephen D. Heninger [ASB5227E68S]
Heninger, Burge, Vargo & Davis, LLP
2146 Highland Avenue
Birmingham, Alabama 35205
(Telephone)      205.933.2345
(Facsimile)      205.933.1616
E-mail:      Steve@hbvdlaw.com

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

**Fatality**

AS* 27 REV. 1791
4
MAR 2 5 2005
Shaded Areas To Be Used By Data Processing Only
Sheet 1 of 4 Sheet(s)
Microfilm No _____
Local Case No: _____
DPS Accident No: 5506412

## Location and Time

- Date: 03/07/2005
- Time: 7:16 PM
- Day of Week: M
- County: 55
- City: _____
- Rural: X
- Highway Classification: Federal
- On Street Road or Highway: U.S. 231
- Street or Road Code: S053
- At Intersection of or Between (Node 1): County Road 5532, Node Code: 7248
- And (Node 2): County Road 330, Node Code: 7247
- Feet From Node 1 or 2: _____
- Intersection Related: Not Int Related
- Mile Post: 175.10
- Control Access: 2 (Main Rd)
- Prime Contr Circms: 23
- Prime Contr Unit No: 1
- First Harmful Event: 20
- Event Location: 1
- Distance to Fixed Object: N/A FT

## Unit 1

- Driver Full Name: Michael Duke
- Street Address: 467 Longview Road
- City and State: Pontotoc, Ms.
- Zip: 38863
- Telephone No: 662 509-8281
- DOB: 01/12/1968
- Race: W, Sex: M, DL State: Ms
- Driver License No: 800063742
- DL Class: A, DL Status: C
- CDL Status: C
- Residence Less Than 25 Miles: No
- Place of Employment: Lane Heard Trucking, New Albany, Mississippi
- Liability Insurance Co: Great Casualty
- Social Security No: 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
- Driver Condition: 1 - No Defect
- Sobriety / Officer's Opinion: Alcohol No, Drugs No
- Type Test Given: 9 - No Test
- Test Results: N/A
- Maneuver: 01
- Travel Road Name: U.S. 231
- Road Code: S053
- Travel Direction: S
- Other Contr Circumstance: 27
- Prime Harm Event: 02
- Event Loc: 1
- Veh Year: 2001
- Make: Frht
- Model: Tra
- Body: NA
- V.I.N.: 1FUPCSZB01LG233001
- License Tag Number: N/A
- State/Year: N/A
- Owner's Name: Lane Heard Trucking
- Street: 1010 Hickory Ridge Drive
- City: New Albany
- State: Ms
- Zip: 38652

Type: 5 - Truck Tractor
Usage: (not marked)
Hazardous Cargo: 1 - None
Attachment: 3 - Semi Trailer
Contributing Defect: None
Speed Limit: 55 MPH, Est. Speed: 53 MPH
Citation Offense Charged: None
Damage Severity: 3 - Disabled
Vehicle Towed Away?: Yes
Occupants in Unit: 1
Vehicle Towed By Whom: Jacobs Towing (Rot)
To Where: Jacobs Towing (Troy)
Enter Point of Initial Impact: 1

## Unit 2

- Driver Full Name: Gerald Ruhnow
- Street Address: 9655 N 1400 Avenue
- City and State: Osco, Il.
- Zip: 61274
- Telephone No: Unknown
- DOB: 01/11/1950
- Race: W, Sex: M, DL State: IL
- Driver License No: R500-2925-0321
- DL Class: AM, DL Status: C
- CDL Status: C
- Residence Less Than 25 Miles: No
- Place of Employment: Gerald Ruhnow Trucking, Osco, Illinois
- Liability Insurance Co: Unknown
- Social Security No: Unknown
- Driver Condition: 1 - No Defect
- Sobriety / Officer's Opinion: Alcohol No, Drugs No
- Type Test Given: 9 - No Test
- Maneuver: 01
- Travel Road Name: U.S. 231
- Road Code: S053
- Travel Direction: N
- Other Contr Circumstance: 97
- Prime Harm Event: 20
- Event Loc: 1
- Veh Year: 2003
- Make: Ptrb
- Model: Tra
- Body: NA
- V.I.N.: 1XP5DB9X23D590431
- License Tag Number: P429865
- State: IL, Year: 2006
- Owner's Name: Same as above

Type: 5 - Truck Tractor
Hazardous Cargo: 1 - None
Attachment: 96 - Other
Contributing Defect: None
Speed Limit: 55 MPH, Est. Speed: 55 MPH
Citation Offense Charged: None
Damage Severity: 3 - Disabled
Vehicle Towed Away?: Yes
Occupants in Unit: 1
Vehicle Towed By Whom: Jordan's Towing (Rot)
To Where: Jordan's Towing (Troy)
Enter Point of Initial Impact: 1

