# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | Civil Action |
| | * | File Number 2:05-cv-527-F |
| v. | * | |
| | * | |
| LANE HEARD TRUCKING, et. al. | * | |
| | * | |
| Defendants. | * | |
| | * | |
| NORTHLAND INSURANCE CO. | * | |
| | * | |
| Intervener, | * | |
| | * | |
| v. | * | |
| | * | |
| LANE HEARD TRUCKING, et. al. | * | |
| | * | |
| Defendants. | * | |

## NORTHLAND'S INITIAL DISCLOSURES

COMES NOW Northland Insurance Company, ("Northland"), intervener in

the above-styled action and, pursuant to Rule 26 of the Federal Rules of Civil

Will Smith, adjuster hired by Northland to compute the damages to the truck and tractor. He has knowledge of Northland's damages as a result of the accidents that are the subject of this complaint.

Northland also incorporates by reference the witnesses identified by other parties to this action in their Initial Disclosures.

B.     Make available to other parties under Federal Rule of Civil Procedure 34 all documents, data compilations and tangible things that may be used to support contentions in this case.

The Northland policy issued to Mr. Ruhnow, which has already been produced as an attachment to Northland's complaint.

Report of Will Marvin regarding the damages suffered by Northland, attached.

Photos of accident scene and truck insured by Willard Smith, attached.

Accident photos from the Alabama Department of Transportation (previously produced by Mr. and Mrs. Ruhnow.

Affidavit of Gene Richardson (previously produced by Mr. and Mrs. Ruhnow.)

Accident report (previously produced by Mr. and Mrs. Ruhnow.)

4

Non-privileged portions of Northland's claim file, attached.

C.    Computation of the damages claimed.

| | |
|---|---|
| $ 101,115.00 | actual cash value of tractor plus 7% tax |
| 9,411.75 | towing charges |
| 12,000.00 | actual cash value of tractor |
| 3,655.00 | replacement of fire suits for Troy Fire Department |
| ( 3,435.00) | salvage and deductible |
| $122,746.75 | TOTAL |

D.    Production of Insurance Agreements in Question.

The insurance policy issued by Northland to Mr. Ruhnow has already been

produced, as an attachment to Northland's complaint.

This ___18th___ day of July, 2006.

Linda Hinson Ambrose, Esq.
ASB 1753-B386
Attorney for Northland Insurance Co.

OF COUNSEL:

ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35242
(205) 982-4620
(205) 982-4630 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon counsel for all concerned parties a copy of the within and foregoing Northland Insurance Company's Initial Disclosures by depositing a copy of the same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto, addressed as follows:

Robert C. Ward, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
P.O. Box 270
Montgomery, Al. 36101-0270
Counsel for Defendant, Christy Leann Champion

J. Burrus Riss, Esq.
Katie Hammett, Esq.
HAND ARENDALL
P.O. Box 123
Mobile, Alabama 36601
Counsel for Defendant Lane Heard Trucking

Stephen D. Heninger, Esq.
HENINGER, GARRISON  & VARGO, LLC
Po Box 11310
Birmingham, Alabama 35201
Counsel for Plaintiffs, Gerald and Connie Ruhnow

This _____18th_____ day of July, 2006.

Linda Hinson Ambrose, Esq.

# ALABAMA DEPARTMENT OF PUBLIC SAFETY
# HIGHWAY PATROL DIVISION

## TRAFFIC HOMICIDE UNIT



# TRAFFIC HOMICIDE INVESTIGATION

CASE NUMBER: _____AST 38-05-059_____

DATE OF COLLISION: _____7 March 2005_____

INVESTIGATOR: _____Trooper Kevin D. Cook_____

REVIEWING SUPERVISOR: _____

_____5-2-05_____

RECEIPT FROM THE DISTRICT ATTORNEY:

I ACKNOWLEDGE RECEIPT OF THIS REPORT FOR APPROPRIATE ACTION IN THE COURT SYSTEM

_____
SIGNATURE OF PERSON RECEIVING REPORT

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

_____
DATE

DATE: _____9-27-05_____

LOG #: _____1_____

THI-1

# THE MATERIAL CONTAINED IN THIS REPORT

# IS



## THIS REPORT IS A CONFIDENTIAL INVESTIGATION. THE CONTENTS OF THIS REPORT ARE NOT TO BE RELEASED TO THE PUBLIC WITHOUT COMPLYING WITH T12-21-3.1 OF THE ALABAMA CODE.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:_____

LOG #:_____

THI-3

# INDEX

| Item Number | Number of Pages | Description |
|---|---|---|
| 1) | 1 | Cover Sheet |
| 2) | 1 | Confidentiality Sheet |
| 3) | 1 | Index |
| 4) | 4 | Case Summary |
| 5) | 1 | Witness List |
| 6) | 1 | Scale Diagram |
| 7) | 1 | Collision Site Information |
| 8) | 2 | Background Information |
| 9) | 1 | Victim Information |
| 10) | 6 | Alabama Uniform Traffic Accident Report |
| 11) | 1 | Drivers Histories |
| 12) | 1 | Photo Proof Sheets |
| 13) | 4 | Map Scenes Data |
| 14) | 5 | Map Scenes Data |
| 15) | | |
| 16) | | |
| 17) | | |
| 18) | | |
| 19) | | |
| 20) | | |
| 21) | | |
| 22) | | |
| 23) | | |
| 24) | | |
| 25) | | |
| 26) | | |
| 27) | | |
| 28) | | |
| 29) | | |
| 30) | | |
| 31) | | |
| 32) | | |
| 33) | | |
| 34) | | |

**Total Pages**    30 29

Case Number -    AST 38-05-059

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

Alabama Department of

# Public Safety

REPLY MAY BE MADE TO:

## Traffic Homicide Investigator's Case Summary

## AST-38-05-059

### Identification

A two vehicle angular head-on crash occurring on U.S. 231 just north of Brundidge, in Pike County, Alabama. This crash occurred at approximately 7:16 pm on Monday, March 7, 2005. It resulted in the death of one adult male and caused serious injury to one adult male.

### Involvements

**Vehicle One —** A 2001 Freightliner tractor-trailer commercial vehicle, white in color, vehicle identification number 1FUPCSZB01LG233001. This vehicle was displaying a Mississippi license plate which was destroyed beyond recognition.

**Driver One -** Michael Duke, a white male, date of birth 01/12/1968, of 467 Longview Road, Pontotoc, Mississippi 38863. Duke holds Mississippi commercial driver's license number 800063742. As of the date of this crash, his privilege to operate a commercial vehicle is valid.

**Occupant -** None

**Vehicle Two -** A 2003 Peterbilt tractor-trailer commercial vehicle, blue in color, vehicle identification number 1XP5DB9X23D590431. This vehicle was displaying an Illinois license plate, P 429865 with an expiration date of 2006.

**Driver Two —** Gerald Ruhnow, a white male, date of birth 01/11/1950, of 9655 North 1400 Avenue, Osco, Illinois 61274. Ruhnow holds Illinois commercial driver's license number R500-2925-0321. As of the date of this crash, his privilege to operate a commercial vehicle is valid.

**Occupant -** None

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

Headquarters

Driver License
Post Office Box 1471

### Weather Conditions

The National Weather Service reported cloudy skies with light rain. Temperature was sixty-eight degrees Fahrenheit, with winds out of the south at twelve miles per hour. Dewpoint was at fifty-five degrees Fahrenheit; barometric pressure was at 29.64 and steady. These conditions are consistent with observations made at the scene.

### Highway

U.S. 231 is a four lane, north south roadway of asphalt construction. The roadway surface at the crash site is in fair condition. Roadway width at the point of collision is approximately forty-eight feet. There is no measurable road grade at the crash location. Roadway shoulders are of sod construction and level with the roadway surface on the southbound side. The northbound roadway shoulder slopes gradually downward toward a shallow drainage ditch that runs parallel to the roadway.

### Traffic Control

The speed limit on U.S. 231 is posted at fifty-five miles per hour for both directions of travel. Travel lanes are defined by standard paint stripes. A dashed white line indicates that passing is allowed for both directions of travel. Lanes of travel are separated by a center turn lane. White stripes define the roadway edges. All roadway striping is in poor condition and is barely visible under the conditions existing at the time of the crash.



