# Exhibit "C"

# HAND ARENDALL L.L.C. ≋ LAWYERS

Katie Hammett
Direct Dial (251) 694-6231
Direct Fax (251) 544-1680
khammett@handarendall.com

3000 AMSOUTH BANK BUILDING ≋ 107 SAINT FRANCIS STREET ≋ MOBILE, ALABAMA 36602 ≋ (251) 432-5511
Post Office Box 123 ≋ Mobile, Alabama 36601 ≋ Facsimile: (251) 694-6375

December 18, 2006

**VIA FACSIMILE & U.S. MAIL**

Stephen D. Heninger, Esq.
HENINGER, GARRISON & DAVIS, LP
P.O. Box 11310
2224 1st Avenue N.
Birmingham, Alabama 35203
*205-326-3332 (fax)*

Linda C. Ambrose, Esq.
Wayne Rogers, Esq.
ROGERS & ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
*205-982-4630 (fax)*

Richard McConnell (Mac) Freeman, Jr., Esq.
Robert C. Ward, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON &
 GARRETT, P.C.
PO Box 270
Montgomery, AL 36101-0270
*334-262-6277 (fax)*

Alex L. Holtsford, Esq.
Murry S. Whitt, Esq.
NIX HOLTSFORD GILLILAND
 HIGGINS & HITSON, PC
Post Office Box 4128
Montgomery, Alabama 36103-4128
*334-215-7101 (fax)*

RE: Gerald Ruhnow, et al., v. Lane Heard Trucking, LLC, et al.
2:05-CV-527-F, U.S. District Court for the Middle District of Alabama

Dear Counsel:

Pursuant to Rule 26 of the *Federal Rules of Civil Procedure* and the Court's Uniform Scheduling Order in the above-referenced case, the following represents disclosures required by Sections 9 through 11 of the Uniform Scheduling Order.

### Witnesses

The following are the names, addresses and telephone numbers of all witnesses expected to be called by us, except those witnesses intended solely for impeachment purposes:

**Marilyn Heard**
Lane Heard Trucking Company
1010 Hickory Ridge Drive
New Albany, Mississippi 38652
(662) 534-4816

**Lane Heard**
Lane Heard Trucking Company

December 18, 2006
Page 2

1010 Hickory Ridge Drive
New Albany, Mississippi 38652
662) 534-4816

**Randall Jackson** (via video taped deposition)
630 Washington Street
Orlando, FL 32801
(407) 832-2452

**Gene Richardson** (via video taped deposition)
276-B Timber Ridge Drive
Thomasville, GA 31757
(229) 226-3912

**Gerald Ruhnow**
9655 N. 1400 Avenue
Osco, IL 61274
(309) 522-5875

**Connie Ruhnow**
9655 N. 1400 Avenue
Osco, IL 61274
(309) 522-5875

**Christy Champion**
171 Cactus Drive, Box 101
Troy, AL 36081
(334) 566-7122

**Michael Adkins**
452 South Main Street
Brundidge, AL 36010
(334) 735-3993

**Chris Bloomberg**
Bloomberg Consulting
Post Office Box 336
Gulf Breeze, Florida 32562
(850) 932-7613

The following witnesses may be called if the need arises:

**Jimmy Helms**
AL Dept. of Public Safety

December 18, 2006
Page 3

      5679 Montgomery Hwy.
      Dothan, AL 36303
      (334) 242-0705

      **Kevin Cook**
      AL Dept. of Public Safety
      5679 Montgomery Hwy.
      Dothan, AL 36303
      (334) 983-4587

      We may also call any witness identified by any other party on their respective witness lists. We reserve the right to call other witnesses needed for rebuttal, impeachment or to lay foundation for trial exhibits.

**Deposition Testimony**

      The following are designations of deposition transcripts (page number: line numbers) that we may use at trial, except for those used solely for impeachment:

**Gene Richardson** (video taped deposition):
5: 11-19
6: 4-13
7: 18-20
8: 18-25
9: 1-25
10: 1-11
11: 15-25
12: 1-25
13: 1-25
14: 1, 7-19
15: 8-25
16: 1-11
17: 12-18
20: 6-10
24: 16-25
25: 1-7


**Randall Jackson** (video taped deposition):
5: 5-22
6: 8-24
7: 11-25
8: 1-25

December 18, 2006
Page 4

9: 1-25
10: 1-25
11: 1-21
20: 4-25
21: 1-10
22: 10-25
23: 1-10
24: 1-25
25: 1-15
27: 10-25
28: 1-25
29: 1-3
33: 6-25
34: 1, 17-25
35: 1-8
42: 9-13, 24-25
43: 1-12, 22-24
44: 12-14, 21
46: 22-25
47: 1-19
48: 13-25
49: 1-2
54: 7-20
59: 5-25
60: 1-14
64: 7-16, 24-25
65: 1-6
68: 13-19
69: 16-24
70: 5-7, 14-17

**Christy Champion**
25: 24-25
26: 1-6
30: 12-25
41: 13-19
58: 15-22

    We reserve the right to designate portions of those depositions for which we have not received transcripts, including but not limited to Jimmy Helms, Kevin Cook, Chris Bloomberg, and Dr. James Cross.

December 18, 2006
Page 5

**Exhibits**

The following is a list of exhibits we may use at trial, all of which are available for your inspection in our offices:

- Certified copy of Report of Autopsy and Toxicological Analysis Report of Michael Duke (LHT1 0159-166)
- Full Pull Magazine Fall 2004
- Copy of Road Test Checksheet (LHT1 0086-87)
- Certified copy of title records from the Alabama Department of Revenue pertaining to vehicle vin number 1G2NE5436PC765798
- Copy of Certificate of Title for a Vehicle, title number 35530546
- Copies of Alabama Uniform Traffic Accident Report numbers 5016360 and 5506412
- Copy of Traffic Homicide Investigation Report made by Trooper Kevin D. Cook for case number AST 38-05-059 with redacted driving history of Michael Duke
- Copy of letter from A.X. Ball at Northland Insurance to Safeway Insurance Alabama dated September 8, 2005
- Certified copy of Mississippi motor vehicle report for Michael Duke
- Certified copy of medical records of Michael Duke from Troy Regional Medical Center
- Copy of medical records of Michael Duke from Haynes Ambulance of Troy
- Copy of Report of Bloomberg Consulting dated November 3, 2006
- Copy of Alabama Code Vehicle Lighting Requirements
- Copy of Mississippi Code Vehicle Lighting Requirements
- Copy of Bloomberg Consulting Field Notes
- Copy of Bloomberg Consulting Scene Total Station Survey
- Powerpoint presentation of expert Bloomberg Consulting depicting collisions involved in this litigation
- Report of Will Marvin and related damage documentation produced by Linda Ambrose under cover letter dated July 18, 2006
- Drawing by Christy Champion (Exhibit to her deposition)
- Drawing by Michael Adkins (Defendant's Exhibit 2 to his deposition)
- Drawing by Randall Jackson (Exhibit 1 to his deposition)
- Photographs with redacted descriptions of various vehicles involved in collisions
- Photographs from Bloomberg Consulting
- Photographs of the scene taken by the police
- Photographs of the vehicles involved and the scene taken post-accident

We reserve the right to designate exhibits not yet produced, for example any documents produced at the depositions for which we have not yet taken, including but not limited to Jimmy Helms, Kevin Cook, and Dr. James Cross.

December 18, 2006
Page 6

    If you have any questions or concerns, please feel free to contact me at the above-referenced number.

                                          Sincerely,

                                          Katie Hammett
                                          For the Firm

KLH/tlt