IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW; CONNIE RUHNOW, | * * * | |
| Plaintiffs, | * * | Civil Action File Number 2:05-cv-527-F |
| v. | * * | |
| LANE HEARD TRUCKING, et. al., | * * | |
| Defendants. | * * | |
| NORTHLAND INSURANCE CO. | * * | |
| Intervener, | * * | |
| v. | * * | |
| LANE HEARD TRUCKING, et. al. | * * | |
| Defendants. | * | |

## NORTHLAND INSURANCE COMPANY'S SUPPLEMENT TO ITS EXHIBIT LIST

Comes now Northland Insurance Company and files the following supplement to its exhibit list:

18. Resume of Will Marvin.

19. Diagram of accident scene.

Respectfully submitted this 26th day of January, 2007.

1

/s/ Linda Hinson Ambrose, Esq.
ASB 1753-B386
Attorney for Northland Insurance Company

OF COUNSEL:
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244
(205) 982-4620
(205) 982- 4630 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 26 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

R. Mac Freeman, Esq.
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
P.O. Box 270
Montgomery, Al. 36101-0270

J. Burrus Riss, Esq.
Katie Hammett, Esq.
HAND ARENDALL
P.O. Box 123
Mobile, Alabama 36601

Callen Sparrow, Esq.
HENINGER, GARRISON & VARGO, LLC
Po Box 11310
Birmingham, Alabama 35201

Murry S. Whitt, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P.O. Box 4128
Montgomery, Alabama 36103
Counsel for Defendant, Michael Adkins

    This 26th day of January, 2007.

                                          /s/ Linda Hinson Ambrose, Esq.
                                          ASB 1753-B386
                                          Attorney for Northland Insurance Company

OF COUNSEL:
ROGERS AND ASSOCIATES
3000 Riverchase Galleria, Suite 650
Birmingham, Alabama 35244
(205) 982-4620
(205) 982- 4630 (fax)