IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:05-cv-527-MEF |
| | ) | |
| LANE HEARD TRUCKING, LLC, | ) | |
| *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendant Lane Heard Trucking's Motion to Strike Plaintiffs' Motion in Limine (Doc. # 92) filed on January 25, 2007, it is hereby ORDERED as follows:

(1) The Motion to Strike (Doc. # 92) is GRANTED.

(2) Plaintiffs' Motion in Limine (Doc. # 89) is DENIED as out of time.[1]

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This denial should not indicate to any party that the Court finds that these documents – the Traffic Homicide Investigation Report and the Alabama Uniform Traffic Accident Report – are admissible. The Court will address at trial the admissibility of these documents, either in whole or in part, if objections are properly made.