IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| v.   ) | CASE NO. 2:05-cv-527-MEF |
| ) | |
| LANE HEARD TRUCKING, LLC, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## **ORDER**

This cause is before the Court on Defendant Lane Heard Trucking's Motion in Limine to Exclude Evidence of Defendant's Employment Practices (Doc. # 78) filed on January 16, 2007. Defendant seeks to preclude any reference, mention, or admission into evidence of information concerning Lane Heard's practices, procedures, and record keeping practices, in relation to the hiring, training, and supervising of its employees. In light of this Court's Memorandum Opinion and Order (Doc. # 60) granting summary judgment in favor of Defendant Lane Heard Trucking with respect to all claims against it for negligent entrustment, negligent or wanton training, negligent or wanton evaluation, negligent or wanton monitoring, and negligent or wanton supervision, information or evidence relating to these dismissed claims is no longer relevant to this action. *See* Fed. R. Evid. 401. Therefore, it is hereby ORDERED that the Motion in Limine (Doc. # 78) is GRANTED.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE