IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-527-MEF |
| ) | |
| LANE HEARD TRUCKING, LLC, ) | |
| *et al*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendant Lane Heard Trucking's Motion to Strike Northland's Motion to Exclude Expert Testimony (Doc. # 91) filed on January 25, 2007, it is hereby ORDERED as follows:

(1) The Motion to Strike (Doc. # 91) is GRANTED.

(2) Northland's Motion to Exclude Expert Testimony (Doc. # 88) is DENIED as out of time.[1]

DONE this the 26th day of January, 2007.



/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This denial should not indicate to any party that the Court finds that this expert testimony is admissible. The Court will address at trial the admissibility of this testimony if objections are properly made.