IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, *et al.*,           ) | |
|                                    ) | |
|     Plaintiffs,                    ) | |
| v.                                 ) | CASE NO. 2:05-cv-527-MEF |
|                                    ) | |
| LANE HEARD TRUCKING, LLC,          ) | |
|                                    ) | |
|     Defendant.                     ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the trial set for January 29, 2007 is continued generally.

2. That the parties file a joint stipulation of dismissal on or before February 22, 2007.

DONE this the 29th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE