IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, ET AL. )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LANE HEARD TRUCKING, LLC, )<br>ET AL. )<br>    Defendant. ) | Case No. 2:05CV527-MEF |

## JUROR QUESTIONNAIRE CERTIFICATION

I, _Katie Hammett_, counsel for _Lane Heard Trucking_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

    I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

    I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _Katie H_____
Printed Name of Counsel of Record: _Katie Hammett_
Date: _1/26/07_

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____
Date: _____

Received CD 2/1/07 MDW

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, ET AL. ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05CV527-MEF |
| ) | |
| LANE HEARD TRUCKING, LLC, ) | |
| ET AL. ) | |
|     Defendant. ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, **BRIAN HANCOCK**, counsel for **GERALD & CONNIE RUHNOW**, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

    I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

    I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _____[signature]_____
Printed Name of Counsel of Record: **BRIAN HANCOCK**
Date: **1/26/07**

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____
Date: _____

Received CD on 1/31/07 MJM

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD RUHNOW, ET AL. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  2:05CV527-MEF |
| | ) | |
| LANE HEARD TRUCKING, LLC, | ) | |
| ET AL. | ) | |
|     Defendant. | ) | |

## JUROR QUESTIONNAIRE CERTIFICATION

I, LiNDA Ambrose, counsel for Northland Ins. Co., do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

    I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

    I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: *Linda C Ambrose*
Printed Name of Counsel of Record: LiNDA C. Ambrose
Date: 1/23/07

If applicable, signature of Person Obtaining Questionnaires: *John A. Carroll*
Printed Name of Person Obtaining Questionnaires: John A. Carroll
Date: 1/23/07

Received CD - 1/30/07 msn

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, ET AL. ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05CV527-MEF |
| ) | |
| LANE HEARD TRUCKING, LLC, ) | |
| ET AL. ) | |
|     Defendant. ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, __Murry Whitt__, counsel for __Michael Adkins__, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

    I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

    I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: __MS Whitt__
Printed Name of Counsel of Record: __Murry S. Whitt__
Date: __1/26/07__

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____
Date: _____

Received CD - 1/29/07 MSW

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW, ET AL. )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>LANE HEARD TRUCKING, LLC, )<br>ET AL. )<br>    Defendant. ) | Case No. 2:05CV527-MEF |

JUROR QUESTIONNAIRE CERTIFICATION

I, _Richard Mac Freeman Jr_, counsel for _Christy Champion_, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _R. Mac Freeman Jr._
Printed Name of Counsel of Record: _Richard McDonnell Freeman, Jr_
Date: _1/26/07_

If applicable, signature of Person Obtaining Questionnaires: _[signature]_
Printed Name of Person Obtaining Questionnaires: _Richard Mac Freeman Jr._
Date: _1/26/07_

Received CD - 1/29/07 TRMN