IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD RUHNOW and CONNIE RUHNOW, | * * * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO. 2:05 CV 527-F |
| | * |
| LANE HEARD TRUCKING, LLC., et al, | * |
| | * |
| Defendants. | * |

JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs Gerald and Connie Ruhnow, Intervenor Northland Insurance Company, and Defendants Lane Heard Trucking, LLC, Christy Champion, and Michael Adkins, by and through undersigned counsel, and stipulate that this action is dismissed, *with prejudice*, as to all Defendants on all claims and cross-claims brought in this lawsuit or that could have been brought in this lawsuit, each party to bear its own costs.

Respectfully submitted,

_____
J. CALLEN SPARROW (ASB-4515-R79J)
Attorney for Plaintiffs Gerald and Connie Ruhnow
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, Alabama 35203
jcsparrow@hgdlawfirm.com

OF COUNSEL:

HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, Alabama 35203

                                          */s/ Linda C. Ambrose*
LINDA C. AMBROSE (ASB-3323-D62F)
Attorney for Northland Insurance Co.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
*lambrose@spt.com*

OF COUNSEL:

ROGERS & ASSOCIATES
3000 Riverchase Parkway
Birmingham, Alabama 35203

                                          */s/*
J. BURRUSS RIIS (RIISJ8057)
KATIE L. HAMMETT (HAMMK7587)
Attorneys for Defendant,
Lane Heard Trucking, L.L.C.,
Email: khammett@handarendall.com

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

                                          */s/*
RICHARD McCONNELL FREEMAN, JR.
(ASB-3323-D62F)
Attorney for Defendant Christy Champion
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270
*rmf@rsjg.com*

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON
 & GARRETT, PC
P.O. Box 270
Montgomery, AL  36101-0270

*[signature]*
MURRY S. WHITT (WHI113)
NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, PC
Attorney for Defendant Michael Adkins
Post Office Box 4128
Montgomery, Alabama 36103-4128
***aholtsford@nixholtsford.com***

OF COUNSEL:

NIX HOLTSFORD GILLILAND
 HIGGINS & HITSON, PC
P.O. Box 4128
Montgomery, Alabama 36103-4128

578556_1