## CODES

Contributing Circumstances, Driver Maneuver, Pedestrian Action, Event Location (codes listing at bottom)

## SEATING

**Unit 1:** 1, 24
**Unit 2:** 2, 24

Other Involved Unit (Circle One):
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

## CODES - SAFETY EQUIPMENT

01 - None Installed
98 - Not Applicable
99 - Unknown (Any Type)
**Lap Belt Only**
11 - Fastened
12 - Not Fastened
**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
**Motorcycle Helmet**
31 - None Used
32 - Used
**Air Bags**
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
**Child Restraint**
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used
**Pedal Cyclist/Pedestrian**
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|
| Michael Duke | 467 Longview Road | Pontotoc, Ms | 1 | 1 | K | 36 | M | N | A |
| Taken To: Troy Regional Medical Center | | Taken By: Haynes Ambulance | | | | | | | |
| Gerald Ruhnow | 9655 N 1400 Avenue | Osco, Il | 2 | 1 | A | 55 | M | N | A |
| Taken To: Troy Regional Medical Center | | Taken By: Haynes Ambulance | | | | | | | |

## CODES

**Injury Type:**
K - Killed
B - Bruise/Abrasion/Swelling
A - Visible or Carried From Scene
C - Not Visible - Has Pain/Pain

**Ejected:**
N - No
F - Fully
P - Partially
T - Trapped
U - Unknown
A - Not Applicable

**First Aid By:**
A - Ambulance Attendant
D - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM

**Officer's Opinion of What Happened:** Unit#2 was traveling north on U.S. 231. Unit#1 was traveling south on U.S. 231. A motorcycle from a previous accident that had just occurred was lying in the southbound lane of U.S. 231. Unit#1 topped the hill and struck the motorcycle lying in the roadway. The motorcycle lodged underneath Unit#1 causing the fuel tanks to rupture and explode. Driver of Unit#1 lost control of vehicle and started to travel into the northbound lane. Unit#2 crested the hill traveling north and struck Unit#1 which had just crossed into his lane of travel. Another explosion occurred engulfing both Units in flames.

## ROADWAY ENVIRONMENT

Unit 1: 1
Unit 2: 2

**Contributing Road Defects:** (1) None
**Surface Construction:** (1) Asphalt
**Condition:** (1) Dry
**Accident in Or Related To Road Construction Zone?** No
**Material in Roadway (Contributing):** (1) None
**Material Source:** (1) Not Applicable
**Character:** (1) Straight—Level / (2) Straight—Down Grade

**Vision Obscured By:** (97) Not Obscured
**Traffic Control:** (97) None / (98) Other
**Traffic Control Functioning:** Yes/No N/A
**DOT Railroad Crossing No:** N/A
**Opposing Lanes Separated By:** (97) None / (4) Solid Painted Line
**Lanes:** (4) Four Lanes
**One-Way Street:** No

## INVESTIGATION

**Light:** (4) Darkness—Road Not Lit
**Weather:** (2) Cloudy
**Locale:** (3) Shop'g or Business
**Non-Vehicular Property Damage:** (1) None Visible
**Property Damage Description:** N/A

**Time Police Notified:** 7:21 PM
**Time Police Arrived:** 8:26 PM
**Time EMS Arrived:** 7:31 PM
**Name of Photographer:** Trp. Kevin D. Cook

**Witness Full Name:** Gene Richardson — Address: 276-B Timber Ridge Drive, Thomasville, Ga. — Telephone: 229 226-3912
**Witness Full Name:** Randall Jackson — Address: 630 W. Washington Street, Orlando, Fl. — Telephone: 407 841-1742

**Name of Investigating Officer:** Kevin D. Cook — Officer ID: 833 — Agency ORI: ALAST3800
**Name of Other Investigating Officers at Scene:** Jimmy Helms — Officer ID: 753 — Agency ORI: ALAST3800

**Supervisor Reviewed:** 54

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof.

**Signature of Investigating Officer:** Kevin D. Cook #833
**Date:** 7 Mar 2005

# ALABAMA
# UNIFORM TRAFFIC ACCIDENT REPORT
## SUPPLEMENTAL SHEET

AST No. 34 Rev. 4/85

LOCAL CASE NO. 5500412

SHEET 2 OF 4 SHEET(S)

| # | Name / Address / Taken to / Taken by | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

ADDITIONAL ACCIDENT VICTIMS

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

(SEE PAGE #1)

ADDITIONAL NARRATIVE SPACE



Unit No. __1__
(same as on main report)

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

5506412

AST-34T 1 94

Sheet __3__ of __4__ Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
Trucks with 6 or more tires or Haz/Mat placard __2__
Buses designed to carry 16 or more (including driver) __0__
Number of vehicles towed from scene due to damage or provided assistance __2__