### Description of Events

#### Pre-Crash

On Monday March 7, 2005 at 7:21 P.M. the Dothan Post of the Alabama State Troopers received a report of a two vehicle crash involving a motorcycle from an unidentified caller. Trooper Jimmy Helms was directed to respond and was enroute when the communications officer informed Trooper Helms that another crash involving two commercial vehicles had just occurred at the same location. Trooper Helms arrived on scene at 7:33 P.M. and reported to the communications officer that both commercial vehicles were engulfed in flames. Helms began to conduct an initial investigation into the cause of the first crashed when he was informed by medical personnel that there were serious and possible life threatening injuries involved in the traffic crash and he asked

STATE PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

his communications officer to dispatch a traffic homicide investigator. Helms then continued his investigation into the cause of the first crash.

Christy Leann Champion of Troy, Alabama and Michael David Adkins of Brundidge, Alabama were involved in the first crash. Champion stated to Helms that she was attempting to merge from the center turn lane and travel south on U.S. 231 in her 1993 Pontiac Grand Am and did not see the motorcycle already in that lane. The 2004 Yamaha motorcycle was being driven by Michael Adkins who was traveling south on U.S. 231 headed to his residence in Brundidge, Alabama. Mr. Adkins was unable to avoid the sudden improper lane change that Mrs. Champion had just made and struck the rear of her vehicle. Champion stated that after the collision she pulled her vehicle off to the shoulder of road and exited her vehicle to render assistance to Mr. Adkins. She got Mr. Adkins out of the roadway and was leading him over to her car when a commercial vehicle topped the hill. That commercial vehicle was being driven by Michael Duke who was unable to avoid the motorcycle in the roadway. Gerald Ruhnow was traveling north in his commercial vehicle when another commercial vehicle came into his lane of travel.

As of the date of this report, no pre-crash information could be obtained on either driver of the commercial vehicles. Gerald Ruhnow is in critical but stable condition at the University of Alabama in Birmingham in the burn unit. The only information obtained on Michael Duke was that he departed his residence in Pontotoc, Mississippi at 7:00 A.M. on March 7, 2005 headed to Florida to deliver furniture.

## Crash

Michael Duke's vehicle collided with the motorcycle in the southbound lane of U.S. 231. According to the witnesses, the Duke vehicle ran completely over the motorcycle and got stuck underneath the truck. The truck was dragging the motorcycle when a tremendous amount of sparks began to fly from underneath the truck causing an explosion. The Duke vehicle then traveled across the center-line and into the northbound lane where it collided with the Ruhnow vehicle that was traveling north at that time. The two commercial vehicles collided in the northbound lane of U.S. 231. The Ruhnow vehicle struck the Duke vehicle on the passenger side compartment. The principal direction of force came into the passenger compartment of the vehicle and traveled through to the drivers side. The impact caused the second explosion which engulfed both vehicles. The two vehicles came to rest on the north shoulder of the roadway with the Ruhnow vehicle facing north and the Duke vehicle facing southeast with its trailer overturned on its side.

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

## Post-Crash

LOG #: _____

Ruhnow and Duke were in the vehicles when medical personnel arrived. Michael Duke was able to climb out of his vehicle and get away from the burning truck.

Ruhnow was assisted from his vehicle by members of Troy Fire and Rescue who had been dispatched to the scene only to find both vehicles engulfed in flames. Ruhnow and Duke were then transported to Troy Regional Medical Center for treatment.Duke was pronounced dead at 8:30 P.M. by Pike County coroner Jerry Williams. Duke's body was at Troy Regional Medical center in Troy awaiting notification of family members. Gerald Ruhnow was airlifted to the burn center at UAB hospital.

     Trooper Cook began his investigation into the cause of the crash. Cook noticed that the vehicles had been moved and separated prior to his arrival on scene the fire department had separated the vehicles to ensure the flames were completely extinguished. Trooper Cook photographed the overall scene, markings on the roadway and all items of evidence. Cook marked all items of evidence and the final rest position of the vehicles using orange marking paint. Trooper Cook was unable to perform any type of inspection of the vehicles due to the destruction of the vehicles caused by the fire and explosion. Trooper Cook remained at the scene as Jordan's Towing and Jacobs Towing responded to recover the crashed vehicles. The vehicles were then stored at Jordan's Towing and Jacobs Towing in Troy.

     Trooper Helms informed Mrs. Champion that due to the severity of injuries that was caused by her initial crash, he would need to get a blood sample from her. She consented to the blood test and was transported to Edge Regional Medical Center by Helms where she signed a consent form and waiver of counsel form in front of Amanda Johnston a registered nurse who drew the blood from Mrs. Champion. After cleaning her arm with betadine, Johnston packaged the blood kit up and turned it over to Helms. Helms drove Champion back to the scene where she got in her vehicle and left. Helms turned the kit over to Cook who mailed it the following day to the forensics lab in Mobile.

     On March 8, 2005, beginning at 1:00 pm Trooper Cook and Trooper David McGowan proceeded to the scene of the crash. The troopers used the Total Station Mapping System to prepare a scaled diagram of the collision site. Due to the total loss of both commercial vehicles the troopers were unable to conduct an inspection or prepare a linear perimeter of the vehicles.


## Conclusions and Recommendations

     This motor vehicle crash resulted in the fatal injury to Michael Duke, injury to Gerald Ruhnow and the total loss of two commercial vehicles. Mr. Duke was operating the motor vehicle in complete compliance with all the motor vehicle laws governing the state of Alabama. Based on these findings, it is the recommendation of this investigator that the facts of this case be presented to the next session of the Pike County Grand Jury.


HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

**HIGHWAY PATROL DIVISION**
**TRAFFIC HOMICIDE UNIT**
**WITNESS LOG**

NAME: Trp. Kevin D. Cook                TELEPHONE: H (    ) _____ W ( 334 ) 983-4587 _____
ADDRESS: 5679 MONTGOMERY HIGHWAY, DOTHAN ALABAMA 36303
PLACE OF EMPLOYMENT: Alabama Department of Public Safety
CAN TESTIFY Conducted a complete investigation of the crash. See case file.
_____

NAME: Trp. Jimmy Helms                TELEPHONE: H (    ) _____ W ( 334 ) 983-4587 _____
ADDRESS: 5679 Montgomery Highway, Dothan, Alabama 36303
PLACE OF EMPLOYMENT: Alabama Department of Public Safety
CAN TESTIFY Assisted in crash investigation.
_____

NAME: Gene Richardson                TELEPHONE: H ( 229 ) 226-3912 _____ W (    ) _____
ADDRESS: 276-B Timber Ridge Drive    Thomasville, Ga.
PLACE OF EMPLOYMENT: Retired
CAN TESTIFY Seen crash occur.
_____

NAME: Randall Jackson                TELEPHONE: H ( 407 ) 841-1742 _____ W (    ) _____
ADDRESS: 630 W. Washington Street    Orlando, Fl.
PLACE OF EMPLOYMENT: Retired
CAN TESTIFY Seen crash occur.
_____

NAME: _____    TELEPHONE: H (    ) _____ W (    ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____
_____

NAME: _____    TELEPHONE: H (    ) _____ W (    ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____
_____

NAME: _____    TELEPHONE: H (    ) _____ W (    ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____
_____

NAME: _____    TELEPHONE: H (    ) _____ W (    ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____
CAN TESTIFY _____
_____

NAME: _____    TELEPHONE: H (    ) _____ W (    ) _____
ADDRESS: _____
PLACE OF EMPLOYMENT: _____                HIGHWAY PATROL DIVISION
CAN TESTIFY _____                          TRAFFIC HOMICIDE UNIT

                                                                    DATE: _____

CASE # _____ AST 38-05-059 _____                          LOG #: _____

THI-17

U.S. 231

County Rd. 5532

Vehicle#1

Area of Impact

Vehicle#2

Department of Public Safety
5679 Montgomery Hwy.
Dothan, Al 36303
(334) 983 - 4587

Caption:

Two Vehicle, One Fatality Crash
AST 38 - 05-059
U.S. 231
March 7, 2005

Measured By:

Alabama State Troopers
Traffic Homicide Unit
K Cook & David C. McGowan

Drawn By:

Alabama State Troopers
Traffic Homicide Unit
Trp. Kevin Cook
July 13, 2004

Legend

HIGHWAY PATROL DIVISION.
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

Scale:

0   25'   50'  75' 100' 125'

## COLLISION SITE INFORMATION

Date of Accident ___7 March 2005___  Day of Week ___Monday___  Time of Day ___7:16___  ☐ a.m.  ☒ p.m.