**Number of Persons:**
Sustaining fatal injuries __1__
Transported for **immediate** medical treatment __1__

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus   16,500
B. Trailer or trailers (total)   65,000
Total GVWR for unit (A+B)   81500

Total number of axles __5__

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ___ Yes _X_ No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box  N/A
B. The 1-digit number from bottom of diamond  N/A
Was hazardous material released from THIS vehicle's cargo? ___ Yes _X_ No

**Vehicle Configuration** *(circle one number)*
1. Bus    2. Single unit truck (2 axles/ 6 or more tires)    3. Single unit truck (3 or more axles)
4. Truck with trailer    5. Truck tractor only (bobtail)    **(6.)** Tractor with semi-trailer    7. Tractor with double trailers
8. Tractor with triple trailers    9. Unknown class heavy truck    0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus    **(2.)** Van/enclosed box    3. Cargo tank    4. Flatbed    5. Dump
6. Concrete mixer    7. Auto transporter    8. Garbage/ refuse    9. Other ___

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name  Lane Heard Trucking
Source (circle one number)    1. Vehicle side    2. Shipping papers    3. Driver    **(4.)** Other

Carrier mailing address (Street or P.O. Box)  1010 Hickory Ridge Drive

City, State, Zip  New Albany, Mississippi 38863

Carrier Identification Numbers  ( __/__ None = 0)
US DOT  00568612    ICC MC ___    STATE NO. ___    STATE ___

### Sequence of Events

Note: for THIS vehicle - list up to four    Event #1 __10__   Event #2 __6__   Event #3 ___   Event #4 ___

**EVENT CODES**
Non-Collision    1. Ran off road    2. Jackknife    3. Overturned (rollover)    4. Downhill runaway
                 5. Cargo loss or shift    6. Explosion or fire    7. Separation of units    8. Other non-collision

Collision With   9. Pedestrian    10. Non-parked vehicle    11. Parked vehicle    12. Train
                 13. Pedal cycle    14. Animal    15. Fixed object    16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time | |
|---|---|---|---|---|---|
| /s/ David D. Cook | 833 | ALAST3800 | 7 Mar 2005 | 7:16 | PM |

Unit No. __2__
(same as on main report)

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

AST-34T
1 94

5506412

Sheet __4__ of __4__ Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
Trucks with 6 or more tires or Haz/Mat placard __2__
Buses designed to carry 16 or more (including driver) __0__

**Number of Persons:**
Sustaining fatal injuries __1__
Transported for immediate medical treatment __1__

Number of vehicles towed from scene due to damage or provided assistance __2__

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus    15,000
B. Trailer or trailers (total) 25,000
Total GVWR for unit (A+B)   40000

Total number of axles __5__

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ___ Yes  _X_ No
If Yes, include following information from placard
   A. Name or 4-digit number from diamond or box __NA__
   B. The 1-digit number from bottom of diamond __NA__
Was hazardous material released from THIS vehicle's cargo? ___ Yes _X_ No

**Vehicle Configuration** *(circle one number)*
1. Bus    ②. Single unit truck (2 axles/ 6 or more tires)    3. Single unit truck (3 or more axles)
4. Truck with trailer    5. Truck tractor only (bobtail)    ⑥. Tractor with semi-trailer    7. Tractor with double trailers
8. Tractor with triple trailers    9. Unknown class heavy truck    0. Any other 4-tired vehicle

**Cargo Body Type** (circle one number)
1. Bus    2. Van/enclosed box    3. Cargo tank    ④. Flatbed    5. Dump
6. Concrete mixer    7. Auto transporter    8. Garbage/refuse    9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name  Gerald Ruhnow Trucking
Source (circle one number)    1. Vehicle side    2. Shipping papers    3. Driver    ④ Other
Carrier mailing address (Street or P.O. Box) 9655 N 1400 Avenue
City, State, Zip  Osco, Illinois 61274

Carrier Identification Numbers    ( _X_ None = 0)
US DOT  00589814    ICC MC _____    STATE NO. _____    STATE _____

### Sequence of Events

Note: for THIS vehicle - list up to four    Event #1 __10__    Event #2 __6__    Event #3 ____    Event #4 ____

**EVENT CODES**

Non-Collision    1. Ran off road    2. Jackknife    3. Overturned (rollover)    4. Downhill runaway
                 5. Cargo loss or shift  6. Explosion or fire    7. Separation of units    8. Other non-collision

Collision With  9. Pedestrian    10. Non-parked vehicle    11. Parked vehicle    12. Train
                13. Pedal cycle    14. Animal    15. Fixed object    16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time |
|---|---|---|---|---|
| /s/ Kevin D. Cook | 833 | ALAST3800 | 7 Mar 2005 | 7:16 PM |