County ___Pike___  City, Town, or Community _____

If accident was outside city limits, indicate distance from nearest town:

_____ feet ___5___ miles ☐ North ☒ South ☐ East ☐ West of (City, Town) ___Troy___

Road on which accident occurred ___U.S. 231___

At the intersection of _____  If not at intersection

_____ feet ___.25___ miles ☐ North ☒ South ☐ East ☐ West of ___County Road 5532___

No. of Vehicles Involved ___2___  No. of injured ___2___  No. of fatalities ___1___

Traffic Homicide Investigator Notified: Date ___7 March 2005___  Time ___7:56___  ☐ a.m. ☒ p.m.

Prosecutor on Scene     ☒ Yes  ☐ No   If yes, name: ___Bruce Matthews___

Forensic Science on Scene  ☐ Yes  ☒ No   If yes, name: _____

Coroner on Scene     ☐ Yes  ☒ No   If yes, name: _____

Other Officers on Scene ___Sgt. Ken Kelly, Cpl. Tracey Nelson, Trp. Jimmy Helms, Trp. Kevin Cook___

_____

_____

Photographs Taken By ___Trp. Kevin D. Cook___     # of exposures ___30___

Video of scene:   ☒ YES  ☐ NO

Photographs (Other than Investigator) _____

_____

_____

_____

Case Number ___AST 38-05-059___

THI-8

HIGHWAY PATROL DIV...
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

# BACKGROUND INVESTIGATION

Driver _____Michael Duke_____          Pedestrian _____N/A_____

Trip Began __7:00__ ☒ a.m. ☐ p.m.    Location _____

_____

Purpose of Trip __To deliver furniture to Florida_____

_____

Last Stop Arrived ____Unknown____ ☐ a.m. ☐ p.m.  Departed____Unknown____ ☐ a.m. ☐ p.m.

Location_____

Purpose_____

## PHYSICAL CONDITION

☐ Alcohol / Drugs ☐ Yes ☒ No  BAC / OTHER: _____

**Medical / Other Problems:**

☒ None            ☐ Vision            Temporary Condition or Illness _____

☐ Heart Condition ☐ Hearing          _____

☐ Diabetes        ☐ Other (describe)  _____

☐ Epilepsy

## DRIVER'S HISTORY

Familiar With Road    ☒ Yes ☐ No        Familiar With Vehicle  ☒ Yes ☐ No

__21__ Years Driving Experience          __1__ Previous Motor Vehicle Traffic Convictions

__1__ Previous Accidents                 __1__ Number of suspensions or revocations

Restrictions on Driver License ☐ Yes ☒ No (if yes, explain type)   Complied with ☐ Yes ☒ No

Observations: _____

_____

_____

_____

_____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

Case Number ____AST 38-05-059____        DATE:_____

THI-9                                     LOG #:_____

# BACKGROUND INVESTIGATION

Driver _____Gerald Ruhnow_____          Pedestrian _____N/A_____

Trip Began __Unknown__ ☐ a.m. ☐ p.m.    Location __Unknown__

Purpose of Trip __Unknown__

Last Stop Arrived ____Unknown____ ☐ a.m. ☐ p.m.    Departed____Unknown____ ☐ a.m. ☐ p.m.

Location__Unknown__

Purpose__Unknown__

## PHYSICAL CONDITION

☐ Alcohol / Drugs  ☐ Yes  ☒ No    BAC / OTHER: _____

**Medical / Other Problems:**

☐ None            ☐ Vision        Temporary Condition or Illness _____

☐ Heart Condition  ☐ Hearing      _____

☐ Diabetes        ☐ Other (describe)  _____

☐ Epilepsy

## DRIVER'S HISTORY

Familiar With Road    ☐ Yes  ☐ No      Familiar With Vehicle  ☐ Yes  ☐ No

__39__ Years Driving Experience         __0__ Previous Motor Vehicle Traffic Convictions

__0__ Previous Accidents                __0__ Number of suspensions or revocations

Restrictions on Driver License  ☐ Yes  ☒ No  (if yes, explain type)    Complied with  ☐ Yes  ☐ No

Observations:

_____

_____

_____

_____

Case Number _____AST 38-05-059_____

THI-9

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

# VICTIM INFORMATION

Vehicle No. __1__ Occupant Position _____ Driver _____ Pedestrian _____ N/A _____

Name __Michael Duke__ Alias __N/A__

Address __467 Longview Road    Pontotoc, Ms__

Occupation ____Truck Driver____ Home Phone( 662 ) _509-8281_ Business Phone ( ) _____

Business Address __1010 Hickory Ridge Drive    New Albany, Mississippi__

DOB __01/12/1968__ Race __W__ Sex __M__ Height/Weight __6'3 / 250__ DL# and State __800063742 / Ms__

Injured __yes__ Fatal __yes__ First Aid By __Haynes Ambulance__

Injured Transported To __Troy Regional Medical Center__

Transported By __Haynes Ambulance__ Autopsy Performed: ☒ Yes ☐ No

Pronounced By __Jerry Williams__ Date/time __5:30 pm / 7 March 2005__

Cause of Death __Multiple blunt force trauma__

Legal Identification Made By __Jerry Williams__

Next of Kin Notified __Angela Dukes__ Relation __Wife__

Notified By __Jerry Williams__ Date/time __7 March 2005 / 10:45 pm__

Body Released To _____

Personal Property Removed By DPS Personnel: ☐ Yes ☒ No

Ejected: ☐ Yes ☒ No ☐ N/A    If yes, through _____

---

Vehicle No. __2__ Occupant Position _____ Driver _____ Pedestrian _____ N/A _____

Name __Gerald Ruhnow__ Alias __N/A__

Address __9655 N 1400 Avenue    Osco, Illinois 61274__

Occupation ____Truck Driver____ Home Phone( ) __Unknown__ Business Phone ( ) _____

Business Address __9655 N 1400 Avenue    Osco, Il__

DOB __01/11/1950__ Race __W__ Sex __M__ Height/Weight __5'7 / 190__ DL# and State __R500-2925-0321 / ILL__

Injured __yes__ Fatal __NO__ First Aid By __Haynes Ambulance__

Injured Transported To __Troy Regional Medical Center__

Transported By __Haynes Ambulance__ Autopsy Performed: ☐ Yes ☐ No

Pronounced By __N/A__ Date/time __N/A__

Cause of Death __N/A__

Legal Identification Made By __N/A__

Next of Kin Notified __N/A__ Relation __N/A__

Notified By __N/A__ Date/time __N/A__

Body Released To __N/A__

Personal Property Removed By DPS Personnel: ☐ Yes ☒ No

Ejected: ☐ Yes ☒ No ☐ N/A    If yes, through _____

Page __1__ of __1__

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

Case Number _____ AST 38-05-059

DATE: _____

THI-10

LOG #: _____

Fatality

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27
REV. 1/91

DPS
Accident No

Shaded Areas To Be Used By Data Processing Only    Sheet 1 of 4 Sheet(s)    Microfilm No    Local Case No:

## LOCATION AND TIME

Date 03 07 2005    Time 7:16 AM    Day of Week S M T W TH F S    County 55    City    Rural X

On Street Road or Highway: U.S. 231    At Intersection of or Between (Node 1): County Road 5532    And (Node 2): County Road 330

Street+Code S053    Node1 7248    Node2 7247    Feet From/Miles    Prime Contr Circms 23    Prime Contr Unit No 1

Intersection Related: Not Int Related    Mile Post 17    Control Access Hwy 5    1 Main Rd    Exit Ramp 5    N/A

First Harmful Event 20    Event Location 1    Distance to Fixed Object N/A FT

## UNIT 1

Driver Full Name: Michael Duke    Street Address: 467 Longview Road    City and State: Pontotoc, Ms.    Zip 38863    Telephone No 662 509-8281

DOB 01 12 1968    Race W    Sex M    DL State Ms    Driver License No. 800063742    DL Class A    DL Status C    Residence Less Than 25 Miles: No

Place of Employment: Lane Heard Trucking New Albany, Mississippi    Liability Insurance Co: Great Casualty    Social Security No 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

Maneuver 01    Travel Road Name U.S. 231    Road Code S053    Travel Direction N E S W    Other Contr Circumstance 27    Prime Harm Event 02    Event Loc 1

Veh Year 2001    Make Frht    Model Tra    Body NA    V.I.N. 1FUPCSZB01LG233001    License Tag Number N/A    State N/A    Year N/A

Owner's Name: Lane Heard Trucking    Street or R.F.D. 1010 Hickory Ridge Drive    City New Albany    State Ms    Zip 38652

Speed Limit 55 MPH    Est. Speed 55 MPH    Citation Offense Charged: None    Vehicle Towed Away? Yes    Occupants in Unit 1    Enter Point of Initial Impact 1

Vehicle Towed By Whom: Jacobs Towing (Rot)    To Where: Jacobs Towing (Troy)

## UNIT 2

Driver Full Name: Gerald Ruhnow    Street Address: 9655 N 1400 Avenue    City and State: Osco, Il.    Zip 61274    Telephone No Unk now-n

DOB 01 11 1950    Race W    Sex M    DL State Il    Driver License No. R500-2925-0321    DL Class AM    DL Status C    CDL Status C    Residence Less Than 25 Miles

Place of Employment: Gerald Ruhnow Trucking Osco, Illinois    Liability Insurance Co: Unknown    Social Security No Unk-m0-wn

Maneuver 01    Travel Road Name U.S. 231    Road Code S053    Travel Direction N E S W    Other Contr Circumstance 97    Prime Harm Event 20    Event Loc 1

Veh Year 2003    Make Ptrb    Model Tra    Body NA    V.I.N. 1XP5DB 9X23D590431    License Tag Number P429865    State IL    Year 2006

Owner's Name: Same as above

Speed Limit 55 MPH    Est. Speed 55 MPH    Citation Offense Charged: None    Vehicle Towed Away?    Occupants in Unit 1    Enter Point of Initial Impact 1

Vehicle Towed By Whom: Jordan's Towing (Rot)    To Where: Jordan's Towing (Troy)

## SEATING

**Unit 1** — Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable
Other Involved Safety Equipment [ ]

**Unit 2** — Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable
Other Involved Safety Equipment [ ]

### CODES — SAFETY EQUIPMENT
01 - None Installed
05 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
11 - Fastened
12 Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Not Used
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - Was Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deploy ed, Belts Not Used
Child Restraint
61 - Child Restraint Used
62 - Other Restraint Used
63 - None Used
Pedal Cycle/Pedestrian
81 Contrasting Clothing
82 Non-contrasting Clothing

## VICTIMS

| Name | Address | Taken To | Taken By | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael Duke | 467 Longview Road  Pontotoc, Ms | | | 1 | 1 | K | 36 | M | N | A |
| Troy Regional Medical Center | | Haynes Ambulance | | | | | | | | |
| Gerald Ruhnow | 9655 N 1400 Avenue  Osco, Il | | | 2 | 1 | A | 55 | M | N | A |
| Troy Regional Medical Center | | Haynes Ambulance | | | | | | | | |

### CODES
Injury Type — K Killed   B Bruise/Abrasion/Swelling   A - Visible or Carried from Scene   C - Not Visible—Has Pain/Faint
Ejected — N - Not   F - Fully   P - Partially   T - Trapped   U - Unknown   A - Not Applicable
First Aid By — A - Ambulance Attended   D - Doctor   M - Paramedic   O - Other   P - Police   U - Unknown   N - None

## NARRATIVE AND DIAGRAM

Officer's Opinion of What Happened: Unit#2 was traveling north on U.S. 231. Unit#1 was traveling south on U.S. 231. A motorcycle from a previous accident that had just occurred was lying in the southbound lane of U.S. 231. Unit#1 topped the hill and struck the motorcycle lying in the roadway. The motorcycle lodged underneath Unit#1 causing the fuel tanks to rupture and explode. Driver of Unit#1 lost control of vehicle and started to travel into the northbound lane. Unit#2 crested the hill traveling north and struck Unit#1 which had just crossed into his lane of travel. Another explosion occurred engulfing both Units in flames.

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit

Unit 1: 1 — N/A
Unit 2: 2 — N/A

Contributing Road Defects: 00 - None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc.; 8 - Other
Surface Construction: 00 - Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other
Condition: 00 - Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other
Accident Is - Or Related To Road Construction Zone? Yes / No
Material In Roadway (Contributing): 00 - None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other
Material Source: 00 - Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already In Road, But Fell From Vehicle; 8 - Other; 9 - Unknown
Character: 00 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: 00 - Not Obscured; 1 - Buildings; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R Does Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 96 - Other
Traffic Control Functioning: Yes / No
DOT Railroad Crossing No: N/A

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; 00 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 8 - Other Barrier
Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; 00 - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More
One-Way Street: Yes / No

*HIGHWAY PATROL DIVISION — TRAFFIC HOMICIDE UNIT*

## INVESTIGATION

Light: 1 - Daylight; 00 - Darkness—Road Not Lit; 2 - Dawn; 3 - Dusk; 5 - Darkness—Road Lit
Weather: 1 - Clear; 00 Cloudy; 4 - Rain; 8 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other
Locale: 1 - Open Country; 2 - Residential; 3 - Shop's or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other
Non-Vehicular Property Damage: 1 - None Visible; 2 - Light; 3 - Moderate; 4 - Severe
Description: N/A
DATE:
LOG #:

| | |
|---|---|
| Time Police Notified 7:21 | Time Police Arrived 8:26 |
| Time EMS Arrived 7:31 | Name of Photographer Trp. Kevin D. Cook |

| Witness Full Name | Address | Telephone |
|---|---|---|
| Gene Richardson | 276-B Timber Ridge Drive  Thomasville, Ga. | 229 226-3912 |
| Randall Jackson | 630 W. Washington Street  Orlando, Fl. | 407 841-1742 |

| Name of Investigating Officer | Officer ID | Agency ORI | Supervisor Reviewed |
|---|---|---|---|
| Kevin D. Cook | 833 | ALAST3800 | |
| Jimmy Helms (Other Investigating Officers at Scene) | 753 | ALAST3800 | |

ALABAMA
# UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. _____

**SHEET** 2 **OF** 4 **SHEET(S)**

AST No. 54 Rev. 4/86

## SUPPLEMENTAL SHEET

| | | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|

### ADDITIONAL ACCIDENT VICTIMS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | Name / Address / Taken to / Taken by | | | | | | | |
| 4 | Name / Address / Taken to / Taken by | | | | | | | |
| 5 | Name / Address / Taken to / Taken by | | | | | | | |
| 6 | Name / Address / Taken to / Taken by | | | | | | | |
| 7 | Name / Address / Taken to / Taken by | | | | | | | |
| 8 | Name / Address / Taken to / Taken by | | | | | | | |
| 9 | Name / Address / Taken to / Taken by | | | | | | | |
| 10 | Name / Address / Taken to / Taken by | | | | | | | |
| 11 | Name / Address / Taken to / Taken by | | | | | | | |
| 12 | Name / Address / Taken to / Taken by | | | | | | | |

### ADDITIONAL NARRATIVE SPACE

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

N

V2

V1

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

U.S. 231

| Diagram Not to Scale | Diagram Scale 1 inch | (10 feet) (20 feet) | Location | | Time | A.M. P.M. |
|---|---|---|---|---|---|---|

U.S. 231 (Pike County)

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

AST-34T
1 94

Unit No. __1__
(same as on main report)

Sheet __3__ of __4__ Sheets

### General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard __1__

Buses designed to carry 16 or more (including driver) __0__

*Number of Persons:*

Sustaining fatal injuries __1__

Transported for immediate medical treatment __2__

Number of vehicles towed from scene due to damage or provided assistance __2__

### Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus __16,500__

B. Trailer or trailers (total) __65,000__

Total GVWR for unit (A+B) __81500__

Total number of axles __5__

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes __X__ No

If Yes, include following information from placard

A. Name or 4-digit number from diamond or box __N/A__

B. The 1-digit number from bottom of diamond __N/A__

Was hazardous material released from THIS vehicle's cargo? ____ Yes __X__ No

*Vehicle Configuration* **(circle one number)**

1. Bus   2. Single unit truck (2 axles/ 6 or more tires)   3. Single unit truck (3 or more axles)
4. Truck with trailer   5. Truck tractor only (bobtail)   (6.) Tractor with semi-trailer   7. Tractor with double trailers
8. Tractor with triple trailers   9. Unknown class heavy truck   0. Any other 4-tired vehicle

*Cargo Body Type* **(circle one number)**

1. *Bus*   (2.) Van/enclosed box   3. Cargo tank   4. Flatbed   5. Dump
6. Concrete mixer   7. Auto transporter   8. Garbage/ refuse   9. Other ____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name __Lane Heard Trucking__

Source (circle one number)   1. Vehicle side   2. Shipping papers   3. Driver   (4.) Other

Carrier mailing address (Street or P.O. Box) __1010 Hickory Ridge Drive__

City, State, Zip __New Albany, Mississippi 38863__

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE:
LOG #:
STATE

Carrier Identification Numbers   ( __8__ None = 0)

US DOT __00568612__   ICC MC ____   STATE NO. ____

### Sequence of Events

Note: for THIS vehicle - list up to four   Event #1 __10__   Event #2 __6__   Event #3 ____   Event #4 ____

*EVENT CODES*

Non-Collision   1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
5. Cargo loss or shift 6. Explosion or fire   7. Separation of units   8. Other non-collision

Collision With 9. Pedestrian   10. Non-parked vehicle   11. Parked vehicle   12. Train
13. Pedal cycle   14. Animal   15. Fixed object   16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time |

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Unit No. __2__
(same as on main report)

AST-34T
1 94

Sheet __4__ of __4__ Sheets

### General Instructions

*Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with 6 or more tires or Haz/Mat placard __1__

Buses designed to carry 16 or more (including driver) __0__

*Number of Persons:*

Sustaining fatal injuries __1__

Transported for immediate medical treatment __2__

Number of vehicles towed from scene due to damage or provided assistance __2__

### Vehicle Information

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus __15,000__

B. Trailer or trailers (total) __25,000__

Total GVWR for unit (A+B) __40000__

Total number of axles __5__

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard ____ Yes __X__ No

If Yes, include following information from placard

A. Name or 4-digit number from diamond or box _____

B. The 1-digit number from bottom of diamond _____

Was hazardous material released from THIS vehicle's cargo? ____ Yes __X__ No

Vehicle Configuration *(circle one number)*

1. Bus    ②. Single unit truck (2 axles/ 6 or more tires)    3. Single unit truck (3 or more axles)
4. Truck with trailer    5. Truck tractor only (bobtail)    6. Tractor with semi-trailer    7. Tractor with double trailers
8. Tractor with triple trailers    9. Unknown class heavy truck    0. Any other 4-tired vehicle

Cargo Body Type    *(circle one number)*

1. *Bus*    2. Van/enclosed box    3. Cargo tank    ④. Flatbed    5. Dump
6. Concrete mixer    7. Auto transporter    8. Garbage/ refuse    9. Other _____

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name __Gerald Ruhnow Trucking__

Source (circle one number)    1. Vehicle side    2. Shipping papers    3. Driver    ④ Other

Carrier mailing address (Street or P.O. Box) __9655 N 1400 Avenue__

City, State, Zip __Osco, Illinois 61274__

Carrier Identification Numbers    ( __8__ None = 0)

US DOT __00589814__    ICC MC _____    STATE NO. _____

### Sequence of Events

Note: for THIS vehicle - list up to four    Event #1 __10__    Event #2 __6__    Event #3 _____    Event #4 _____

**EVENT CODES**

Non-Collision    1. Ran off road    2. Jackknife    3. Overturned (rollover)    4. Downhill runaway
5. Cargo loss or shift    6. Explosion or fire    7. Separation of units    8. Other non-collision

Collision With    9. Pedestrian    10. Non-parked vehicle    11. Parked vehicle    12. Train
13. Pedal cycle    14. Animal    15. Fixed object    16. Other object

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time |
|---|---|---|---|---|
| | | | | |



**STATE OF MISSISSIPPI**
**DEPARTMENT OF PUBLIC SAFETY**

MOTOR VEHICLE REPORT

MICHAEL E DUKE                                    DATE: 03/28/2005
467 LONGVIEW ROAD                                 PAGE:  1
PONTOTOC MS 38863 9227


DRIVER LICENSE NO.:  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          BIRTH DATE:  01/12/1968  SEX: M
                                          EXPIRATION:   01/12/2008
TYPE OF LICENSE: RENEWAL LICENSE          CLASS: CLASS A COMM. LICENSE
ISSUE DATE:          02/11/2004           RESTRICTIONS: NONE
DONOR: N    HEIGHT: 6 03                  PREVIOUS STATE:
EYES:  GRN  WEIGHT:  250                  PREVIOUS LICENSE:
RACE: W      SEX: M
LICENSE STATUS: VALID                     PRIOR STATUS:
COMM STATUS:    VALID                     ENDORSEMENTS: N
REINSTATEMENT DATE:


                    **** NO CITATIONS FOUND ****
        **** END OF DRIVERS HISTORY WITH   0 RECORDS PRINTED ****

                    ****************************
THIS REPORT MAY BE USED AS A CLEARANCE LETTER IF THE DRIVER'S LICENSE
STATUS IS 'VALID' OR 'CLEAR' OR IN THE CASE THE DRIVER HAS 'MOVED'
AND HIS PREVIOUS LICENSE STATUS IS 'VALID' OR 'CLEAR.'
                    ****************************


                                          STATE OF MISSISSIPPI
                                          DEPARTMENT OF PUBLIC SAFETY

                                          I, GEORGE WHITE, DIRECTOR OF DRIVER
                                          RECORDS BRANCH, DO HEREBY
                                          CERTIFY THAT THIS IS A TRUE COPY OF
                                          DOCUMENTS OR RECORDS ON FILE WIT
                                          THIS DEPARTMENT.

              DRIVER RECORDS BRANCH
               PHONE 601/987-1274
                                          SIGNATURE: George White

                                          DATE: 3/28/05
      HIGHWAY PATROL DIVISION             BY:
      TRAFFIC HOMICIDE UNIT

      DATE:

      LOG #:

## ALABAMA DEPARTMENT OF PUBLIC SAFETY
## HIGHWAY PATROL DIVISION
### STATEMENT

PERSONALLY appeared (NAME) _GENE RICHARDSON_ ,who states:

I reside at _276-B TIMBER RIDGE DR_ in _THOMASVILLE_
                        **Address**                                    **City**

_GA_                        _229-226-3912_        _RETIRED_
**State**        **Telephone:  Work**        **Home**        **Employment**

Date of Birth: _2-14-1936_     Social Security Number _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_

I have _15_ years of education, and I can/cannot read and write. This statement is given on _3-8-2005_

at _10:21_ am/pm in the presence of _TRP. Kevin D COOK_ who has officially identified

himself/herself as a member of the ALABAMA STATE TROOPERS.

_I PASSED THE MOTORCYCLE IN THE ROAD (231). I WAS IN THE_
_RIGHT LANE (SOUTH BOUND) AND JUST MISSED HITTING THE MOTORCYCLE. IT_
_WAS VERY DARK AND I ONLY SAW THE MOTORCYCLE ABOUT_
_10 FEET BEFORE I GOT TO IT. I SAW THE 18 WHEELER_
_IN MY REAR VIEW MIRROR ABOUT 100 YARDS BEHIND ME_
_IN THE RIGHT LANE. THERE WAS NO WAY FOR HIM TO MISS_
_THE MOTORCYCLE. WHEN HE HIT IT THE TRUCK DRUG THE_
_MOTORCYCLE UNDER IT GENERATING TREMENDOUS SPARKS._
_THE MOTORCYCLE BURST INTO FLAMES UNDER THE TRUCK_
_AND WITHIN 1 SECOND THE TRUCK WAS ENVELOPED IN_
_FLAMES. THE TRUCK WAS HEADING LEFT AS SOON AS_
_HE HIT THE MOTORCYCLE AND ENDED UP ON THE OTHER_
_SIDE OF THE ROAD. (NORTH BOUND LANE)_

HWY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE:
LOG #:

_Gene Richardson_
**Signature**

_Kevin D Cook #8353_

Page number _1_ of _1_ pages

| Job Desc | Crew | Inst Num | Temp | Pressure | Start Date | | |
|---|---|---|---|---|---|---|---|
| | | | | | 03/10/2005 | | |
| Note | Continue File PIKE US 2310.raw  1:35:55 PM 3/8/05 | | | | | | |
| Note | 1:36:58 PM 3/8/05 | | | | | | |
| Occupied Pt | BS Pt | BS Brg | BS Read | Inst Ht | | | |
| 1 | 99 | | 358°57'38" | 5.30 | | | |
| Shot Pt | Trgt Ht | Hz Ang | Vt Ang | Slp Dist | Desc | Par Off | Perp Off |
| 101 | 6.00 | 359°50'54" | 89°49'31" | 137.61 | EP | 0.000 | 0.000 |
| 102 | 6.00 | 357°56'24" | 89°40'33" | 137.59 | FL | 0.000 | 0.000 |
| 103 | 6.00 | 353°05'25" | 89°37'11" | 137.83 | DASHL | 0.000 | 0.000 |
| 104 | 6.00 | 347°23'26" | 89°32'10" | 131.92 | YELLOW | 0.000 | 0.000 |
| 105 | 6.00 | 347°04'54" | 89°31'30" | 132.19 | DASHL | 0.000 | 0.000 |
| 106 | 6.00 | 342°11'42" | 89°37'02" | 134.22 | DASHL | 0.000 | 0.000 |
| 107 | 6.00 | 341°47'37" | 89°38'40" | 134.40 | YELLOW | 0.000 | 0.000 |
| 108 | 6.00 | 339°50'29" | 89°50'48" | 153.10 | DASHL | 0.000 | 0.000 |
| 109 | 6.00 | 335°00'30" | 90°03'08" | 152.71 | FL | 0.000 | 0.000 |
| 110 | 6.00 | 330°32'11" | 90°11'35" | 156.63 | FL | 0.000 | 0.000 |
| 111 | 6.00 | 330°22'30" | 90°15'34" | 156.85 | EP | 0.000 | 0.000 |
| 112 | 6.00 | 310°25'23" | 90°33'19" | 107.08 | EP | 0.000 | 0.000 |
| 113 | 6.00 | 309°46'08" | 90°10'23" | 90.34 | FL | 0.000 | 0.000 |
| 114 | 6.00 | 318°55'59" | 89°21'34" | 70.46 | YELLOW | 0.000 | 0.000 |
| 115 | 6.00 | 326°56'01" | 89°01'43" | 60.95 | YELLOW | 0.000 | 0.000 |
| 116 | 6.00 | 347°23'52" | 88°57'54" | 48.21 | FL | 0.000 | 0.000 |
| 117 | 6.00 | 191°37'26" | 89°17'15" | 60.11 | LINE | 0.000 | 0.000 |
| 118 | 6.00 | 195°58'31" | 89°08'53" | 60.62 | FL | 0.000 | 0.000 |
| 119 | 6.00 | 205°57'30" | 89°14'39" | 64.33 | DASHL | 0.000 | 0.000 |
| 120 | 6.00 | 214°38'58" | 89°18'04" | 69.82 | YELLOW | 0.000 | 0.000 |
| 121 | 6.00 | 215°11'52" | 89°18'08" | 70.38 | DASHL | 0.000 | 0.000 |
| 122 | 6.00 | 222°34'41" | 89°33'24" | 77.41 | DASHL | 0.000 | 0.000 |
| 123 | 6.00 | 222°54'48" | 89°33'24" | 77.32 | YELLOW | 0.000 | 0.000 |
| 124 | 6.00 | 229°38'04" | 89°56'07" | 84.45 | DASHL | 0.000 | 0.000 |
| 125 | 6.00 | 235°29'14" | 90°17'59" | 82.02 | FL | 0.000 | 0.000 |
| 126 | 6.00 | 238°09'31" | 90°32'18" | 103.59 | FL | 0.000 | 0.000 |
| 127 | 6.00 | 238°12'16" | 90°37'13" | 104.02 | EP | 0.000 | 0.000 |
| 128 | 6.00 | 232°38'04" | 90°47'04" | 120.97 | EP | 0.000 | 0.000 |
| 129 | 6.00 | 232°05'17" | 90°40'23" | 120.43 | FL | 0.000 | 0.000 |
| 130 | 6.00 | 201°47'01" | 90°06'08" | 230.61 | EP | 0.000 | 0.000 |
| 131 | 6.00 | 197°29'10" | 90°04'59" | 298.74 | EP | 0.000 | 0.000 |
| 132 | 6.00 | 195°13'35" | 89°58'47" | 296.17 | DASHL | 0.000 | 0.000 |
| 133 | 6.00 | 193°11'37" | 89°53'13" | 288.27 | DASHL | 0.000 | 0.000 |
| 134 | 6.00 | 193°00'34" | 89°52'41" | 287.99 | DASHL | 0.000 | 0.000 |
| 135 | 6.00 | 190°50'52" | 89°47'45" | 283.78 | DASHL | 0.000 | 0.000 |
| 136 | 6.00 | 188°02'59" | 89°46'18" | 296.67 | DASHL | 0.000 | 0.000 |
| 137 | 6.00 | 185°51'49" | 89°23'31" | 296.65 | FL | 0.000 | 0.000 |
| 138 | 6.00 | 184°51'10" | 88°44'08" | 295.51 | EP | 0.000 | 0.000 |
| 139 | 6.00 | 187°05'34" | 89°39'29" | 188.09 | RRWHL | 0.000 | 0.000 |
| 140 | 6.00 | 189°28'53" | 89°38'17" | 184.27 | LR | 0.000 | 0.000 |
| 141 | 6.00 | 199°26'57" | 89°41'00" | 146.95 | RRWHL | 0.000 | 0.000 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____          1/4

| Job Desc | Crew | Inst Num | Temp | Pressure | Start Date | | |
|---|---|---|---|---|---|---|---|
| 142 | 6.00 | 201°00'40" | 89°42'48" | 147.22 | RRWHL | 0.000 | 0.000 |
| 143 | 6.00 | 184°29'25" | 89°52'04" | 108.74 | RED | 0.000 | 0.000 |
| 144 | 6.00 | 176°21'32" | 93°18'40" | 111.93 | RED | 0.000 | 0.000 |
| 145 | 6.00 | 165°58'31" | 92°28'20" | 120.64 | RED | 0.000 | 0.000 |
| 146 | 6.00 | 166°33'50" | 92°23'09" | 147.07 | RED | 0.000 | 0.000 |
| 147 | 6.00 | 166°24'26" | 92°11'52" | 171.45 | RED | 0.000 | 0.000 |
| 148 | 6.00 | 173°15'27" | 92°07'37" | 163.21 | RED | 0.000 | 0.000 |
| 149 | 6.00 | 181°01'54" | 91°14'47" | 163.10 | RED | 0.000 | 0.000 |
| 150 | 6.00 | 184°28'41" | 89°48'25" | 163.48 | RED | 0.000 | 0.000 |
| 151 | 6.00 | 186°22'33" | 89°39'09" | 160.65 | RED | 0.000 | 0.000 |
| 152 | 6.00 | 184°47'14" | 89°48'18" | 114.26 | RED | 0.000 | 0.000 |
| 153 | 6.00 | 358°37'27" | 95°18'37" | 35.51 | RM | 0.000 | 0.000 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:

3/4

| | | |
|---|---|---|
| -55.271 | -136.454 | 100.037 |
| -10.479 | -108.238 | 99.551 |
| 5.072 | -111.627 | 92.835 |
| -27.082 | -117.443 | 94.096 |
| 31.545 | -143.517 | 93.178 |
| 37.236 | -167.224 | 92.725 |
| 16.208 | -162.291 | 93.243 |
| -5.893 | -162.956 | 95.752 |
| -15.719 | -162.725 | 99.851 |
| -20.733 | -159.306 | 100.274 |
| -11.599 | -113.664 | 99.689 |
| -0.208 | 35.352 | 96.014 |

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

AST-27
REV. 1/31

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS _____

Accident No. _____

Shaded Areas To Be Used By Data Processing Only

Sheet __1__ of __1__ Sheet(s)

Microfilm No. _____

Local Case No. _____

## LOCATION AND TIME

| Date | | | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|---|---|
| 03 | 07 | 2005 | 1915 | S M T W TH F S S | 55 | | ☒ | 1—Interstate 5—State 2—Federal 6—County M—Municipal P—Private Prop. O—Other | |

| Month | Day | Year | AM PM (☒MI) | | | | | | |

On Street, Road or Highway: US HWY 231

At Intersection of or Between (Node 1): CO RD 5532

And (Node 2): CO RD 3310

Street or Road Code: 7248 | Road Code: 7247 | Feet Miles: ☐ | from 1 or 2 (Circle One) | Node 2

Intersection Related: 1-Node 1  2-Node 2  ☒ Not Rel. Not Related

Mile Post: 175.10

First Harmful Event: 20 | Event Location: 1 | Distance to Fixed Object: NA FT.

**NONCOLLISION EVENT** / **COLLISION EVENT** (list of codes)

Prime Contr Chars: 08

## UNIT NO (LEFT SCENE / COM VEH) — UNIT 1

Driver Full Name / Street Address / City and State / ZIP / Telephone No.:
CHRISTY LEANN CHAMPION, 171 CACTUS DR. BOX 101 TROY AL  36081  566-7128 (334)

| DOB | | | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 04 | 1976 | W | F | AL | 6638197 | D | C | N | N | | (Yes) |

| Month | Day | Year | | | | | | | | | | |

Place of Employment: KRYSTALS, TROY ALABAMA
Liability Insurance Co.: SAFEWAY
Social Security No.: 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

Driver Condition: ① No Defect  3 - Fatigued  8 - Other  2 - Apparently Asleep  9 - Unknown
Sobriety: | Officer's Opinion: | Alcohol: Yes No Unk | Drugs: Yes No Unk | Type Test Given: 9 - No Test | ① Blood Test ③ Urine Test  2 - Breath Test  4 - Unable to Administer | 5 - Refused Test | Test Results:

Maneuver: 08 | Travel Road Name: US HWY 231 | Road Code: | Travel Direction: N E ⓈW A-Not on Rd U-Unk | Other Contr Circumstance: 08 | Prime Harm Event: 20 | Event Loc:

Veh Year: 1993 | Make: PONT | Model: GRA | Body: 4D | V.I.N.: 1G2NE5538RC712537
License Tag Number: 38 F252 H | State: AL | Year: 2005

Owner's Name: SAME | Street or R.F.D.: | City: | State: | ZIP:

Type: ① Auto  11 - Moped  12 - M. Scooter ...
Usage: ① Personal  10 - Police ...
Hazardous Cargo: ① None ...
Attachment: ① None ...
Contributing Defect: ⑨? None ...

Speed Limit: 55 MPH | Est. Speed: 35 MPH | Citation Offense Charged: NONE | Damage Severity: 1 - None Visible  ② Not Disabled  3 - Disabled | Vehicle Towed Away? Yes ☒ | Occupants in Unit:

Vehicle Towed By Whom: NA | To Where: NA

Enter Point of Initial Impact: 5

## UNIT NO ☒2 (LEFT SCENE / COM VEH) — VEHICLE OR PEDESTRIAN

Driver/Pedestrian Full Name / Street Address / City and State / ZIP / Telephone No.:
MICHAEL DAVID ADKINS, 452 S MAIN ST, BRUNDIDGE AL  36010  735-3993 (334)

| DOB | | | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 25 | 1956 | W | M | AL | 7646563 | D | C | | C | | (Yes) |

| Month | Day | Year | | | | | | | | | | |

Place of Employment: WILEY SANDERS, TROY AL
Liability Insurance Co.: PROGRESSIVE
Social Security No.: 252 96 6804

Driver/Ped Condition: ① No Defect  3 - Fatigued  8 - Other  2 - Apparently Asleep  9 - Unknown
Sobriety: | Officer's Opinion: | Alcohol: Yes No Unk | Drugs: Yes No Unk | Type Test Given: ⑨ No Test | ① Blood Test ③ Urine Test  2 - Breath Test  4 - Unable to Administer | 5 - Refused Test | Test Results: NA

Maneuver/Action: 01 | Travel Road Name: US HWY 231 | Road Code: | Travel Direction: N ⓈW A-Not on Rd U-Unk | Other Contr Circumstance: 07 | Prime Harm Event: 20 | Event Loc:

Veh Year: 2004 | Make: YAMA | Model: VST | Body: WA | V.I.N.: JYAVM01E64A065113
License Tag Number: MBB398 | State: AL | Year: 2005

Owner's Name: SAME | Street or R.F.D.: | City: | State: | ZIP:

Type: 1 - Auto  11 - Moped  12 - M. Scooter ...
Usage: ② Personal  10 - Police ...
Hazardous Cargo: ① None ...
Attachment: ① None ...
Contributing Defect: ⑩ None ...

Speed Limit: 55 MPH | Est. Speed: 50 MPH | Citation Offense Charged: NONE | Damage Severity: 1 - None Visible  2 - Not Disabled | Vehicle Towed Away? Yes ☒ No | Occupants in Unit:

Vehicle Towed By Whom: JORDANS (ROT) | To Where: JORDANS (Local)

Enter Point of Initial Impact: 11 Attachment

## CODES

Contributing Circumstances / Driver Maneuver / Pedestrian Action / Event Loc (lists of numbered codes)

## SEATING

**Other Involved Unit** (Circle One)
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance / Codes Not Applicable

Other Involved Safety Equipment

**CODES**

**SAFETY EQUIPMENT**
- 01 - None Installed
- 05 - Not Applicable
- 00 - Unknown (Any Type)
- Lap Belt Only
- 11 - Fastened
- 12 - Not Fastened
- Lap/Shoulder Harness
- 21 - Lap Only Used
- 22 - Harness Used
- 23 - Shoulder Only Used
- 24 - Both Used
- Motorcycle Helmet
- 31 - None Used
- 32 - Used
- Air Bags
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used
- Child Restraints
- 61 - Child Restraint Used
- 62 - Other Restraint Used
- 63 - None Used
- Pedal Cycle/Pedestrian
- 91 - Contrasting Clothing
- 92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejec. By | Eject By |
|---|---|---|---|---|---|---|---|---|
| MICHAEL ADKINS, 452 S MAIN ST, BRUNDIDGE AL | | 2 | 10 | C | 48 | M | F | M |

Taken To: EDGE REGIONAL MEDICAL CENTER

## CODES

**Injury Type**
- K - Killed
- B - Bruise/Abrasion/Swelling
- A - Visible or Carried from Scene
- C - Not Visible — Has Pain/Faint

**Ejected**
- N - Not
- F - Fully
- P - Partially
- T - Trapped
- U - Unknown
- N - Not Applicable

**First Aid By**
- A - Ambulance Attended
- O - Doctor
- M - Paramedic
- O - Other
- P - Police
- N - None

## NARRATIVE AND DIAGRAM



(NOT TO SCALE)

US HWY 231 SOUTHBOUND LANES          ROAD WIDTH 24'

**Officer's Opinion of What Happened:** UNIT 1 WAS IN THE MIDDLE TURN LANE OF US HWY 231 (SOUTHBOUND) WAITING FOR TRAFFIC TO CLEAR. SHE THEN ENTERED THE LEFT SOUTHBOUND LANE AND STARTED TRAVELING SOUTH. SHE THEN CHANGED LANES TO THE RIGHT CAUSING UNIT 2 WHICH WAS A MOTORCYCLE TO COLLIDE WITH UNIT 1 IN THE REAR. THE DRIVER OF UNIT 2 WAS EJECTED BUT NOT SERIOUSLY INJURED. UNIT 1 NEVER SAW UNIT 2.

## ROADWAY ENVIRONMENT

Unit 1 — Unit 2 (2)

**Contributing Road Defects**
- None
- 1 - Buildings
- 2 - Shoulders Low
- 3 - Shoulders High
- 4 - Holes, Bumps, Etc.
- 8 - Other

**Surface Construction**
- 1 - Asphalt
- 2 - Concrete
- 3 - Brick
- 4 - Unpaved
- 8 - Other

**Conditions**
- 1 - Dry
- 2 - Wet
- 3 - Icy
- 4 - Snowy/Slushy
- 5 - Muddy
- 8 - Other

**Accident Is Or Related To Road Construction Zone?** Yes / No

**Material in Roadway (Contributing)**
- None
- 2 - Rocks
- 3 - Trees/Limbs
- 4 - Dirt
- 5 - Gravel
- 6 - Oil/Petrol
- 8 - Other

**Material Source**
- Not Applicable
- 2 - Natural Environment
- 3 - Dropped from Vehicle
- 4 - Already in Road, But Fell From Vehicle
- 8 - Other
- 9 - Unknown

**Character**
- 1 - Straight—Level
- 2 - Straight—Down Grade
- 3 - Straight—Up Grade
- 4 - Straight—Hillcrest
- 5 - Curve—Level
- 6 - Curve—Down Grade
- 7 - Curve—Up Grade
- 8 - Curve—Hillcrest

**Vision Obscured By:**
- Not Obscured
- 1 - Buildings
- 2 - Signboard
- 3 - Trees, Crops, Bushes
- 4 - Blowing Snow/Sand
- 5 - Hillcrest
- 6 - Curve in Road
- 7 - Fog
- 8 - Parked Vehicle
- 9 - Moving Vehicle(s)
- 10 - Blinded by Sunlight
- 11 - Fire/Smoke
- 12 - Dust
- 13 - Blinded by Headlights
- 14 - Embankment
- 15 - Rain on Windshield
- 16 - Snow on Windshield
- 98 - Other
- 99 - Unknown

**Traffic Control**
- 1 - Police Officer
- 2 - R.R. Crossing Gates
- 3 - R.R. Flashing Lights
- 4 - R.R. Cross Bucks/Pave Mark
- 5 - Pedestrian Control
- 6 - Traffic Signal
- 7 - Flashing Beacon
- 8 - Stop Sign
- 9 - Yield Sign
- 10 - Lane Control Device
- 11 - Flagger
- 12 - No Passing Zone
- 98 - None
- 98 - Other

Traffic Control Functioning: Yes / No / NA

UDOT Railroad Crossing No. N/A

**Opposing Lanes Separated By:**
- None
- Paved Surface
- 2 - Unpaved Surface
- 3 - Broken Painted Line
- 4 - Solid Painted Line
- 5 - Concrete Barrier
- 6 - Metal Guard Rail
- 7 - Fence
- 98 - Other Barrier

**Trafficway Lanes**
- 1 - One Lane
- 2 - Two Lanes
- 3 - Three Lanes
- 4 - Four Lanes
- 5 - Five Lanes
- 6 - Six Lanes or More

One-Way Street: Yes / No

## INVESTIGATION

**Light**
- Daylight
- 2 - Dawn
- 3 - Dusk
- Darkness—Road Not Lit
- 5 - Darkness—Road Lit

**Weather**
- Clear
- 2 - Cloudy
- Rain
- 4 - Snow
- 5 - Sleet/Hail
- 6 - Crosswind
- 7 - Fog
- 8 - Other

**Locale**
- Open Country
- 2 - Residential
- 3 - Shop'g or Business
- 4 - Mfg. or Industrial
- 5 - School
- 6 - Playground
- 8 - Other

**Non-Vehicular Property Damage**
- None Visible
- 2 - Light
- 3 - Moderate
- 4 - Severe

Description: N/A

**Property Damage Description**
Owner:

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 1929 PM | 1933 PM | 1920 PM | NA |

Witness Full Name: RANDALL JACKSON — Address: 230 W WASHINGTON ST, OZARK FL — Telephone (407) 591-1742

Witness Full Name: RONNIE PERKINS — Address: 6037 HWY 125, BRUNDIDGE — Telephone (334) 735-2690

Name of Investigating Officer: TPR JIMMY HELMS — Agency ORI: ALA ST 3800

Officer ID: 758 #1

Name of Other Investigating Officer(s) at Scene:

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT
DATE: 2-6-06

Date: 2-7-05

The data on this report reflects my best knowledge, opinion and belief covering the accident, but no warrant is made as to the factual accuracy thereof.



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7026

2451 FILLINGIM STREET
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5816

## EVIDENCE RECEIPT

**CASE NUMBER:** 05MB04083    **ID:** 1  **TYPE:** Traffic / non-death    **REFERENCES:**    **LAB:** MB

**AGENCY NUMBER:**    **ORI NUMBER:** AL055TPRS  **DATE:** 4/7/05    **TIME:** 3:10 pm

| CASE NAMES | TYPE | RACE | SEX | DOB | AGE | STATUS |
|---|---|---|---|---|---|---|
| CHRISTY CHAMPION | S | W | F | | | |

| CHAIN OF CUSTODY | DATE | TIME |
|---|---|---|
| Secured at Mobile Regional Laboratory  Evidence Intake Area | 4/7/05 | 3:10 pm |

**DESCRIPTION OF EVIDENCE:**

1  One biological specimens kit identified to contain Toxicology specimens described as : (sealed) eight sealed tubes of blood labeled Christy Champion, 3/7/05 2125; and one sealed plastic container of urine labeled Champion, Christy L. 3/07/05 2120.

**SERVICE REQUESTED:**
TOXICOLOGY

*ALL ITEMS LISTED ABOVE ARE AS DESCRIBED BY THE SUBMITTING AGENCY AND ARE SUBJECT TO VERIFICATION UPON INSPECTION BY THE ANALYST*

**REPORT TO:**

Trooper Cook
PIKE CO TROOPERS

**SUBMITTED BY:**

*Warren Stewart*

Trooper Stewart    ~~HIGHWAY PATROL DIVISION~~
TRAFFIC HOMICIDE UNIT

DATE:

LOG #:    Page 1 of 1

DFITHI

DPS-30
Rev. 11-72

## WAIVER OF COUNSEL

PLACE _EDGE REGIONAL MEDICAL CENTER_

DATE _3-7-05_

TIME _21:15_

*Before we ask you any questions, you must understand your rights:*

1.  *You have the right to remain silent.*

2.  *Anything you say can and will be used against you in court.*

3.  *You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.*

4.  *If you cannot afford a lawyer, one will be appointed without cost to you before any questioning if you wish.*

5.  *If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time you wish.*

## WAIVER OF RIGHTS.

*I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.*

Signed _Christy Champion_

Date _3-7-5_

Witness _A Johnston RN_

Witness _____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE: _____

LOG #: _____

## VOLUNTARY CONSENT FOR A
## BLOOD AND URINE TEST

I _CHRISTY LEANN CHAMPION_ do hereby agree to voluntarily

allow samples of my blood and urine to be taken for the purpose of analysis by

the Alabama Department Of Forensic Science in determining the alcohol and

drug content of the samples. I agree to give this voluntary consent after being

ask by _TROOPER JIMMY HELMS #753_ a law enforcement

officer, to voluntarily give these samples and agree that no threats, promises or

coercion have been made against me in any manner. I understand the samples

will be drawn by medical personnel using normal medical procedures and the

samples will then be turned over to the requesting law enforcement officer for

transportation to the Alabama Department Of Forensic Science for analysis.

x _Christy Champion_

DATE: _3-7-05_    TIME: _21:17_

WITNESS: _Ayohnea Re_

WITNESS:_____

WITNESS:_____

REQUESTING OFFICER: _TPR J #753_

AGENCY: _STATE TROOPER_

## SAMPLE CHAIN OF CUSTODY

DATE DRAWN_____TIME_____

CLEANSING METHOD USED:_____

PERSON DRAWING SAMPLE:_____

TITLE._____

HIGHWAY PATROL DIVISION
TRAFFIC HOMICIDE UNIT

DATE:_____

LOG #:_____